## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

**PAUL ANTOSCA'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that lead plaintiff movant and putative class member Paul Antosca, by and through his counsel, hereby moves this Court in Courtroom 16B of the Honorable J. Philip Calabrese at the U.S. District Court for the Northern District of Ohio, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, OH 44113-1838, for the entry of an order: (1) consolidating the above-captioned related actions; (2) appointing Mr. Antosca as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, *et seq.*; (3) approving his selection of the law firm of Thornton Law Firm LLP as Lead Counsel and Goldman Scarlato & Penny, P.C. as Liaison Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

1

This motion is made on the grounds that Mr. Antosca has timely filed this motion and is the most adequate plaintiff. Mr. Antosca has a substantial financial interest in the relief sought by the class and meets the requirements of Federal Rule of Civil Procedure 23, as his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class. In addition, he has selected and retained counsel with substantial experience in prosecuting securities class actions to serve as Lead Counsel. This motion is based on this Notice of Motion and Motion, the Memorandum of Law in Support hereof, Declaration of Guillaume Buell, with attached exhibits, pleadings and other files and records in the above-captioned action, and such other written or oral argument as may be presented to the Court.

Dated: February 8, 2021                Respectfully submitted,

                                        /s/ *Alan Rosca*
                                        Alan Rosca (OH 0084100)
                                        GOLDMAN SCARLATO & PENNY, P.C.
                                        23250 Chagrin Boulevard, Suite 100
                                        Beachwood, Ohio 44122
                                        Tel.: (216) 570-0097
                                        Fax: (484) 580-8717
                                        Email: rosca@lawgsp.com

                                        *Liaison Counsel for Paul Antosca*

                                        THORNTON LAW FIRM LLP
                                        Guillaume Buell (*pro hac vice* motion filed)
                                        1 Lincoln Street
                                        Boston, MA 02111
                                        Telephone: (617) 531-3933
                                        Facsimile: (617) 720-2445
                                        Email: gbuell@tenlaw.com

                                        *Counsel for Paul Antosca and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Alan Rosca*
Alan Rosca