## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

### [PROPOSED] ORDER GRANTING PAUL ANTOSCA'S MOTION FOR APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

Upon consideration of (1) the Motion filed by Paul Antosca for appointment as Lead Plaintiff, approval of his selection of Counsel, and consolidation of the above-captioned related actions ("Related Actions"); (2) the Memorandum of Law in support thereof; (3) the Declaration of Guillaume Buell; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Mr. Antosca's Motion is GRANTED.

2. The Related Actions are hereby CONSOLIDATED and all future filings shall be made in Case No. 1:20-cv-02744.

1

3. Paul Antosca is APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the consolidated action.

4. Mr. Antosca's selection of Lead Counsel is APPROVED. Thornton Law Firm LLP is APPOINTED as Lead Counsel for the Class, and Goldman Scarlato & Penny, P.C. is APPOINTED as Liaison Counsel for the Class.

IT IS SO ORDERED.

Dated: _____          _____
                                 THE HONORABLE J. PHILIP CALABRESE
                                 UNITED STATES DISTRICT JUDGE