# EXHIBIT B





# CVIAQ CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf of Covia Holdings Corporation f/k/a Fairmount Santrol Holdings Inc. Investors

January 29, 2021 06:56 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of Ohio captioned *Baron v. Deckard, et al.,* (Case No. 1:21-cv-0238) on behalf of persons and entities that purchased or otherwise acquired Covia Holdings Corporation ("Covia" or the "Company") f/k/a Fairmount Santrol Holdings Inc. ("Fairmount Santrol") (OTC: CVIAQ) (NYSE: CVIA, FMSA) securities between **March 15, 2016 and June 29, 2020,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have until **February 8, 2021** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Covia investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/covia-holdings-corporation/.

You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On March 22, 2019, after the market closed, the Company revealed that it had "received a subpoena from the SEC seeking information relating to certain value-added proppants marketed and sold by Fairmount Santrol or Covia within the Energy segment since January 1, 2014."

On this news, Covia's stock price fell $0.45 per share, or 6.9%, to close at $6.05 per share on March 25, 2019, on unusually heavy trading volume.

On November 6, 2019, the Company disclosed that "the SEC has requested additional information and subpoenaed certain current and former employees to testify."

On this news, Covia's stock price fell $0.07, or approximately 4.3%, to close at $1.56 per share on November 6, 2019.

On June 29, 2020, after the market closed, the Company announced that it had entered into a comprehensive restructuring agreement and voluntarily filed petitions under Chapter 11 of the United States Bankruptcy Code.

On June 30, 2020, the NYSE delisted the Company, stating that "the Company is no longer suitable for listing" after the

Case: 1:20-cv-02744-JPC   Doc #: 6-5   Filed: 02/08/21   3 of 3.   PageID #: 166

announcement that it was filing for bankruptcy.

On this news, the Company's share price fell $0.18, or 37.5%, from a close of $0.48 per share on June 29, 2020 to the open on the OTC on July 1, 2020 at $0.30 per share.

Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) the Company's proprietary ' value-added' proppants were not necessarily more effective than ordinary sand; (2) the Company's revenues, which were dependent on its proprietary 'value added' proppants, was based on misrepresentations; (3) when Company insiders raised this issue , the Defendants did not take meaningful steps to rectify the issue; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired the Covia securities during the Class Period, you may move the Court no later than **February 8, 2021** ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#INVESTORS     #CLASSACTION     #FRAUD

## $Cashtags

$cviaq