# EXHIBIT C

DocuSign Envelope ID: 2BD5352F-C6C8-490C-B484-A82552203F814

# **CERTIFICATION**

I, Paul Antosca, hereby certify and declare as follows:

1.      I have reviewed a complaint filed in *Plagens* v. *Deckard*, No. 20-cv-02744, alleging violations of the federal securities laws, discussed it with my counsel, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated or amended complaint;

2.      I have authorized my counsel to file a motion seeking to appoint me as lead plaintiff and approve my selection of counsel;

3.      I did not purchase the securities that are subject of this action at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

5.      My transactions in the securities that are subject of this action are reflected in Exhibit A, attached hereto;

6.      During the three years prior to the date of this Certification, I have not sought to serve or served as a lead plaintiff or representative party for a class under the federal securities laws;

7.      Beyond a pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this ___2/8/2021_____.

DocuSigned by:

Paul Antosca

E45E06228A31441...

Paul Antosca

## Exhibit A

| Transaction Type | Trade Date | Price | Shares | Total Cost |
|---|---|---|---|---|
| Purchase | 02/23/2017 | $ 51.307 | 5,000 | $ 256,536.17 |
| Purchase | 02/24/2017 | $ 45.463 | 5,000 | $ 227,313.35 |
| Purchase | 05/26/2017 | $ 22.174 | 6,000 | $ 133,041.89 |
| Purchase | 08/11/2017 | $ 11.957 | 4,000 | $ 47,827.26 |
| Purchase | 10/06/2017 | $ 21.638 | 4,000 | $ 86,553.07 |
| Purchase | 10/18/2017 | $ 17.489 | 2,000 | $ 34,977.26 |
| **Total Class Period Purchases** | | | **26,000** | **$ 786,249.00** |

Notes:

Cost of purchases prior to and still held at 06/01/2018 acquisition are reduced by $0.73 per share cash acquisition payment.

Share amounts in transactions prior to 06/01/2018 acquisition are adjusted to account for acquisition exchange rate (0.2 shares of Covia per share of Fairmount Santrol).