# **EXHIBIT D**

Pursuant to 28 U.S.C. § 1746, I, Paul Antosca, declare as follows:

1.      I am an adult over the age of 18, and am of sound mind. I have personal knowledge about the information in this Declaration.

2.      I have reviewed a complaint filed in this action and discussed the lawsuit on several occasions telephonically with my counsel at Thornton Law Firm LLP. I believe that this securities class action is an important matter alleging serious misconduct that caused substantial losses to investors and raised serious corporate governance concerns. I have authorized my counsel to file a motion for lead plaintiff on my behalf.

3.      I reside in the Commonwealth of Massachusetts. I have a Bachelor of Science degree from Boston College and a Master of Sciences in Taxation from Bentley College. I am employed as a Director in the financial services industry, where I direct tax-related functions concerning regulated investment companies, including compliance, research, strategy, and product development.

4.      I have been investing in stocks for more than 20 years. I am strongly motivated to recover the significant losses incurred as a result of the alleged violations of the federal securities laws. My primary goal in seeking appointment as lead plaintiff is to ensure that this litigation is efficiently litigated by well-qualified counsel, in order to achieve the best possible recovery for all class members from all potentially culpable parties. Furthermore, I believe it is important that a lead plaintiff movant with the largest financial loss in the relief sought, that also meets the typicality and adequacy requirements of Federal Rule of Civil Procedure 23, be appointed lead plaintiff.

5.      I understand that as a lead plaintiff or a class representative, I have an ongoing fiduciary obligation to the entire class of investors this lawsuit seeks to recover for. From my professional history, I understand the important roles fiduciaries have. I understand that it is my duty to monitor and oversee the lawyers in this matter. In order to do this, I will regularly communicate with them and receive status updates regarding the litigation, discuss fees and expenses, and independently direct their activities.

6.      I am aware of and have discussed with them the experience and resources of my counsel and believe that they will fairly and adequately represent the interests of the proposed class. I

DocuSign Envelope ID: 2BD5352F-C6C8-490C-B484-A82552203F814

have independently negotiated and executed a retainer agreement with my counsel. I have discussed with my counsel and directed that only they and their local/liaison counsel Goldman Scarlato & Penny P.C. would prosecute this litigation if I am appointed Lead Plaintiff and Thornton is appointed Lead Counsel.

7.      I have taken steps to preserve documents related to my investments relevant to this litigation.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATE: _____2/8/2021_____

DocuSigned by:

*Paul Antosca*

E45E06228A31441...

Paul Antosca