# EXHIBIT E

**Estimated Losses and Damages**
**Fairmount Santrol Holdings, Inc. / Covia Holdings Corporation Common Stock**
**Class Period: March 15, 2016 - June 29, 2020**

|  | | | | | | | --------------------------------------- *Lax* Factors --------------------------------------- | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Movant** | Shares Purchased During CP | Net Shares Purchased During CP | Funds Expended During CP | Net Funds Expended During CP | **FIFO** Actual Losses (1) | **LIFO** Actual Losses (1) |
| **Total** | **26,000** | **26,000** | **$ 786,249.00** | **$ 786,249.00** | **$ (785,716.50)** | **$ (785,716.50)** |
| Paul T Antosca | 26,000 | 26,000 | $ 786,249 00 | $ 786,249 00 | $ (785,716 50) | $ (785,716 50) |

Notes: Cost of purchases prior to and still held at 06/01/2018 acquisition are reduced by $0 73 per share cash acquisition payment;
   Share amounts in transactions prior to 06/01/2018 acquisition are adjusted to account for acquisition exchange rate (0 2 shares of Covia per share of Fairmount Santrol)

| | |
| --- | --- |
| Lookback Period Beginning | 7/1/2020 |
| Lookback Period Ending | 9/28/2020 |
| Days in Lookback Period | 90 |
| Lookback Period Average Closing Price | $ 0 0205 |

(1)  For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale
(2)  On each FIFO or LIFO matched transaction, calculated as minimum of (a) actual loss as calculated in Note (1) or (b) difference in purchase vs sale estimated price inflation