**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:20-cv-02744 (JPC) <br><br> Honorable J. Philip Calabrese |

**MOTION OF CHRISTOPHER PALMER FOR (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

Proposed Lead Plaintiff, Christopher Palmer ("Movant"), by and through undersigned Counsel, hereby moves this Court, before Hon. J. Philip Calabrese, United States District Judge, for entry of an Order:  (1) consolidating the related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing Movant as Lead Plaintiff in the above-captioned action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and (3) approving Movant's selection of Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel and Zoll & Kranz LLC as Local Counsel to the Class in the above-captioned action; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is supported by the accompanying Memorandum of Law; the accompanying declaration of Matthew M. Guiney and the exhibits attached thereto; the pleadings herein; and any such other written and/or oral argument, as may be presented to the Court.

Dated: February 8, 2021

/s/ Michelle Kranz
Michelle Kranz (0062479)
**ZOLL & KRANZ, LLC**
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Tel: (419) 841-9623
Fax: (419) 841-9719
Michelle@toledolaw.com

Matthew M. Guiney (NY 4181210)
  (*Pro Hoc Vice Application Forthcoming*)
Kevin G. Cooper (NY 5323506; NJ 111192015)
  (*Pro Hoc Vice Application Forthcoming*)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com
KCooper@whafh.com

*Counsel for Movant Christopher Palmer*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 8, 2021, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

 s/ *Michelle Kranz*
Michelle Kranz
