**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| WILLIAM PLAGENS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-02744 (JPC) <br><br> Honorable J. Philip Calabrese |

**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF**
**THE MOTION OF CHRISTOPHER PALMER FOR**
**(1) CONSOLIDATION OF THE RELATED ACTIONS;**
**(2) APPOINTMENT AS LEAD PLAINTIFF; AND**
**(3) APPROVAL OF SELECTION OF COUNSEL**

I, Matthew M. Guiney, hereby declare:

1.      I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein").  I submit this declaration in support of the motion of Christopher Palmer (the "Movant") for appointment as Lead Plaintiff and approval of Movant's selection of Wolf Haldenstein as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency published on *PR Newswire* on December 10, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's sworn certification, demonstrating standing as a class member, as well as requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Movant's transactions in shares of Covia Holdings Corporation f/k/a Fairmount Santrol Holdings, Inc., as well as Movant's losses therefrom.

5. Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

6. Attached hereto as Exhibit 5 is a true and correct copy of the [Proposed] Order consolidating the related actions in this Court and any actions subsequently filed in or transferred to this Court with the above-captioned action, appointing Movant as Lead Plaintiff, and approving Lead Plaintiff's selection of Counsel.

Signed under penalty of perjury this 8th day of February 2021.

s/ *Matthew M. Guiney*
Matthew M. Guiney

2