# Exhibit 2

## PLAINTIFF'S CERTIFICATION

**Christopher S. Palmer** ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in the shares of Covia Holdings Corporation during the Class Period specified in the Complaint are as follows:

- May 24, 2016 – Sold 3,000 shares at $5.00 per share
- February 24, 2017 – Purchased 274 shares at $46.24 per share
- March 31, 2017 - Purchased 538 shares at $33.38 per share
- May 16, 2017 - Purchased 500 shares at $27.13 per share

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

1/26/2021

_____ .

DocuSigned by:

85849D7944DD45F...

_____

**Christopher S. Palmer**