# Exhibit 3

**Loss Chart for Movant Christopher S. Palmer**
**Covia Holdings Corporation**
**Cusip: 22305A103**
**Class Period:  March 15, 2016 to June 29, 2020**
**Lookback Price:** $0.0206

| | Pre-class Holdings | 3,000 shares | | |
|---|---|---|---|---|

**Sales applied to Pre-Class Holdings**

| Date | Number of Shares | Price per Share | |
|---|---|---|---|
| 05/24/16 | 3,000 | $5.00 | |

**Purchases**

| Date | Number of Shares | Price per Share | Basis |
|---|---|---|---|
| 02/24/17 | 274 | $46.24 | $12,669.76 |
| 03/31/17 | 538 | $33.38 | $17,958.44 |
| 05/16/17 | 500 | $27.13 | $13,565.00 |
| Purchases | 1,312 | | $44,193.20 |
| Less: Retained Shares | (1,312) | $0.0206 | ($27.03) |
| **LOSS** | | | **$44,166.17** |