**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF PAUL ANTOSCA'S MOTION FOR APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Guillaume Buell, hereby declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner of Thornton Law Firm LLP, counsel for lead plaintiff movant Paul Antosca. I make this declaration in support of Mr. Antosca's motion for my admission *pro hac vice* on his behalf in this action.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, Registration Number 676566, and admitted on November 30, 2009.

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or

1

fitness as a member of the bar.

4.      My mailing address and contact information is as follows:

THORNTON LAW FIRM LLP
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

Executed on February 10, 2021 at Boston, Massachusetts.

_____
Guillaume Buell

2