**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF PAUL ANTOSCA'S MOTION FOR APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Guillaume Buell, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner of Thornton Law Firm LLP, counsel for lead plaintiff movant Paul Antosca. I make this declaration in support of Mr. Antosca's motion for (1) consolidation of the above-captioned related actions; (2) appointment as Lead Plaintiff; (3) approval of selection of counsel; and (4) such other and further relief as the Court may deem just and proper.

2.      Attached are true and correct copies of the following:

EXHIBIT A:   Notice published on December 11, 2020 via *Businesswire*

EXHIBIT B:   Notice published on January 29, 2021 via *Businesswire*

EXHIBIT C:   Mr. Antosca's PSLRA certification;

1

EXHIBIT D:   Mr. Antosca's supplemental declaration;

EXHIBIT E:   Loss chart;

EXHIBIT F:   Firm Résumé of Thornton Law Firm; and

EXHIBIT G:   Firm Résumé of Goldman Scarlato & Penny, P.C.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 10, 2021 at Boston, Massachusetts.

Guillaume Buell

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I caused the foregoing to be electronically filed with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the email addresses denoted on the Electronic Mail Notice List.

*s/ Alan Rosca*
Alan Rosca