# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, RICHARD A. NAVARRE,<br><br>Defendants. | Case No.: 1:20-CV-02744-JPC<br><br>Judge J. Philip Calabrese<br><br>**CLASS ACTION**<br><br>**Oral Argument Requested** |
| SERGIO BARON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE,<br><br>Defendants. | Case No.: 1:21-CV-00238-JPC<br><br>**CLASS ACTION** |

**DECLARATION OF DANIEL R. KARON IN SUPPORT OF MOVANT THOMAS PHELPS' MEMORANDUM OF LAW IN OPPOSITION TO <u>COMPETING LEAD PLAINTIFF MOTIONS</u>**

1

Daniel R. Karon hereby declares as follows:

1. I am an attorney with Karon LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this Declaration in Support of the Opposition of Movant Thomas Phelps to Competing Lead Plaintiff Motions.

2. Attached hereto as Exhibit A is a true and correct list of Mr. Antosca's transactions outside of the daily range.

3. Attached hereto as Exhibit B is a true and correct list of Mr. Baron's transactions outside of the daily range.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2021.

/s/ Daniel R. Karon
Daniel R. Karon

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Daniel R. Karon*