# EXHIBIT A

**Paul Antosca's Transactions Outside the Daily Range**

| Date | Daily Trading High* | Daily Trading Low* | Daily Trading Range Adjusted** | Daily Trading Range Adjusted** | Trade Price Listed*** | Shares Purchased*** |
|---|---|---|---|---|---|---|
| 5/26/2017 | $5.08 | $4.82 | $21.75 | $20.45 | $22.174 | 6,000 |
| 8/11/2017 | $2.79 | $2.62 | $10.30 | $9.45 | $11.957 | 4,000 |
| 10/18/2017 | $4.18 | $3.90 | $17.25 | $15.85 | $17.489 | 2,000 |

\* Trading information collected from *Investing.com, FMSA Holdings Inc. (FMSA) – Historical Data*, https://www.investing.com/equities/fmsa-holdings-inc-historical-data (last visited February 22, 2021).

\*\* Calculated according to the "notes" in the Exhibit A:

Cost of purchases prior to and still held at 06/01/2018 acquisition are reduced by $0.73 per share cash acquisition payment.

Share amounts in transactions prior to 06/01/2018 acquisition are adjusted to account for acquisition exchange rate (0.2 shares of Covia per share of Fairmount Santrol).

Dkt. No. 6-6.

\*\*\* Dkt. No. 6-6.