# EXHIBIT B

**Sergio Baron's Transactions Outside the Daily Range**

| Date | Daily Trading High* | Daily Trading Low* | Trade Price Listed** | Shares Purchased** | Shares Sold** |
|---|---|---|---|---|---|
| 8/14/2017 | $2.70 | $2.53 | $7.50 | 6,200 | |
| 9/15/2017 | $3.50 | $3.36 | $7.50 | 1,800 | |
| 2/21/2018 | $5.02 | $4.56 | $6.00 | 4,300 | |
| 3/5/2018 | $4.80 | $4.57 | $6.00 | 21,700 | |
| 3/16/2018 | $4.36 | $4.12 | $6.00 | 9,000 | |
| 3/16/2018 | $4.36 | $4.12 | $3.50 | | 6,200 |
| 3/16/2018 | $4.36 | $4.12 | $4.00 | | 9,000 |
| 5/23/2018 | $30.48 | $28.10 | $5.7462 | 1,000 | |
| 5/25/2018 | $28.08 | $26.70 | $5.4962 | 1,000 | |
| 5/25/2018 | $28.08 | $26.70 | $5.3750 | 1,000 | |
| 5/25/2018 | $28.08 | $26.70 | $5.3873 | 2,000 | |
| 8/9/2018 | $16.92 | $16.45 | $27.50 | 340 | |
| 1/8/2019 | $4.50 | $4.20 | $27.50 | 160 | |
| 6/6/2019 | $2.19 | $1.99 | $5.00 | 2,500 | |
| 6/11/2019 | $2.33 | $2.10 | $5.00 | 9,000 | |
| 8/1/2019 | $1.76 | $1.55 | $5.00 | 12,700 | |
| 8/13/2019 | $1.92 | $1.74 | $5.00 | 2,800 | |
| 10/10/2019 | $1.65 | $1.53 | $5.00 | 4,500 | |

* Trading information collected from *Investing.com, FMSA Holdings Inc. (FMSA) – Historical Data*, https://www.investing.com/equities/fmsa-holdings-inc-historical-data (last visited February 22, 2021); *Covia Holdings Corp (CVIAQ_old) – Historical Data – Historical Data*, https://www.investing.com/equities/covia-historical-data (last visited February 22, 2021).

** Dkt. No. 5-4.