# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| WILLIAM PLAGENS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE,<br><br>    Defendants. | Case No.  1:20-cv-02744-JPC |
| SERGIO BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE,<br><br>    Defendants. | Case No. 1:21-cv-0238-JPC |

**NOTICE OF FILING OF PLAINTIFF SERGIO BARON'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Notice is given that on February 22, 2021 Plaintiff Sergio Baron's Memorandum of Law in Opposition to Competing Motions for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel (Doc. #10) was filed with the Court in Case No. 1:21-cv-0238-JPC, and also applies to Case No. 1:20-cv-02744-JPC.

Respectfully submitted,

Dated:  February 24, 2021

**STRAUSS TROY CO., LPA**

By:  */s/ Richard S. Wayne*
Richard S. Wayne (0022390)
Robert R. Sparks (0073573)
Jeffrey A. Levine (0095334)
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
rswayne@strausstroy.com
rrsparks@strausstroy.com
jalevine@strausstroy.com

*Liaison Counsel for Sergio Baron and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com

*Counsel for Sergio Baron and Proposed Lead Counsel for the Class*

**THE PORTNOY LAW FIRM**
Lesley Portnoy
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel*

15124344_1.docx