## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

## NOTICE OF FILING OF MOVANT PAUL ANTOSCA'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

Notice is given that on February 22, 2021, Movant Paul Antosca filed a Memorandum of Law in opposition to competing motions for appointment as Lead Plaintiff and approval of Lead Counsel (ECF No. 16) in the first-filed of these two related actions, Case No. 1:20-cv-02744-JPC. This opposition brief also applies to Case No. 1:21-cv-0238-JPC.

Dated: February 25, 2021

Respectfully submitted,

 /s/ *Alan Rosca*
Alan Rosca (OH 0084100)
GOLDMAN SCARLATO & PENNY, P.C.
23250 Chagrin Boulevard, Suite 100
Beachwood, Ohio 44122

Tel.: (216) 570-0097
Fax: (484) 580-8717
Email: rosca@lawgsp.com

Paul Scarlato (*pro hac vice* submitted)
Mark Goldman (*pro hac vice* submitted)
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 580-8717
Email: scarlato@lawgsp.com
Email: goldman@lawgsp.com

*Liaison Counsel for Paul Antosca and Proposed
Liaison Counsel for the Class*

THORNTON LAW FIRM LLP
Guillaume Buell (*pro hac vice*)
David Bricker (*pro hac vice*)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com
Email: dbricker@tenlaw.com

*Counsel for Paul Antosca and Proposed Lead
Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Alan Rosca*
Alan Rosca