## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE,<br><br>Defendants. | Case No.  1:20-cv-02744-JPC |
| SERGIO BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, and RICHARD A. NAVARRE,<br><br>Defendants. | Case No. 1:21-cv-0238-JPC |

**DECLARATION OF RICHARD S. WAYNE IN FURTHER SUPPORT OF SERGIO BARON'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Richard S. Wayne, hereby declare as follows:

1.    I am an attorney with the law firm Strauss Troy Co., LPA, liaison counsel for lead plaintiff movant Sergio Baron ("Movant") and proposed liaison counsel for the class in the above-captioned action.   I make this declaration in further support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Table of Explanation for Prices of Baron's Transactions Disputed by Phelps; and

Exhibit B:    *Bloomberg* Historical Trading Data for Fairmount Santrol common stock for May 23-25, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of March 2021.

*s/ Richard S. Wayne*
*Richard S. Wayne*

1

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 1, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Ohio, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2021, at Cincinnati, Ohio.

*s/ Richard S. Wayne*
Richard S. Wayne