# EXHIBIT A

**Explanation for Prices of Baron's Transactions Disputed by Phelps**

| Date | Disputed Price | Explanation (option type expiration date / strike price) |
|---|---|---|
| 8/14/2017 | $7.500 | Assigned PUT exp 09/15/2017 / $7.5 |
| 9/15/2017 | $7.500 | Assigned PUT exp 09/15/2017 / $7.5 |
| 2/21/2018 | $6.000 | Assigned PUT exp 03/16/2018 / $6 |
| 3/5/2018 | $6.000 | Assigned PUT exp 03/16/2018 / $6 |
| 3/16/2018 | $6.000 | Assigned PUT exp 03/16/2018 / $6 |
| 3/16/2018 | $3.500 | Assigned CALL exp 03/16/2018 / $3.5 |
| 3/16/2018 | $4.000 | Assigned CALL exp 03/16/2018 / $4 |
| 5/23/2018 | $5.746 | in range per Bloomberg* |
| 5/25/2018 | $5.496 | in range per Bloomberg* |
| 5/25/2018 | $5.375 | in range per Bloomberg* |
| 5/25/2018 | $5.387 | in range per Bloomberg* |
| 8/9/2018 | $27.500 | Assigned PUT exp 01/18/2019 / $5.5 ($27.5 adj for split) |
| 1/18/2019[1] | $27.500 | Assigned PUT exp 01/18/2019 / $5.5 ($27.5 adj for split). |
| 6/6/2019 | $5.000 | Assigned PUT exp 07/19/2019 / $5 |
| 6/11/2019 | $5.000 | Assigned PUT exp 07/19/2019 / $5 |
| 8/1/2019 | $5.000 | Assigned PUT exp 10/18/2019 / $5 |
| 8/13/2019 | $5.000 | Assigned PUT exp 10/18/2019 / $5 |
| 10/10/2019 | $5.000 | Assigned PUT exp 10/18/2019 / $5 |

* *See* Wayne Decl., Ex. B.

---

[1] Phelps incorrectly states this transaction occurred on 1/8/2019.