# EXHIBIT B

FMSA US $ Acquired by   CVIAQ US on 2018/06/01
Click here to see details

| FMSA US Equity | | Export | | Settings | | | Historical OHLC with % Chg | |
|---|---|---|---|---|---|---|---|---|

Fairmount Santrol Holdings Inc                                High          6.095 on          05/23/18
Range    05/23/2018  -  05/25/2018    Period  Daily    Low           5.34 on          05/25/18
                                      Currency  USD      Average       5.7433
View     OHLC with % Chg                                 Net Chg       -.47             -7.87%

| Date | | Close & Open | Net Change | % Change | | High & Low | Net Change | % Change |
|---|---|---|---|---|---|---|---|---|
| Fr 05/25/18 | Close | 5.50 | -.26 | -4.51% | High | 5.6152 | -.1448 | -2.51% |
|  | Open | 5.58 | -.18 | -3.12% | Low | 5.34 | -.42 | -7.29% |
| Th 05/24/18 | Close | 5.76 | -.21 | -3.52% | High | 6.015 | +.045 | +0.75% |
|  | Open | 5.84 | -.13 | -2.18% | Low | 5.76 | -.21 | -3.52% |
| We 05/23/18 | Close | 5.97 | -.14 | -2.29% | High | 6.095 | -.015 | -0.25% |
|  | Open | 6.04 | -.07 | -1.15% | Low | 5.62 | -.49 | -8.02% |