**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

**DECLARATION THAT PARTY WAS UNABLE TO FILE**
**IN A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES**

We, Alan Rosca and Guillaume Buell, hereby declare as follows pursuant to 28 U.S.C. §1746:

Please take notice that Movant Paul Antosca was unable to file his

*REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PAUL ANTOSCA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS*

(the "Reply Brief") and the accompanying Declaration of Guillaume Buell (together, the "Reply Filings") in a timely manner due to technical difficulties. The deadline for filing the Reply Filings was yesterday, March 1, 2021. The reason(s) that we were unable to file the Reply Filings in a timely manner and the good faith efforts we made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that we could not do so are set forth below.

1.  Attached as Exhibits A and B to this Declaration are the Reply Filings:

    EXHIBIT A:  Reply Memorandum of Law (in support of ECF No. 6 in *Plagens* Action and ECF No. 5 in *Baron* Action) (with Exhibit 1)

    EXHIBIT B:  Declaration of Guillaume Buell (with Exhibit A)

2.  At approximately 10:00p.m. on March 1, 2021, we each attempted to log on to the PACER CM/ECF system to electronically file the Reply Filings. We were unable to log on, despite repeated efforts to do so between 10:00p.m. and 11:30p.m. We were unable to log on due to apparent PACER issues. Attached as Exhibit C to this Declaration are screenshots confirming these PACER issues.

3.  In order to timely serve the Reply Filings and to avoid any prejudice to any party, in light of the PACER issues, Mr. Buell served the Reply Filings on all counsel who have appeared via email at 11:16p.m. last night. *See* Exhibit D (with attachments).

4. At 9:25a.m. this morning, Mr. Buell spoke telephonically with a representative of this Court's ECF Help Desk (via 1-800-355-8498) who confirmed to Mr. Buell that all users were unable to file "last night and into this morning."

5. We respectfully request that the Court permit the Reply Filings to be placed on the Court's dockets in the above-captioned actions, in further support of the Docket Entries indicated *supra* in ¶1.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2021

Respectfully submitted,

Alan Rosca (OH 0084100)
GOLDMAN SCARLATO & PENNY, P.C.
23250 Chagrin Boulevard, Suite 100
Beachwood, Ohio 44122
Tel.: (216) 570-0097
Fax: (484) 580-8717
Email: rosca@lawgsp.com

*Liaison Counsel for Paul Antosca and Proposed Liaison Counsel for the Class*

THORNTON LAW FIRM LLP
Guillaume Buell (*pro hac vice*)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

*Counsel for Paul Antosca and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I caused the foregoing to be electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

email addresses denoted on the Electronic Mail Notice List.


/s/ *Alan Rosca*
Alan Rosca