# EXHIBIT 1 TO EXHIBIT A

(Chart, Exhibit to Reply Brief)

# EXHIBIT 1

| Movant | Transaction | Trade Date | Original Price | Original Shares | Original Cost Basis | Cash Received in Merger | Total Adjusted for Cash Received in Merger | Original Shares Adjusted for Merger Exchange Rate | Adjusted Price |
|---|---|---|---|---|---|---|---|---|---|
| Calculation | | (1) | (2) | (3) | (4)=(2)x (3) | (5)=\$94,900 x (4)/Total(4) | (6)=(4)-(5) | (7)=(3)x0.2 | (8)=((6)/(7) |
| | Purchase | 2/23/2017 | \$ 11.5000 | 25,000 | \$287,500.00 | \$30,963.83 | \$256,536.17 | 5,000 | \$ 51.3072 |
| | Purchase | 2/24/2017 | \$ 10.1900 | 25,000 | \$254,750.00 | \$27,436.65 | \$227,313.35 | 5,000 | \$ 45.4627 |
| | Purchase | 5/26/2017 | \$ 4.9700 | 30,000 | \$149,100.00 | \$16,058.11 | \$133,041.89 | 6,000 | \$ 22.1736 |
| | Purchase | 8/11/2017 | \$ 2.6800 | 20,000 | \$53,600.00 | \$5,772.74 | \$47,827.26 | 4,000 | \$ 11.9568 |
| | Purchase | 10/6/2017 | \$ 4.8500 | 20,000 | \$97,000.00 | \$10,446.93 | \$86,553.07 | 4,000 | \$ 21.6383 |
| | Purchase | 10/18/2017 | \$ 3.9199 | 10,000 | \$39,199.00 | \$4,221.74 | \$34,977.26 | 2,000 | \$ 17.4886 |
| **Total Original Cost Basis** | | | | **130,000** | **\$881,149.00** | **\$94,900.00** | **\$786,249.00** | **26,000** | |

x   **Cash Received in Merger per Share**    \$   0.73

=   **Total Cash Received in Merger per Share (130,000 x \$0.73)**    **\$94,900.00**

**Total Adjusted Cost Basis (Original Cost Basis - Cash Received)**    **\$786,249.00**