# EXHIBIT B

(Reply Declaration of Guillaume Buell)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:20-cv-02744 |
| SERGIO BARON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFFER D. DECKARD, ET AL.,<br><br>Defendants. | No. 1:21-cv-00238 |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF PAUL ANTOSCA'S MOTION FOR APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Guillaume Buell, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.     I am a partner of Thornton Law Firm LLP, counsel for lead plaintiff movant Paul Antosca. I make this declaration in further support of Mr. Antosca's motion for (1) consolidation of the above-captioned related actions; (2) appointment as Lead Plaintiff; (3) approval of selection of counsel; and (4) such other and further relief as the Court may deem just and proper.

2.     Attached is a true and correct copy of the following:

EXHIBIT A:   Memorandum of Law filed in support of Settlement in *Jennings* v.

*Fairmount Santrol Holdings Inc., et al.*, No. 1:18-cv-00931-CAB

(N.D. Ohio) (ECF No. 30-1) (Nov. 9, 2018)

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 1, 2021 at Boston, Massachusetts.

Guillaume Buell