# EXHIBIT C

(Pacer Screenshots)



**PACER Maintenance, 03/01/2021**

Our systems will undergo maintenance on Monday, March 1, 2021 from 10:00 p.m.to 4:00 a.m. Tuesday, March 2, 2021 EST.
Access to certain portions of this site may be temporarily unavailable.

🇺🇸 An official website of the United States government.  Here's how you know. ⌄ Log in to PACER Systems ➜



**PACER**
Public Access To Court Electronic Records



# Login

Your browser must be set to accept cookies to log in to this site. If your browser is set to accept cookies and you are experiencing problems with the login, delete the stored cookie file in your PC. Close and reopen your browser before trying again.

➜ **Ohio Northern District Court Login**
\* Required Information

Invalid username or password

| | |
|---|---|
| **Username** \* | Redacted (privacy) |
| **Password** \* | Redacted (privacy) |
| **Client Code** | Plagens |

[ Login ]  [ Clear ]

Forgot password? | Forgot username? | Need an account?

This is a restricted government website for official PACER use only. All activities of PACER subscribers or users of this system for any purpose, and all access attempts, may be recorded and monitored by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance and for appropriate management by the judiciary of its systems. By subscribing to PACER, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. If evidence of unlawful activity is discovered, including unauthorized access attempts, it may be reported to law enforcement officials.







https://pacer.psc.uscourts.gov/pscof/login.jsf

### PACER Maintenance, 03/01/2021

Our systems will undergo maintenance on Monday, March 1, 2021 from 10:00 p.m. to 4:00 a.m. Tuesday, March 2, 2021 EST. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.

Log in to PACER Systems

## PACER
### Public Access To Court Electronic Records

# Manage My Account

Enter your PACER credentials to update personal information, register to e-file, make an online payment, or to perform other account maintenance functions.

**Login Error: Connection Failed**

**Login**

\* Required Information

Username \*     Redacted (privacy)

Password \*     Redacted (privacy)

[ Login ]   [ Clear ]   [ Cancel ]

Need an Account? | Forgot Your Password? | Forgot Username?

This is a restricted government website for official PACER use only. All activities of PACER subscribers or users of this system for any purpose, and all access attempts, may be recorded and monitored by persons authorized by the federal judiciary for improper use, protection of system security, performance of maintenance and for appropriate management by the judiciary of its systems. By subscribing to PACER, users expressly consent to system monitoring and to official access to data reviewed and created by them on the system. If evidence of unlawful activity is discovered, including unauthorized access attempts, it may be reported to law enforcement officials.

Type here to search

10:58 PM
3/1/2021