# EXHIBIT D

(Service Email)

## Guillaume Buell

| | |
|---|---|
| **From:** | Guillaume Buell |
| **Sent:** | Monday, March 1, 2021 23:16 |
| **To:** | dkaron@karonllc.com; bhollowell@karonllc.com; cgood@karonllc.com; michelle@toledolaw.com; angela@toledolaw.com; sheila@toledolaw.com; pkim@rosenlegal.com; rswayne@strausstroy.com; acjansen@strausstroy.com; rLinehan@glancylaw.com; lportnoy@glancylaw.com; info@glancylaw.com; lesley-portnoy-3007@ecf.pacerpro.com; rrsparks@strausstroy.com; ecf-33a7906f6707@ecf.pacerpro.com; kellie-rowland-7280@ecf.pacerpro.com; lucy-mccormack-strauss-troy-1960@ecf.pacerpro.com; michelle-stephenson-strauss-troy-6248@ecf.pacerpro.com; rprongay@glancylaw.com; info@glancylaw.com |
| **Cc:** | Alan Rosca; Mark Goldman Esq. (goldman@lawgsp.com); Paul Scarlato; David Bricker; mclaughlin@gskplaw.com |
| **Subject:** | Plagens v. Deckard, et al.; Baron v. Deckard, et al. (N.D. Ohio) - FILING |
| **Attachments:** | Reply Ex. 1.pdf; GB Decl. Ex. A.pdf; Covia - LP Reply Brief (FINAL).pdf; Covia - Buell Declaration Reply.pdf |

Counsel,

Attached for service are the following documents:

- Paul Antosca Reply Memorandum of Law in further support of his lead plaintiff motion (w/ Ex. 1)
- Declaration of Guillaume Buell (w/ Ex. A)

We are not able to electronically file these documents this evening due to an apparent system-wide PACER service issue that is ongoing as of this email. Pursuant to the Court's rules, we will re-attempt to file the documents in the morning and indicate that service was timely made this evening via email.

Best regards,

Guillaume

**Guillaume Buell**
Partner | THORNTON LAW FIRM LLP
1 Lincoln Street | Boston, MA | 02111
(617) 531-3933 | gbuell@tenlaw.com

1