**CERTIFICATE OF SERVICE**

On March 1, 2021 I, Guillaume Buell, hereby certify that I served a true and correct copy of:

1. REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PAUL ANTOSCA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS (with Exhibit 1)

2. DECLARATION OF GUILLAUME BUELL IN SUPPORT OF PAUL ANTOSCA'S MOTION FOR APPOINTMENT AS LEAD PLAINTFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL (with Exhibit A)

to the attorneys appearing on the attached service list via email.

*/s/ Guillaume Buell*
Guillaume Buell

**1:21-cv-00238-JPC** Baron v. Deckard et al
J. Philip Calabrese, presiding
**Date filed:** 01/29/2021
**Date of last filing:** 03/01/2021

# Attorneys

| | | |
|---|---|---|
| **Guillaume Buell**<br>Thornton Law<br>1 Lincoln Street<br>Boston, MA 02111<br>617-531-3933<br>617-720-2445 (fax)<br>gbuell@tenlaw.com<br>  *Assigned: 02/11/2021*<br>  *ATTORNEY TO BE NOTICED* | representing | **Paul Antosca**<br>*(Movant)* |
| **Jeffrey M. Levine**<br>INVALID ADDRESS - U.S. Securities & Exchange Commission<br>Ste. 900<br>175 West Jackson Street<br>Chicago, IL 60604<br>312-886-0899<br>312-353-7398 (fax)<br>  *Assigned: 01/29/2021*<br>  *ATTORNEY TO BE NOTICED* | representing | **Sergio Baron**<br>*(Plaintiff)* |
| **Charles Henry Linehan**<br>Ste. 2100<br>1925 Century Park East<br>Los Angeles, CA 09967<br>310-201-9150<br>310-201-9160 (fax)<br>rLinehan@glancylaw.com<br>  *Assigned: 02/22/2021*<br>  *ATTORNEY TO BE NOTICED* | representing | **Sergio Baron**<br>*(Plaintiff)* |

**Lesley Frank Portnoy**
Glancy Prongay & Murray - Los Angeles
Ste. 2100
1925 Century Park, E
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lportnoy@glancylaw.com
 *Assigned: 01/29/2021*
 *ATTORNEY TO BE NOTICED*

representing   **Sergio Baron**
*(Plaintiff)*


**Robert V. Prongay**
Glancy Prongay & Murray - Los Angeles
Ste. 2100
1925 Century Park, E
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
rprongay@glancylaw.com
 *Assigned: 01/29/2021*
 *ATTORNEY TO BE NOTICED*

representing   **Sergio Baron**
*(Plaintiff)*


**Alan L. Rosca**
Goldman Scarlato & Penny
Ste. 100
23250 Chagrin Blvd.
Beachwood, OH 44122
216-570-0097
rosca@lawgsp.com
 *Assigned: 02/08/2021*
 *ATTORNEY TO BE NOTICED*

representing   **Paul Antosca**
*(Movant)*


**Robert R. Sparks**
Strauss & Troy
Ste. 400
150 East Fourth Street
Cincinnati, OH 45202
513-621-2120
513-241-8259 (fax)
rrsparks@strausstroy.com
 *Assigned: 01/29/2021*
 *ATTORNEY TO BE NOTICED*

representing   **Sergio Baron**
*(Plaintiff)*


**Richard S. Wayne**
Strauss & Troy
Ste. 400
150 East Fourth Street

representing   **Sergio Baron**
*(Plaintiff)*

Cincinnati, OH 45202
513-621-2120
513-629-9426 (fax)
rswayne@strausstroy.com
  *Assigned: 01/29/2021*
  *ATTORNEY TO BE NOTICED*

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/02/2021 09:13:24 | | | |
| **PACER Login:** | gbuell33 | **Client Code:** | Covia |
| **Description:** | Attorney List | **Search Criteria:** | 1:21-cv-00238-JPC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**1:20-cv-02744-JPC** Plagens v. Deckard et al
J. Philip Calabrese, presiding
**Date filed:** 12/10/2020
**Date of last filing:** 03/01/2021

