UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD, MARK E. BARRUS, MICHAEL F. BIEHL, ANDREW D. EICH, RICHARD A. NAVARRE,<br><br>    Defendants. | Case No: 1:20-cv-2744-JPC<br><br>Judge Philip Calabrese |

**STIPULATED ORDER REGARDING CORRECTED AMENDED COMPLAINT**

Lead Plaintiff Thomas Phelps and named Plaintiffs Sergio Baron and Neville Arjani ("Plaintiffs") and Defendants Jenniffer D. Deckard, Mark E. Barrus, Michael F. Biehl, Andrew D. Eich, and Richard A. Navarre (collectively, "Defendants" and together with Plaintiffs, the "Parties") hereby submit this stipulation in the above-captioned matter.

**RECITALS**

WHEREAS, on October 20, 2021, Plaintiffs filed their Consolidated Amended Complaint against Defendants (Dkt. No. 46, "Complaint");

WHEREAS, Defendants notified Plaintiffs that paragraph 135 of the Complaint contained a factual error regarding the time at which Covia filed its quarterly report for the third quarter of 2019 with the SEC on November 6, 2019;

1

WHEREAS, contrary to paragraph 135's allegation that Covia submitted that SEC filing during market hours on November 6, 2019, public SEC records show that Covia submitted that filing after market hours on November 6, 2019;

WHEREAS, Plaintiffs promptly investigated the matter and agree that the relevant language of paragraph 135 and all of paragraph 138, which alleges facts about Covia's stock price on November 6, 2019, should be withdrawn;

WHEREAS, attached hereto as Exhibit A is a copy of the proposed corrected Complaint showing all changes from the previously-filed version;

WHEREAS, counsel for Plaintiffs conferred with counsel for Defendants and Defendants do not oppose Plaintiffs filing the proposed corrected Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff will file a corrected Consolidated Amended Complaint reflecting the changes shown in Exhibit A.

2. All other operative deadlines and Court orders in this Action remain unchanged.


Dated: November 5, 2021

**KARON LLC**
*/s/ Daniel Karon*
Daniel Karon
700 W. St. Clair Ave., Ste. 200,
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, NY 10016

Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com
jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**GLANCY PRONGAY & HURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-91 SO
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
clinehan@glancylaw.com
esams@glancylaw.com

*Additional Counsel for Plaintiffs*

Dated: November 5, 2021

**KIRKLAND & ELLIS LLP**
*/s/ Daniel T. Donovan*
Daniel T. Donovan, P.C.
Matthew S. Owen (*pro hac vice*)
Katharine C. Collins (*pro hac vice*)
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
(202) 389-5200
daniel.donovan@kirkland.com
matt.owen@kirkland.com
katharine.collins@kirkland.com

**KIRKLAND & ELLIS LLP**
Gabor Balassa, P.C. (*pro hac vice*)
300 North Lasalle Street Chicago, IL 60654
(202) 862-2000
(202) 862-2200
gbalassa@kirkland.com

*Counsel for Defendants*

3

**IT IS SO ORDERED.**

Dated:  November 8, 2021

HONORABLE J. PHILIP CALABRESE
UNITED STATES DISTRICT JUDGE

4