# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM PLAGENS, *et al.*, | ) | Case No. 1:20-cv-2744 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| JENNIFFER D. DECKARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Based on the parties' joint status report, the Court **ORDERS** Defendant NOT to file a motion regarding the identities of the confidential former employees, as discussed in the report.  (*See* ECF No. 68, PageID #2259.)  Instead, the Court again **ORDERS** any party who has reached impasse on a discovery issue after good-faith discussions to comply with the procedures to resolve disputes set forth in the Court's Civil Standing Order, which is available on the Court's webpage.  (*See also* ECF No. 62, PageID #2165.)

**SO ORDERED**.

Dated:  September 11, 2023

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio