**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFFER D. DECKARD,<br><br>　　　　Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION<br><br>Judge J. Philip Calabrese |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS**

Lead Plaintiff Thomas Phelps and named Plaintiffs Sergio Baron and Neville Arjani ("Plaintiffs") hereby move the Court for an extension of the applicable page limits for Plaintiffs' brief in support of their forthcoming motion for preliminary approval of class action settlement. Plaintiffs request leave to file a brief up to 25 pages. Defendant does not oppose this motion.

As counsel for the parties informed the Court during the conference on September 12, 2023, the parties have reached a settlement in principle to resolve this Action. The parties are now working to memorialize the terms of their settlement agreement. Plaintiffs anticipate moving for preliminary approval of the class action settlement promptly upon executing the agreement.

Under Local Rule 7.1(f), non-dispositive motions are limited to 15 pages in length. Plaintiffs request leave to file a brief of up to 25 pages in order to sufficiently address the multitude of factors and issues the Court must consider in connection with the settlement approval process. This Court has recognized the inherent complexity of this securities class action, assigning this case to the "complex" track under Local Rule 16.2. ECF No. 61. Plaintiffs' anticipated motion will necessarily address multiple related procedural and substantive issues, including: (1) whether the

1

proposed settlement merits preliminary approval under Fed. R. Civ. P. 23(e); (2) whether the proposed settlement class should be certified for the purposes of settlement under Fed. R. Civ. P. 23(a) and (b)(3); and (3) and whether the proposed plan for issuing notice to potential class members is adequate. Accordingly, Plaintiffs request an extension of the page limits to accommodate the complexity of their anticipated motion.

Dated: October 6, 2023

Respectfully submitted,

**KARON LLC**

*/s/Daniel Karon*
Daniel Karon
700 W. St. Clair Ave., Ste. 200,
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile: (212) 202-3827
Email: pkim@rosenlegal.com
 lrosen@rosenlegal.com
 jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-91 SO

2

        Facsimile: (310) 201-9160
        Email: rprongay@glancylaw.com
          clinehan@glancylaw.com
          esams@glancylaw.com

*Additional Counsel for Plaintiffs*