# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JENNIFFER D. DECKARD,<br><br>　　　　Defendant. | Case No. 1:20-cv-02744-JPC<br><br><u>CLASS ACTION</u><br><br>Judge J. Philip Calabrese |

## MOTION FOR FINAL APPROVAL
## OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on April 11, 2024 at 10:00 a.m., or as soon thereafter as the parties can be heard, Lead Plaintiff Thomas Phelps and named Plaintiffs Sergio Baron and Neville Arjani (collectively, "Plaintiffs") will and hereby do move this Court for final approval of the proposed class action settlement.

This motion is based upon the accompanying memorandum of law, the accompanying Declaration of Joshua Baker in Support of Plaintiffs' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) An Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: March 14, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**KARON LLC**

　　　　　　　　　　　　　　　　　　　　　　<u>*/s/Daniel Karon*　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　Daniel Karon
　　　　　　　　　　　　　　　　　　　　　　700 W. St. Clair Ave., Ste. 200,
　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44113

1

Telephone: (216) 622-1851
Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-91 SO
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
        clinehan@glancylaw.com
        esams@glancylaw.com

*Additional Counsel for Plaintiffs*