# Attorneys

| | | |
|---|---|---|
| **David Bricker**<br>Thornton Law Firm<br>Ste. 400<br>9430 West Olympic Boulevard<br>Beverly Hills<br>310-282-8676<br>617-720-2445 (fax)<br>dbricker@tenlaw.com<br>*Assigned: 02/19/2021*<br>*ATTORNEY TO BE NOTICED* | representing | **Paul Antosca**<br>*(Movant)* |
| **Guillaume Buell**<br>Thornton Law<br>1 Lincoln Street<br>Boston, MA 02111<br>617-531-3933<br>617-720-2445 (fax)<br>gbuell@tenlaw.com<br>*Assigned: 02/10/2021*<br>*ATTORNEY TO BE NOTICED* | representing | **Paul Antosca**<br>*(Movant)* |
| **Mark S. Goldman**<br>Goldman Scarlato & Penny<br>Ste.1025<br>161 Washington Street<br>Conshohocken, PA 19428<br>484-342-0700<br>484-580-8747 (fax)<br>goldman@lawgsp.com<br>*Assigned: 02/22/2021*<br>*ATTORNEY TO BE NOTICED* | representing | **Paul Antosca**<br>*(Movant)* |
| **Daniel R. Karon**<br>Law Office of Daniel R. Karon<br>Ste. 200<br>700 St. Clair Avenue, W<br>Cleveland, OH 44113<br>216-622-1851<br>216-241-8175 (fax)<br>dkaron@karonllc.com | representing | **William Plagens**<br>*(Plaintiff)* |

Case: 1:20-cv-02744-JPC  Doc #: 21-7  Filed:  03/02/21  6 of 7.  PageID #: 585

*Assigned: 12/10/2020*
*ATTORNEY TO BE NOTICED*

|  |  | **Thomas Phelps** *(Movant)* |
|---|---|---|

**Phillip C. Kim**
Rosen Law Firm
40th Floor
275 Madison Avenue
New York, NY 10016
212-686-1060
212-202-3827 (fax)
pkim@rosenlegal.com
  *Assigned: 02/09/2021*
  *ATTORNEY TO BE NOTICED*

representing

**William Plagens**
*(Plaintiff)*

**Michelle L. Kranz**
Zoll & Kranz
Ste. 100
6620 West Central Avenue
Toledo, OH 43617
419-841-9623
419-841-9719 (fax)
michelle@toledolaw.com
  *Assigned: 02/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Christopher S Palmer**
*(Movant)*

**Alan L. Rosca**
Goldman Scarlato & Penny
Ste. 100
23250 Chagrin Blvd.
Beachwood, OH 44122
216-570-0097
rosca@lawgsp.com
  *Assigned: 02/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Paul Antosca**
*(Movant)*

**Laurence M. Rosen**
Rosen Law Firm
40th Floor
275 Madison Avenue
New York, NY 10016
212-686-1060
212-202-3827 (fax)
  *Assigned: 12/10/2020*
  *ATTORNEY TO BE NOTICED*

representing

**William Plagens**
*(Plaintiff)*

**Paul J. Scarlato**
Goldman, Scarlato & Penny
Ste. 1025
161 Washington Street
Conshohocken, PA 19428
484-342-0700
484-580-8747 (fax)
scarlato@gskplaw.com
  *Assigned: 02/22/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Paul Antosca**
*(Movant)*

**Richard S. Wayne**
Strauss & Troy
Ste. 400
150 East Fourth Street
Cincinnati, OH 45202
513-621-2120
513-629-9426 (fax)
rswayne@strausstroy.com
  *Assigned: 02/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Sergio Baron**
*(Movant)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/02/2021 09:12:36 | | | |
| **PACER Login:** | gbuell33 | **Client Code:** | Covia |
| **Description:** | Attorney List | **Search Criteria:** | 1:20-cv-02744-JPC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |