# EXHIBIT 1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD,<br><br>    Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) CAFA MAILING; (B) MAILING OF THE POSTCARD NOTICE; (C) PUBLICATION OF THE SUMMARY NOTICE; (D) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (E) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.  I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.   I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE CAFA NOTICE**

2.  At the request of Defendant's Counsel, Kirkland & Ellis LLP, and separate from our engagement as Claims Administrator[1], on November 6, 2023, SCS mailed a notice of stipulated class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service.  The mailing consisted of: (i) a letter regarding the Settlement

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated October 25, 2023 (Dkt. No. 71-2, the "Stipulation").

approved by Defendant's Counsel describing the mailing (the "CAFA Letter"); and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter.  Attached as **Exhibit A** is a copy of the CAFA letter that SCS mailed.

## MAILING OF THE POSTCARD NOTICE

3.      Pursuant to the Court's Order Granting Preliminary Approval of Settlement, dated November 20, 2023 (Dkt No. 73, the "Preliminary Approval Order"), SCS was appointed as Claims Administrator  to supervise and administer the notice procedure and processing of claims in connection with the Settlement of the above-captioned action.  I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

4.      To provide actual notice to those persons and entities that purchased Covia Holdings Corporation ("Covia") or Fairmount Santrol Holdings, Inc. ("Fairmount") common stock, or purchased call options or sold put options on Covia or Fairmount common stock, during the period from March 10, 2016 through June 29, 2020, both dates inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class.  A true and correct copy of the Postcard Notice is attached as **Exhibit B**.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers/owners.  The names, last-known addresses, and/or email addresses of these beneficial

2

purchasers/owners are known only to the nominees.  SCS maintains a proprietary master list consisting of 830 banks and brokerage companies ("Nominee Account Holders"), as well as 1,325 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On November 29, 2023, SCS caused a letter to be mailed or e-mailed to the 2,155 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the direct link to the Notice of Pendency and Proposed Settlement of Class Notice ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, last-known mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email a link to the Long Notice and Proof of Claim directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit C** and **Exhibit D** is a copy of the Long Notice and Proof of Claim.

6.     SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 86 individuals and organizations identified in the transfer records that were provided to SCS by Defendant's Counsel.  These records reflect persons and entities that purchased Covia or Fairmount securities for their own account, or for the account(s) of their clients, during the Settlement Class Period.  The transfer record mailing was completed on November 29, 2023.

7.     Following these mailings, SCS received 13,812 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received requests from three nominees for 22,585 Postcard Notices so that the nominees could forward them to their clients, and SCS also received notice

that two nominees printed and mailed their 573 clients the Postcard Notice.  To date, 37,056[2] Postcard Notices were mailed to potential Settlement Class Members.

8.    Additionally, SCS emailed one link to the Long Notice and Proof of Claim upon the request of Lead Counsel, and SCS was notified by a nominee that they emailed 19,112 of their clients to notify them of this settlement and provide a direct link to the Long Notice and Proof of Claim on the settlement webpage.

9.    In total, 56,169 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Proof of Claim.

10.    SCS also sent the Depository Trust Company ("DTC") a Long Notice and Proof of Claim for the DTC to publish on its Legal Notice System ("LENS") on November 29, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

11.    Out of the 37,056[3] Postcard Notices mailed, 2,959 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 79, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 2,880 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 1,325 were re-mailed to updated addresses.

---

[2] Out of the 37,056 Postcard Notices mailed, SCS received thirteen requests from potential Settlement Class Members to be mailed the Long Notice and Proof of Claim.  SCS immediately mailed those Long Notice and Proof of Claim forms to the potential Settlement Class Members.
[3] The 37,056 Postcard Notices mailed represent the 86 mailed for the transfer agent list and the 36,970 mailed either by SCS or the nominee.

## PUBLICATION OF THE SUMMARY NOTICE

12.     Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business Daily* on December 18, 2023, as shown in the confirmations of publication attached hereto as **Exhibit E**.

## TOLL-FREE PHONE LINE

13.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request to be mailed the Long Notice and Proof of Claim. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

14.     On November 29, 2023, SCS established a webpage on its website at www.strategicclaims.net/CVIA. The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Long Notice and Proof of Claim, the Postcard Notice, the Order Re Schedule for Settlement Hearing, the Preliminary Approval Order, and the Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

15.     The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than March 20, 2024.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

16. According to the Postcard Notice, Long Notice, Summary Notice and settlement webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must be submitted to the Clerk of the Court as well as Lead Counsel and Counsel for Defendant, no later than March 20, 2024. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed with the Court.

## CLAIMS RECEIVED TO DATE

17. The deadline for claims submission was March 11, 2024. As of the date of this declaration, SCS has received 10,147 claims.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of March 2024, in Media, Pennsylvania.

_Josephine Bravata_
Josephine Bravata

6



EXHIBIT A

Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

November 6, 2023

**VIA CERTIFIED MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:      Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Sir or Madam:

Strategic Claims Services has been retained by the Defendants in the lawsuit styled as *Plagens v. Deckard,* Case No. 1:20-cv-02744-JPC (the "Action") to provide notice of a proposed settlement of the Action as required under the Class Action Fairness Act. *See* 28 U.S.C. § 1715. The Action is pending before the Honorable J. Philip Calabrese in the United States District Court, Northern District of Ohio, Eastern Division.

This letter is to advise you that an Unopposed Motion for Preliminary Approval of Class Action Settlement was filed on October 27, 2023. The Court has not yet ruled on the motion.

The Defendants deny any and all wrongdoing, deny any liability to Lead Plaintiff or the proposed settlement class, and deny that Lead Plaintiff and the proposed class members have suffered any damages attributable to the Defendants' actions. The following documents referenced below are included on the CD that is enclosed with this letter:

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the original Complaint filed in the action as well as the Consolidated Amended Complaint and the Corrected Consolidated Amended Complaint are provided on the enclosed CD ROM.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a hearing on preliminary approval or final approval as of the date of this letter.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Notice* is enclosed on the CD ROM entitled "*Ex. A-1 – Long Form Notice", "Ex A-4 – Postcard Notice"* as well as *"Ex. A-3 – Summary Notice".*

4.  **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement:** A copy of the parties' *Stipulation and Agreement of Settlement* (the "Settlement Stipulation") with Exhibits is provided on the enclosed CD ROM.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the Settlement Stipulation, and which was not filed with the Court.  As described in the Settlement Stipulation, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide the Defendants with the option to terminate the Settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement.  The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no Final Judgment has been issued by the Court.

600 North Jackson Street • Suite 205 • Media, PA 19063

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), CAFA also requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.  Because most of securities at issue are likely held in "street name," it is not feasible to provide the names of all class members who reside in each state, or to provide the estimated proportionate share of the claims of such members to the settlement.   For the same reason, it is not feasible at this time to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of the claims of such members to the settlement.

If for any reason, you believe the enclosed information does not fully comply with Section 1715, please contact the counsel for Defendants identified below, to address any concerns or questions that you may have.

KIRKLAND & ELLIS LLP
Gabor Balassa, P.C.
300 North Lasalle Street
Chicago, IL 60654

Daniel T. Donovan, P.C.
Matthew S. Owen, P.C.
Meredith Pohl
Susie Templeton
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Defendant

Sincerely,

Strategic Claims Services

By:  Matthew Shillady
Title: Director of Operations

Enclosure – CD ROM

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

Covia Holdings Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**EXHIBIT B**

There has been a proposed Settlement of all claims against the former chief executive officer of Covia Holdings Corporation ("Covia"), Jenniffer D. Deckard ("Defendant"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendant misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendant denies any wrongdoing.

You received this Notice because you or someone in your family may have purchased Covia securities between March 10, 2016 and June 29, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of claims against Defendant, a fund consisting of $6,000,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/CVIA and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *Covia Holdings Corporation Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/CVIA.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOF OF CLAIMS ARE DUE BY MARCH 11, 2024 TO *COVIA HOLDINGS CORPORATION SECURITIES LITIGATION*, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/CVIA. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 20, 2024, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 20, 2024. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on April 11, 2024 at 10:00 a.m. in Courtroom 16B, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, OH 44113, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one third of the Settlement Fund, plus actual expenses up to $95,000, for litigating the case and negotiating the Settlement, and compensatory awards to Plaintiffs not to exceed $25,000 total ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Final Approval Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (866) 274-4004, or visit www.strategicclaims.net/CVIA.

**EXHIBIT C**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

November 29, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS WHO PURCHASED COVIA HOLDINGS CORPORATION ("COVIA" OR THE "COMPANY") OR FAIRMOUNT SANTROL HOLDINGS, INC. ("FAIRMOUNT") COMMON STOCK, OR PURCHASED CALL OPTIONS OR SOLD PUT OPTIONS ON COVIA OR FAIRMOUNT COMMON STOCK, DURING THE PERIOD FROM MARCH 10, 2016 THROUGH JUNE 29, 2020, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: (a) Defendant; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant, or any person excluded under this subsection (a), has or had a majority ownership interest at any time.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Covia Holdings Corporation Securities Litigation*<br>Case No. 1:20-cv-02744-JPC<br>Claim Filing Deadline: March 11, 2024<br>Exclusion Deadline: March 20, 2024<br>Objection Deadline: March 20, 2024<br>Settlement Hearing: April 11, 2024 | Cusip Number: 30255X106 and 30555Q108 (Fairmount) and 22305A103 (Covia)<br>Ticker Symbol: NYSE: CVIA and OTC: CVIAQ; NYSE: FMSA |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the to the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") in electronic format or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the location of the Long Notice and Proof of Claim in electronic format and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per email notice sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Long Notice and Proof of Claim and all the important documents are available on our website at www.strategicclaims.net/CVIA. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Covia Holdings Corporation Securities Litigation

**EXHIBIT D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>JENNIFFER D. DECKARD,<br><br>     Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION |

NOTICE OF PENDENCY AND PROPOSED
SETTLEMENT OF CLASS ACTION

If you purchased Covia Holdings Corporation ("Covia" or the "Company") or Fairmount Santrol Holdings, Inc. ("Fairmount") common stock, or purchased call options or sold put options on Covia or Fairmount common stock, during the period from March 10, 2016 through June 29, 2020, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $6,000,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Covia or Fairmount securities during the Settlement Class Period.
- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.034 per damaged share of Covia securities. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Covia or Fairmount securities, the purchase and sale prices, and the total number and amount of claims filed.
- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to one third of the Settlement Amount, or $2,000,000, reimbursement of litigation expenses of no more than $95,000, together with proportionate interest earned on such fees and expenses in the Settlement Fund, and awards to Plaintiffs not to exceed $25,000 total. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $0.018 per damaged share of Covia securities. If approved by the Court, these amounts will be paid from the Settlement Fund.
- The Settlement represents an estimated average recovery of $0.052 per damaged share of Covia securities for the approximately 116.2 million damaged shares during the Settlement Class Period. Shares may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per damaged share of Covia securities. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Covia or Fairmount securities, and the total number of claims filed.
- The Settlement resolves the Action concerning whether Defendant Jenniffer D. Deckard violated the federal securities laws by making misrepresentations of material fact in various filings with the U.S. Securities and Exchange Commission and in other public statements to investors. Defendant

1

denies each and every claim and contention alleged in the Action and denies any misconduct or wrongdoing whatsoever, including by any of Covia's officers, directors, or employees.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN MARCH 11, 2024** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN MARCH 20, 2024** | Get no payment.  This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN MARCH 20, 2024** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON APRIL 11, 2024** | Ask to speak in Court about the fairness of the Settlement no later than March 20, 2024 at the hearing on April 11, 2024. |
| **DO NOTHING** | Get no payment.  Give up rights. |

### INQUIRIES

**Please do not contact the Court regarding this Notice.**  All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| *Covia Holdings Corporation Securities Litigation* <br> c/o Strategic Claims Services <br> P.O. Box 230 <br> 600 N. Jackson St., Ste. 205 <br> Media, PA 19063 <br> Tel.:  866-274-4004 <br> Fax:  610-565-7985 <br> info@strategicclaims.net | OR | Phillip Kim <br> THE ROSEN LAW FIRM, P.A. <br> 275 Madison Avenue, 40th Floor <br> New York, NY 10016 <br> Tel: 212-686-1060 <br> Fax: 212-202-3827 <br> Email: info@rosenlegal.com |

### DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated October 25, 2023 ("Stipulation").

### COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.      Why did I get this Notice?**

You or someone in your family may have purchased Covia or Fairmount securities between March 10, 2016 and June 29, 2020, both dates inclusive.

2

**2.  What is this lawsuit about?**

The case is known as *Plagens v. Deckard,* Case No. 1:20-cv-2744-JPC (N.D. Ohio) (the "Action"). The Action is pending in the United States District Court for the Northern District of Ohio.

The Action involves Plaintiffs' allegations that Defendant violated the federal securities laws by making false or misleading statements in Covia's filings with the U.S. Securities and Exchange Commission and in other public statements to investors concerning, among other things, two of Covia's "value-added proppants": PowerProp and Propel SSP. The Complaint asserts that the alleged misrepresentations artificially inflated the price of Covia and Fairmount securities, and that the stock price dropped in response to certain subsequent disclosures. Defendant has denied and continues to deny the allegations in the Complaint and all charges of wrongdoing or liability against Covia or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by the Defendant with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

**3.  Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.  Why is there a Settlement?**

Plaintiffs and Defendant do not agree regarding the merits of Plaintiffs' allegations and Defendant's defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendant disagree include: (1) whether Defendant made any statements that were materially false or misleading or otherwise actionable under federal securities law; (2) whether Defendant acted with scienter; (3) to the extent any statements were materially false or misleading, whether any subsequent disclosures corrected any prior false or misleading statements by Defendant; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiffs and Defendant have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendant would raise. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they would be able to prevail on a motion for class certification, whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any appeal brought by Defendant, Plaintiffs might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs'

3

allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased Covia or Fairmount common stock, or purchased call options or sold put options on Covia or Fairmount common stock, from March 10, 2016 through June 29, 2020, both dates inclusive.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b) Defendant; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant, or any person excluded under this subsection (b), has or had a majority ownership interest at any time. Also excluded from the Settlement Class are persons or entities who file valid and timely requests for exclusion from the Settlement Class.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/CVIA, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides that Defendant pay $6,000,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Plaintiffs' Counsel and any Award to the Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proof of Claim and Release Forms.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold Covia or Fairmount securities; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Plaintiffs' Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is

4

the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendant, the prices of Covia and Fairmount securities were artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of Covia securities. Defendant has denied these allegations.

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/CVIA.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

5

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

### Calculation of Recognized Loss - Common Stock

Recognized Loss for Covia and/or Fairmount common stock purchased during the Settlement Class Period shall be calculated as follows:

A.  For shares purchased and sold during the Settlement Class Period, the Recognized Loss per share shall be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

B.  For shares purchased during the Settlement Class Period and sold during the period July 1, 2020[1] through September 28, 2020, inclusive, the Recognized Loss shall be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

C.  For shares purchased during the Settlement Class Period and retained as of the close of trading on September 28, 2020, the Recognized Loss shall the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $.02 per share.[2]

| INFLATION TABLE A | |
|---|---|
| Common Stock Purchased and Sold During the Settlement Class Period | |
| **Period** | **Inflation** |
| March 10, 2016 to March 22, 2019, inclusive | $1.06 per share |
| March 23, 2019 to May 8, 2019, inclusive | $0.64 per share |
| May 9, 2019 to June 29, 2020 | $0.44 per share |
| After June 29, 2020 | $0.00 per share |

| Table B | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 7/1/2020 | $0.04 | $0.04 | | 7/31/2020 | $0.02 | $0.03 | | 8/31/2020 | $0.02 | $0.02 |
| 7/2/2020 | $0.04 | $0.04 | | 8/3/2020 | $0.01 | $0.03 | | 9/1/2020 | $0.02 | $0.02 |
| 7/6/2020 | $0.04 | $0.04 | | 8/4/2020 | $0.02 | $0.03 | | 9/2/2020 | $0.02 | $0.02 |

---

[1] There was no reported trading of Covia's common stock on June 30, 2020.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated."  $.02 per share was the mean (average) daily closing trading price of the Company's common stock during the 90-day period beginning on July 1, 2020 through and including September 28, 2020.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Table B** | | | | | | | | | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 7/7/2020 | $0.04 | $0.04 | | 8/5/2020 | $0.02 | $0.03 | | 9/3/2020 | $0.02 | $0.02 |
| 7/8/2020 | $0.04 | $0.04 | | 8/6/2020 | $0.02 | $0.03 | | 9/4/2020 | $0.01 | $0.02 |
| 7/9/2020 | $0.04 | $0.04 | | 8/7/2020 | $0.02 | $0.03 | | 9/8/2020 | $0.01 | $0.02 |
| 7/10/2020 | $0.04 | $0.04 | | 8/10/2020 | $0.01 | $0.03 | | 9/9/2020 | $0.01 | $0.02 |
| 7/13/2020 | $0.04 | $0.04 | | 8/11/2020 | $0.02 | $0.03 | | 9/10/2020 | $0.01 | $0.02 |
| 7/14/2020 | $0.03 | $0.04 | | 8/12/2020 | $0.02 | $0.03 | | 9/11/2020 | $0.01 | $0.02 |
| 7/15/2020 | $0.03 | $0.04 | | 8/13/2020 | $0.02 | $0.03 | | 9/14/2020 | $0.01 | $0.02 |
| 7/16/2020 | $0.03 | $0.04 | | 8/14/2020 | $0.02 | $0.03 | | 9/15/2020 | $0.01 | $0.02 |
| 7/17/2020 | $0.03 | $0.04 | | 8/17/2020 | $0.02 | $0.03 | | 9/16/2020 | $0.02 | $0.02 |
| 7/20/2020 | $0.03 | $0.04 | | 8/18/2020 | $0.02 | $0.03 | | 9/17/2020 | $0.01 | $0.02 |
| 7/21/2020 | $0.03 | $0.04 | | 8/19/2020 | $0.02 | $0.03 | | 9/18/2020 | $0.01 | $0.02 |
| 7/22/2020 | $0.02 | $0.04 | | 8/20/2020 | $0.01 | $0.02 | | 9/21/2020 | $0.01 | $0.02 |
| 7/23/2020 | $0.02 | $0.03 | | 8/21/2020 | $0.02 | $0.02 | | 9/22/2020 | $0.01 | $0.02 |
| 7/24/2020 | $0.02 | $0.03 | | 8/24/2020 | $0.02 | $0.02 | | 9/23/2020 | $0.01 | $0.02 |
| 7/27/2020 | $0.02 | $0.03 | | 8/25/2020 | $0.02 | $0.02 | | 9/24/2020 | $0.01 | $0.02 |
| 7/28/2020 | $0.02 | $0.03 | | 8/26/2020 | $0.02 | $0.02 | | 9/25/2020 | $0.01 | $0.02 |
| 7/29/2020 | $0.02 | $0.03 | | 8/27/2020 | $0.01 | $0.02 | | 9/28/2020 | $0.01 | $0.02 |
| 7/30/2020 | $0.02 | $0.03 | | 8/28/2020 | $0.02 | $0.02 | | | | |

### Calculation of Recognized Loss - Call Options

For each Covia and/or Fairmount Call Option purchased during the Settlement Class Period (i.e., between March 10, 2016 and June 29, 2020, both dates inclusive), the Recognized Loss per Call Option shall be calculated as follows:

   i.    For each Call Option not held at the opening of trading on one or more of the corrective disclosure dates on March 23, 2019 and May 9, 2019 and June 29. 2020 (the "Corrective Disclosure Dates"), the Recognized Loss per Call Option is $0.00.

   ii.    For each Call Option held at the opening of trading on one or more of the Corrective Disclosure Dates:

       a.    that was subsequently sold during the Settlement Class Period, the Recognized Loss per Call Option is the purchase price *minus* the sale price.

       b.    that was subsequently exercised during the Settlement Class Period, the Recognized Loss per Call Option is the purchase price *minus* the intrinsic value of the option on the date of exercise, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the closing price of Covia Common Stock on the date of exercise *minus* the strike price of the option.

       c.    that expired unexercised during the Settlement Class Period, the Recognized Loss per Call Option is equal to the purchase price.

       d.    that was still held as of the close of trading on June 29, 2020, the Recognized Loss per Call Option is the purchase price *minus* the intrinsic value of the option as of the close of trading on June 29, 2020 (i.e., the latest Corrective Disclosure Date), where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) $0.04 *minus* the strike price of

7

Case: 1:20-cv-02744-JPC  Doc #: 79-1  Filed:  03/14/24  20 of 36.  PageID #: 2528

the option.

No Recognized Loss shall be calculated based upon purchase or acquisition of any Covia and/or Fairmount Call Option that had been previously sold or written.

### Calculation of Recognized Loss - Put Options

For each Covia and/or Fairmount Put Option sold during the Settlement Class Period (i.e., between March 10, 2016 and June 29, 2020, both dates inclusive), the Recognized Loss per Put Option shall be calculated as follows:

i.  For each Put Option not open (i.e., not outstanding) at the opening of trading on one or more of the Corrective Disclosure Dates, the Recognized Loss per Put Option is $0.00.

ii. For each Put Option open (i.e., outstanding) at the opening of trading on one or more of the Corrective Disclosure Dates:
    a. that was subsequently purchased during the Settlement Class Period, the Recognized Loss per Put Option is the purchase price *minus* the sale price.
    b. that was subsequently exercised (i.e., assigned) during the Settlement Class Period, the Recognized Loss per Put Option is the intrinsic value of the Put Option on the date of exercise *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* the closing price of Covia Common Stock on the date of exercise.
    c. that expired unexercised during the Settlement Class Period, the Recognized Loss per Put Option $0.00.
    d. that was still open (i.e., outstanding) as of the close of trading on June 29, 2020, the Recognized Loss per Put Option is the intrinsic value of the option as of the close of trading on June 29, 2020 *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* $0.04.

No Recognized Loss shall be calculated based upon the sale or writing of any Covia and/or Fairmount Put Option that had been previously purchased or acquired.

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date.  The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all your purchases of the Company shares during the period March 10, 2016 through and including September 28, 2020.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendant, Defendant's Counsel, Plaintiffs, Plaintiffs' Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such

8

involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.      How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/CVIA. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/CVIA by 11:59 p.m. EST on March 11, 2024; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than March 11, 2024, to the Claims Administrator at:

*Covia Holdings Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.     What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the March 20, 2024 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendant and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendant and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of Covia or Fairmount securities during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of Covia or Fairmount securities during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

**11.     How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Plagens v. Deckard,* Case No. 1:20-cv-2744 (N.D. Ohio);" (B) states the date, number of shares and dollar amount of each Covia or Fairmount securities purchase during the Settlement Class Period, and any sale transactions; and

9

(C) states the number of shares of Covia securities held by you as of June 29, 2020. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of Covia or Fairmount securities during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the Covia securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than March 20, 2024, to the Claims Administrator at the following address:

*Covia Holdings Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.  If I do not exclude myself, can I sue the Defendant for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.  Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel, to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.  How will the lawyers be paid?**

Plaintiffs' Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Plaintiffs' Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Plaintiffs' Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one third of the Settlement, or $2,000,000, for reimbursement of reasonable litigation expenses not to exceed $95,000, and awards to Plaintiffs in an amount not to exceed $25,000 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.  How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award

to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of *Plagens v. Deckard,* Case No. 1:20-cv-2744 (N.D. Ohio). Be sure to include (1) your name, address, and telephone number, (2) a list of all purchases and sales of Covia securities during the Settlement Class Period in order to show membership in the Settlement Class, (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than March 20, 2024:

| Clerk of the Court United States District Court Northern District of Ohio Carl B. Stokes U.S. Court House 801 West Superior Avenue Cleveland, OH 44113 | LEAD COUNSEL: THE ROSEN LAW FIRM, P.A. Phillip Kim 275 Madison Avenue, 40th Floor New York, NY 10016 | COUNSEL FOR DEFENDANT: KIRKLAND & ELLIS LLP Gabor Balassa 300 North LaSalle Street Chicago, IL 60654 |
|---|---|---|

**16.  What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.  When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on April 11, 2024, at 10:00 a.m., at the U.S. District Court, Northern District of Ohio, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Courtroom 16B, Cleveland, OH 44113, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Plaintiffs' Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

**18.  Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: NOVEMBER 20, 2023

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  March 11, 2024**

IF YOU PURCHASED COVIA HOLDINGS CORPORATION F/K/A FAIRMOUNT SANTROL HOLDINGS, INC. ("COVIA" OR THE "COMPANY") SECURITIES DURING THE PERIOD FROM MARCH 10, 2016 THROUGH JUNE 29, 2020, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE DEFENDANT, THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF COVIA AT ALL RELEVANT TIMES, THE IMMEDIATE FAMILY MEMBERS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF SUCH EXCLUDED PERSONS, AND ANY ENTITY IN WHICH ANY EXCLUDED PERSON HAS OR HAD A MAJORITY OWNERSHIP INTEREST AT ANY TIME. ALSO EXCLUDED ARE THOSE WHO VALIDLY OPT OUT, AND THOSE WITH NO COMPENSATORY LOSSES).

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM BY 11:59 P.M. EST ON MARCH 11, 2024 AT WWW.STRATEGICCLAIMS.NET/CVIA.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN MARCH 11, 2024 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

*Covia Holdings Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY MARCH 11, 2024 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

13

## CLAIMANT'S STATEMENT

1.  I (we) purchased Covia Holdings Corporation or Fairmount Santrol Holdings, Inc. ("Covia" or the "Company") common stock, or purchased call options or sold put options on Covia or Fairmount common stock during the Settlement Class Period. (Do not submit this Proof of Claim if you did not purchase Covia securities during the Settlement Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action ("Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of Covia securities, and each sale, if any, of the same. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Covia securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss.  In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims" as those terms are defined in the Stipulation of Settlement, dated October 25, 2023 ("Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees,

14

legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning defined in the Stipulation.

10. "Released Claims" has the meaning defined in the Stipulation.

11. "Unknown Claims" has the meaning defined in the Stipulation.

12. I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  I (we) agree and acknowledge that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/.  One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in Covia securities should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Settlement Class Period, one total holding at the end of the Settlement Class Period, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in Covia securities to prove and accurately process the Claim.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim hosted at www.strategicclaims.net/CVIA.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim.

15. In order to provide accurate claims processing you must provide all transactions in Covia securities between March 10, 2016 and September 28, 2020, both dates inclusive.

COVIA

## I. CLAIMANT INFORMATION

| | | |
|---|---|---|
| Beneficial Owner Name | | |
| Record Owner Name | | |
| Address | | |
| | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN COVIA OR FAIRMOUNT COMMON STOCK

**Beginning Holdings:**

A. State the total number of shares of Fairmount Santrol Holdings, Inc. ("Fairmount") common stock held at the close of trading on March 9, 2016 (*must be documented).* If none, write "zero" or "0."

**Purchases:**

B. Separately list each and every purchase of Fairmount or Covia common stock between March 10, 2016 and September 28, 2020, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Sales:**

C. Separately list each and every sale of Fairmount or Covia common stock between March 10, 2016 and September 28, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Securities Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

16

COVIA

**Ending Holdings:**

D.  State the total number of shares of Covia common stock held at the close of trading on September 28, 2020 (*must be documented).* If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SCHEDULE OF TRANSACTIONS IN COVIA OR FAIRMOUNT OPTIONS

Complete this part if you purchased/acquired Covia or Fairmount Options during the period from March 10, 2016 and June 29, 2020, inclusive. Please include proper documentation with your Claim Form. Do not include information in this section regarding securities other than Covia or Fairmount Options.

| **A. BEGINNING HOLDINGS** – Separately list all positions in Covia or Fairmount Option contracts in which you had an open interest as of the close of trading on March 9, 2016. (Must be documented.) | **IF NONE, CHECK HERE** ○ |
|---|---|

| Security Type (Call Options/Put Options) | Strike Price of Option Contract | Expiration Date of Option Contract (Month/Day/Year) | Number of Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| | $ | / / | |
| | $ | / / | |
| | $ | / / | |
| | $ | / / | |

**B. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Covia or Fairmount Option contracts from after the opening of trading on March 10, 2016, through and including the close of trading on June 29, 2020. (Must be documented.)

| Security Type (Call Options/ Put Options) | Date of Purchase/ Acquisition (List Chrono-logically) (Month/Day/ Year) | Strike Price of Option Contract | Expiration Date of Option Contract (Month/Day/Year) | Number of Option Contracts Purchased /Acquired | Purchase/ Acquisition Price Per Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise/ Assign Date (Month/Day/ Year) |
|---|---|---|---|---|---|---|---|---|
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |

17

COVIA

| C. SALES DURING THE SETTLEMENT CLASS PERIOD – Separately list each and every sale/disposition (including free deliveries) of Covia or Fairmount Option contracts from after the opening of trading on March 10, 2016, through and including the close of trading on June 29, 2020. (Must be documented.) | | | | | | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|---|---|---|---|---|
| Security Type (Call Options/ Put Options) | Date of Sale (List Chronologically) (Month/Day /Year) | Strike Price of Option Contract | Expiration Date of Option Contract (Month/Day/Year) | Number of Option Contracts Sold | Sale Price Per Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise/ Assign Date (Month/Day/ Year) |
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |
| | / / | $ | / / | | $ | $ | | / / |

| D. ENDING HOLDINGS – Separately list all positions in Covia Option contracts in which you had an open interest as of the close of trading on June 29, 2020. (Must be documented.) | IF NONE, CHECK HERE ○ |
|---|---|

| Security Type (Call Options/Put Options) | Strike Price of Option Contract | Expiration Date of Option Contract (Month/Day/Year) | Number of Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| | $ | / / | |
| | $ | / / | |
| | $ | / / | |
| | $ | / / | |

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification Number at the top of each sheet.**

## IV. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | _____ |

## V. CERTIFICATION

I (We) submit this Proof of Claim under the terms of the Stipulation and Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Northern District of Ohio, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Covia securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

18

COVIA

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/CVIA NO LATER THAN 11:59 P.M. ON MARCH 11, 2024, OR POSTMARKED NO LATER THAN MARCH 11, 2024 AND MUST BE MAILED TO:**

*Covia Holdings Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by March 11, 2024 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

*Covia Holdings Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim on page 19.  If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

o   Please remember to attach supporting documents.  Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

**EXHIBIT E**



Josephine Bravata <jbravata@strategicclaims.net>

---

## GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA

1 message

---

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                Mon, Dec 18, 2023 at 9:01 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Covia Holdings Corporation f/k/a Fairmount Santrol Holdings, Inc. Securities

**Cross time: 12/18/23 09:00 AM ET: Eastern Time - View release on GlobeNewswire.com**

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

---

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

**AFFIDAVIT**

**STATE OF NEW JERSEY**               )

                                       ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

DEC-18-2023;

ADVERTISER: COVIA HOLDINGS CORPORATION;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this

21   day of   December    2023

Notary Public



WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 1:20-cv-02744-JPC

CLASS ACTION

JENNIFFER D. DECKARD,

Defendant.

## SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO:** ALL PERSONS WHO PURCHASED THE SECURITIES OF COVIA HOLDINGS CORPORATION F/K/A FAIRMOUNT SANTROL HOLDINGS, INC. ("COVIA") FROM MARCH 10, 2016 THROUGH JUNE 29, 2020, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Ohio, that a hearing will be held on April 11, 2024, at 10:00 a.m. before the Honorable J. Philip Calabrese, United States District Judge of the United States District Court for the Northern District of Ohio, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Courtroom 16B, Cleveland, OH 44113, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1)  whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $6,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2)  whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3)  whether the application of Lead Counsel for an award of attorneys' fees of up one third of the Settlement Amount, reimbursement of expenses of not more than $95,000, and awards to Plaintiffs of no more than $25,000 total, should be approved; and

(4)  whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated October 25, 2023.

If you purchased Covia common stock, or purchased call options or sold put options on Covia common stock during the period from March 10, 2016 through June 29, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Covia securities.

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling Covia Holdings Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/CVIA. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically at www.strategicclaims.net/CVIA or postmarked no later than March 11, 2024 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than March 20, 2024.  All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than March 20, 2024, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | KIRKLAND & ELLIS LLP |
| Northern District of Ohio | Phillip Kim | Gabor Balassa |
| Carl B. Stokes U.S. Court House | 275 Madison Avenue, 40th Floor | 300 North LaSalle Street |
| 801 West Superior Avenue | New York, NY 10016 | Chicago, IL 60654 |
| Cleveland, OH 44113 | | |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor, New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: November 20, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

# A12 WEEK OF DECEMBER 18, 2023     MUTUAL FUND PERFORMANCE     INVESTORS.COM

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| E | Corp Bond | +8 | +6 | 0 | 12.42 | 0.14 |
| D+ | IntlIntrVal | +16 | +5 | +4 | 41.29 | 0.37 |
| A | MassInvGro | +23 | +6 | +10 | 40.69 | -0.09 |
| A | Mass Inv Tr | +18 | +5 | +7 | 37.25 | 0.09 |
| D | MuniHighInc | +5 | +4 | +1 | 7.26 | 0.08 |
| D | Muni Income | +6 | +5 | +1 | 8.16 | 0.08 |
| E | TotRetBond | +7 | +5 | 0 | 9.54 | 0.09 |
| B | TotalReturn | +9 | +4 | +4 | 19.75 | 0.24 |
| B | Utilities | -1 | +3 | +4 | 21.19 | -0.94 |

**MFS Funds I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 49.7 bil 800-225-2606 | | | | | |
| B+ | Growth | +34 | +5 | +11 | 176.99 | -1.5 |
| B+ | Intl Equity | +17 | +6 | +7 | 32.96 | 0.19 |
| C- | MidCapGrowt | +20 | +7 | +8 | 28.59 | -0.02 |
| A+ | MidCapValue | +12 | +7 | +7 | 30.62 | 0.51 |
| A | Research | +21 | +5 | +9 | 54.45 | 0.11 |
| A | Value | +7 | +4 | +6 | 47.12 | -3.1 |

**Morgan Stanley Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 181 bil 800-548-7786 | | | | | |
| B+ | Gl Fr | +16 | +4 | +7 | 34.79 | -0.11 |
| B | Growth | +50 | +14 | +4 | 34.54 | 0.94 |

**MorganStanleyPathway**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.6 bil 888-673-9950 | | | | | |
| E | Core Fl | +5 | +5 | 0 | 6.91 | 0.06 |
| A- | Lg Cap Eq | +23 | +5 | +8 | 21.67 | 0.08 |

**Muhlenkmp**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 214 mil 800-860-3863 | | | | | |
| A | Fund | +12 | +1 | +9 | 61.72 | 0.87 |

**Munder Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.1 bil 800-539-3863 | | | | | |
| D+ | Intl SmCp | +13 | +4 | +4 | 14.49 | 0.25 |

**Munder Funds Cl A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 723 mil 800-539-3863 | | | | | |
| A+ | Multi-Cap | +23 | +4 | +7 | 46.65 | 0.15 |

**Nationwide Fds R6**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.4 bil 800-848-0920 | | | | | |
| A- | MC Mkt Idx | +16 | +7 | +5 | 17.10 | 0.40 |

**Nationwide Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 mil 800-848-0920 | | | | | |
| A | S&P 500 | +24 | +5 | +9 | 22.61 | 0.07 |

**Natixis Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 18.0 bil 800-225-5478 | | | | | |
| D- | Inv GB | +7 | +5 | +1 | 9.90 | 0.10 |
| A | LS Growth | +48 | +5 | +11 | 24.06 | 0.04 |
| A+ | Oakmark | +30 | +7 | +9 | 28.07 | 0.58 |
| A | US Eq Opp | +35 | +5 | +8 | 39.07 | 0.59 |

**Neuberger Berman Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 28.6 bil 800-366-6264 | | | | | |
| A- | EIPWS | +15 | +5 | +5 | 10.96 | 0.01 |
| B | LngSh | +12 | +2 | | 17.41 | -0.14 |
| A- | Eqty Inc | +3 | +3 | +4 | 13.11 | 0.10 |
| A- | LC Value | -2 | -2 | +7 | 42.05 | -0.03 |
| D+ | Str Inc | +9 | +5 | +2 | 9.80 | 0.06 |
| A | Sus Eqty | +25 | +7 | +8 | 43.44 | 0.08 |

**Neuberger Berman Inv**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.7 bil 800-877-9700 | | | | | |
| A | Guardian | +33 | +4 | +12 | 25.50 | -0.18 |

**Neuberger Berman Tr**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 5.3 bil 800-877-9700 | | | | | |
| B- | Genesis | +14 | +5 | +6 | 62.26 | 1.23 |

**Nicholas Group**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 5.0 bil 800-544-6547 | | | | | |
| A- | Equity Inc | +7 | +4 | +7 | 20.39 | 0.14 |
| A | Fund | +33 | +7 | +11 | 88.59 | -0.46 |
| A | II | +18 | +7 | +7 | 32.57 | 0.27 |

**Northern Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 30.9 bil 800-595-9111 | | | | | |
| E | Bond Index | +4 | +4 | 0 | 9.27 | 0.07 |
| C | HY Fxd Inc | +11 | +5 | +2 | 5.95 | 0.08 |
| B- | Intl Eq Idx | +15 | +4 | +4 | 14.05 | 0.12 |
| D | IntmdtTxEx | +4 | +3 | +2 | 9.84 | 0.06 |
| A+ | Lg Cp Core | +23 | +5 | +8 | 26.20 | 0.14 |
| A | Sm Cap Val | +14 | +9 | +3 | 20.57 | 0.52 |
| A | Stock Idx | +25 | +5 | +9 | 50.35 | 0.14 |

**Nuveen Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 13.9 bil 800-257-8787 | | | | | |
| D- | All-Am Muni | +6 | +4 | +1 | 10.17 | 0.08 |
| A | Div Value | +10 | +3 | +5 | 14.26 | 0.16 |

**Nuveen Funds I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 8.3 bil 800-257-8787 | | | | | |
| D | HY Muni | +5 | +4 | +3 | 14.78 | 0.21 |
| D | IntDurMuni | +5 | +4 | +2 | 8.86 | 0.06 |
| D | LtdTrmMuni | +4 | +3 | +2 | 10.90 | 0.06 |
| A+ | MidCpValue | +14 | +6 | +7 | 53.67 | 0.87 |
| A- | Real Est | +12 | +9 | +2 | 15.59 | 0.41 |
| A | SmCapValue | +11 | +6 | +2 | 28.82 | 0.64 |

**Oak Associates Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.1 bil 888-462-5386 | | | | | |
| A | OakTechnolo | +45 | +7 | +11 | 40.38 | -0.04 |

**Oakmark Funds Invest**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.6 bil 800-625-6275 | | | | | |
| A- | Eqty & Inc | +17 | +6 | +5 | 33.55 | -0.18 |
| A+ | Fund | +30 | +7 | +10 | 131.83 | 1.45 |
| B- | Internati | +18 | +4 | +4 | 26.70 | 0.12 |
| A+ | Select | +41 | +8 | +9 | 69.54 | 1.53 |

**Oberweis Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |

---

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.1 bil 800-323-6166 | | | | | |
| A+ | Sm-Cap Opp | +13 | +9 | +11 | 22.17 | -0.40 |

**Old Westbury Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 38.2 bil 800-607-2200 | | | | | |
| A- | All Cp Core | +25 | +5 | +9 | 22.81 | -1.9 |
| E | Credit Inc | +5 | +4 | | 8.04 | -0.04 |
| D- | Fxd Inc | +4 | +4 | 0 | 10.14 | -0.03 |
| B- | LC Strat | +18 | +5 | +5 | 17.18 | -0.01 |
| D | Muni Bd | +4 | +3 | +1 | 11.60 | 0.01 |
| D- | Sm&Md Cp St | +10 | +4 | +3 | 15.15 | 0.17 |

**Optimum Funds Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 7.4 bil 800-914-0278 | | | | | |
| E | Fxd Inc | +5 | +4 | 0 | 8.15 | 0.07 |
| C+ | Lg Cp Gro | +39 | +7 | +8 | 19.75 | -0.08 |
| A | Lg Cp Val | +9 | +4 | +6 | 17.31 | 0.15 |
| A- | S-M Cap Val | +10 | +8 | +3 | 13.98 | 0.34 |

**Osterweis Strat Income**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.7 bil 866-236-0050 | | | | | |
| B- | StratIncome | +11 | +3 | +2 | 11.00 | 0.11 |

## –P–Q–R–

**PACE Funds Cl P**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.0 bil 800-647-1568 | | | | | |
| A+ | Lg Co VI | +14 | +4 | +5 | 20.25 | 0.18 |
| A- | S/M VI | +12 | +8 | +5 | 19.09 | 0.51 |

**Parnassus Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 12.3 bil 800-999-3505 | | | | | |
| A | Core Eqty | +23 | +4 | +10 | 54.28 | -0.11 |

**Paydenfunds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 3.0 bil 800-572-9336 | | | | | |
| E | Lg Inc | +5 | +4 | +4 | 16.67 | 0.19 |

**Pear Tree**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.0 bil 800-326-2151 | | | | | |
| B- | Foreign V | +18 | +6 | +3 | 22.97 | 0.55 |

**Perm Port Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.8 bil 800-531-5142 | | | | | |
| B+ | Perm | +11 | +4 | +7 | 50.79 | 0.95 |

**PGIM Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 15.5 bil 800-225-1852 | | | | | |
| C- | High Yield | +11 | +4 | +1 | 4.72 | 0.06 |
| E | Tot Rtn Bnd | +7 | +5 | 0 | 12.05 | 0.11 |

**PGIM Jenn Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 15.5 bil 800-225-1852 | | | | | |
| B- | Jenn Growth | +50 | +8 | +11 | 50.33 | -0.25 |
| A+ | JennNtrlRes | -3 | -7 | +8 | 54.70 | 1.49 |
| A | JennUtility | -3 | -1 | +4 | 14.19 | -0.13 |
| A | Jenn Value | +14 | +3 | +5 | 19.78 | 0.21 |

**PGIM Quant Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 15.5 bil 800-225-1852 | | | | | |
| A+ | Quant LCC | +25 | +5 | +7 | 18.40 | 0.04 |

**PIMCO Fds Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 134 bil 800-927-4648 | | | | | |
| B- | All Asset | +8 | +3 | +3 | 11.11 | 0.15 |
| A+ | Comm RR Str | -7 | -6 | +4 | 12.99 | 0.35 |
| D- | Div Income | +9 | +5 | +1 | 9.50 | 0.10 |
| C- | High Yield | +12 | +5 | +2 | 8.40 | 0.11 |
| D- | HY Muni Bd | +6 | +5 | +3 | 8.44 | 0.10 |
| D | IntlBd(DH) | +8 | +4 | +1 | 9.77 | 0.06 |
| E | Long-TmCrBd | +10 | +7 | +1 | 9.15 | 0.18 |
| E | Long Dur TR | +7 | +8 | 0 | 7.38 | 0.15 |
| D | Low Dur | +5 | +2 | +1 | 9.24 | 0.04 |
| D+ | MtgOppBkd | +4 | +3 | +1 | 10.83 | 0.12 |
| A- | RE RI Rtn | +13 | +10 | +2 | 25.31 | 0.80 |
| D | Real Return | +4 | +3 | 0 | 10.08 | 0.12 |
| C+ | Short-Term | +6 | +1 | +1 | 9.90 | 0.00 |
| C | StrtAsstInv | +5 | +1 | +1 | 9.90 | 0.00 |
| A- | Stk+Abs Rtn | +25 | +5 | +8 | 11.07 | 0.04 |
| A | StocksPLUS | +25 | +5 | +8 | 11.54 | 0.04 |
| E | Tot Rtn ESG | +5 | +4 | 0 | 7.58 | 0.07 |
| E | Tot Rtn | +6 | +4 | 0 | 8.62 | 0.07 |
| A- | TRENDS MFS | -5 | +0 | +4 | 10.68 | 0.02 |

**PIMCO Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 29.2 bil 800-927-4648 | | | | | |
| A+ | RAE PLUS | +16 | +7 | +4 | 16.65 | 0.20 |

**PIMCO Funds I2**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.4 bil 888-877-4626 | | | | | |
| E | Inv Grd Cr | +8 | +5 | +1 | 8.97 | 0.10 |
| C | Low Dur Inc | +7 | +2 | +1 | 7.92 | 0.02 |

**PIMCO Funds Instl**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 81.7 bil 888-877-4626 | | | | | |
| A+ | Comm+ Strat | -1 | +9 | +6 | 6.69 | 0.17 |
| D+ | Dynmc Bd | +7 | +3 | +1 | 9.81 | 0.02 |
| C- | Income | +9 | +4 | +1 | 10.58 | 0.06 |
| B+ | Infl Rsp MA | +6 | +3 | +3 | 8.03 | 0.12 |

**Pioneer Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 14.1 bil 800-225-6292 | | | | | |
| A- | Core Eqty | +17 | +3 | +7 | 20.70 | 0.10 |
| A+ | Disc Gro | +27 | +5 | +10 | 51.00 | 0.07 |
| A- | Disc Val | +7 | +2 | +5 | 13.77 | 0.16 |
| A- | Eqty Income | +7 | +3 | +3 | 30.14 | 0.54 |
| A | Fund | +27 | +8 | +6 | 36.19 | 0.52 |
| A+ | Mid Cap Val | +12 | +6 | +5 | 23.47 | 0.51 |

**Pioneer Funds Y**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.4 bil 800-225-6292 | | | | | |
| D- | Bond | +6 | +5 | 0 | 8.25 | 0.07 |
| D | StratIncome | +8 | +5 | +1 | 9.42 | 0.10 |

---

**Price Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 282 bil 800-638-5660 | | | | | |
| C | PriceQMUSSC | +19 | +6 | +5 | 41.23 | 0.70 |
| A- | AllCp Opp | +28 | +5 | +12 | 66.52 | -0.08 |
| B- | Balanced | +17 | +5 | +5 | 25.52 | 0.18 |
| C- | BlueChpGro | +47 | +9 | +7 | 146.75 | -1.0 |
| E | Comm/Tech | +37 | +7 | +8 | 126.99 | -0.19 |
| A | Div Gr | +13 | +9 | +5 | 70.27 | 0.00 |
| A | Eq Inc | +9 | +6 | +6 | 33.50 | 0.42 |
| E | EqIndex500 | +25 | +5 | +10 | 124.04 | 0.36 |
| A+ | Financial | +15 | +12 | +7 | 35.55 | 0.75 |
| C- | Glbl Stck | +25 | +6 | +10 | 57.07 | 0.44 |
| E | Glbl Tech | +54 | +11 | +8 | 15.51 | 0.01 |
| C | GrowthStock | +43 | +5 | +8 | 85.49 | -0.39 |
| C- | Hlth Sci | +2 | +3 | +6 | 91.24 | -0.19 |
| E | Intl Disc | +10 | +4 | +4 | 61.22 | 0.11 |
| D- | Intl Stck | +15 | +5 | +4 | 18.80 | 0.04 |
| A+ | Intl Val E1 | +18 | +4 | +5 | 15.95 | -0.26 |
| C+ | MdCp Growth | +19 | +6 | +6 | 99.05 | 1.42 |
| A+ | MdCp Val | +18 | +8 | +7 | 30.95 | 0.72 |
| A+ | New Era | -0 | -5 | +5 | 41.25 | 0.90 |
| E | NewHorizons | +19 | +4 | +6 | 55.03 | 1.20 |
| B- | OverseasStc | +14 | +4 | +5 | 12.25 | -0.14 |
| C | Real Estate | +13 | +10 | +1 | 13.34 | 0.37 |
| C | 2010 | +11 | +4 | +4 | 15.05 | 0.13 |
| C | 2015 | +12 | +4 | +4 | 12.57 | 0.11 |
| C- | 2020 | +12 | +4 | +4 | 18.82 | 0.16 |
| B- | 2025 | +13 | +4 | +5 | 16.58 | 0.14 |
| B- | 2030 | +15 | +5 | +5 | 25.14 | 0.23 |
| B- | 2035 | +17 | +5 | +6 | 19.10 | 0.19 |
| B | 2040 | +18 | +6 | +6 | 28.02 | 0.26 |
| B | 2045 | +19 | +5 | +6 | 20.53 | 0.19 |
| B | 2050 | +19 | +5 | +7 | 17.42 | 0.16 |
| B | 2055 | +19 | +5 | +7 | 18.15 | 0.16 |
| C | Bal | +10 | +4 | +3 | 12.82 | 0.07 |
| C+ | Sci&Tch | +52 | +6 | +10 | 39.63 | -0.22 |
| B- | ShTm Bd | +5 | +2 | +1 | 4.55 | 0.01 |
| C- | SmCp Stk | +16 | +6 | +5 | 57.05 | 1.17 |
| B- | SmCp Val | +18 | +4 | +5 | 54.55 | 1.26 |
| C+ | SpctModGrAl | +16 | +5 | +5 | 36.95 | 0.28 |
| B- | IE | +19 | +5 | +7 | 24.10 | 0.19 |
| D | Spectrum Inc | +7 | +4 | +1 | 11.24 | 0.12 |
| D | SumtMunIlnt | +4 | +4 | +1 | 11.40 | 0.07 |
| A | Tot Eq Mk | +25 | +6 | +9 | 51.28 | 0.30 |
| D | Tx-Fr HY | +4 | +4 | +2 | 10.83 | 0.12 |
| A+ | US ER | +28 | +6 | +10 | 46.00 | 0.09 |
| E | USLgCpCore | +21 | +6 | +9 | 35.15 | -0.02 |
| A | Value | +11 | +5 | +7 | 41.56 | 0.46 |

**Price Funds Advisor**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 10.4 bil 800-225-5132 | | | | | |
| A- | Cap App | +17 | +4 | +8 | 34.29 | 0.05 |

**Price Funds I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 282 bil 800-638-5660 | | | | | |
| B | Flt Rate | +12 | +2 | +3 | 9.43 | 0.02 |
| C | HiYld | +13 | +5 | +2 | 7.78 | 0.10 |
| C | I LC Cor Gr | +47 | +9 | +9 | 61.08 | -0.43 |
| C- | I MCEq Gr | +19 | +6 | +6 | 66.71 | 0.96 |
| C- | I SC Stk | +16 | +6 | +6 | 77.64 | 0.56 |
| E | LgCp Gro | +44 | +7 | +10 | 65.94 | -0.53 |
| A | LgCp Val | +9 | +4 | +6 | 24.17 | 0.31 |

**PRIMECAP Odyssey Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 17.9 bil 800-729-2307 | | | | | |
| C | OdysseyAgGr | +23 | +5 | +5 | 44.73 | -0.82 |
| A- | OdysseyGrow | +21 | +6 | +7 | 40.92 | -0.48 |
| A- | OdysseyStoc | +20 | +5 | +8 | 38.18 | -0.34 |

**Principal Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 53.4 bil 800-222-5852 | | | | | |
| A- | Cap App | +24 | +6 | +8 | 65.99 | 0.11 |
| A- | Eqty Inc | +10 | +5 | +6 | 37.44 | 0.59 |
| C- | MidCap | +25 | +8 | +6 | 36.47 | 0.12 |
| B- | SAM Bal | +14 | +5 | +5 | 15.34 | 0.10 |
| B- | SAM Csv G | +18 | +4 | +4 | 17.87 | 0.11 |

**Principal Funds Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 53.4 bil 800-222-5852 | | | | | |
| C | Hi In | +12 | +4 | +2 | 7.97 | 0.09 |
| A | LC S&P500 | +25 | +5 | +9 | 24.01 | 0.07 |
| E | Inv Grd Cr | +8 | +5 | +1 | 18.05 | -0.08 |
| A | LCV III | +9 | +4 | +6 | 18.48 | 0.17 |
| C- | LT 2020 | +11 | +4 | +4 | 12.51 | 0.10 |
| C- | LT 2030 | +14 | +4 | +5 | 15.70 | 0.13 |
| B- | LT 2040 | +17 | +5 | +6 | 17.05 | 0.24 |
| D | Income | +9 | +4 | +1 | 10.58 | 0.04 |
| A- | Real Est | +14 | +3 | +4 | 28.10 | 0.75 |
| D | Sp Prf Sl | +4 | +4 | +1 | 8.81 | 0.08 |

**ProFunds Inv Class**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.7 bil 888-776-3637 | | | | | |
| B+ | UltraNASDAQ | +109 | +12 | +20 | 78.64 | -0.23 |

**Prospector Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 237 mil 877-734-7862 | | | | | |
| A | Opportunity | +10 | +5 | +7 | 25.41 | 0.11 |

**Putnam Funds Class A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 35.8 bil 800-225-1581 | | | | | |
| B+ | A AG | +19 | +4 | +8 | 18.65 | 0.08 |
| A- | GlHealthCr | +7 | +3 | +7 | 60.02 | -0.34 |
| A- | GrowthOppty | +42 | +7 | +11 | 53.69 | -0.40 |

---

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| A+ | LargeCapVal | +14 | +5 | +7 | 30.59 | 0.29 |
| A | Research | +27 | +6 | +9 | 44.24 | 0.05 |
| A- | Sstnbl Ldrs | +25 | +8 | +9 | 107.35 | -0.01 |

**Putnam Funds Class Y**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 20.4 bil 800-225-1581 | | | | | |
| C- | UltShtDurI | +6 | +2 | +1 | 10.09 | 0.00 |

**RBB Fund**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 675 mil 888-261-4073 | | | | | |
| A | BP SCV2 | +15 | +6 | +5 | 25.51 | -2.8 |

**Royce Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.5 bil 800-221-4268 | | | | | |
| A- | PA Mut | +19 | +3 | +6 | 9.02 | -0.21 |
| A- | SC Oppty | +12 | +2 | +8 | 14.80 | -0.28 |
| A- | SC Spec Eq | +4 | +2 | +4 | 16.95 | -0.53 |
| A- | SC Tot Ret | +12 | +0 | +5 | 7.31 | -0.48 |

**Russell Funds S**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 14.2 bil 800-787-7354 | | | | | |
| A- | Global Eq | +20 | +4 | +7 | 9.24 | 0.04 |
| E | Strat Bond | +4 | +4 | 0 | 9.35 | 0.08 |
| D- | Tax Ex Bond | +5 | +4 | +2 | 22.07 | 0.13 |
| A | TM US Lg Cp | +23 | +5 | +9 | 70.05 | 0.16 |
| D- | US Sm Cp Eq | +11 | +6 | +4 | 26.61 | 0.61 |

**Rydex Dynamic Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 746 mil 800-820-0888 | | | | | |
| A | NASDAQ 2x | +110 | +12 | +21 | 396.39 | -1.2 |

**Rydex Investor Class**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.0 bil 800-820-0888 | | | | | |
| B- | NASDAQ-100 | +51 | +7 | +14 | 69.64 | -0.10 |

## –S–T–U–

**Schwab Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 264 bil 800-345-2550 | | | | | |
| A- | Core Eqty | +21 | +4 | +7 | 19.78 | -0.06 |
| A | Div Eq | +6 | +4 | +4 | 14.05 | -0.08 |
| A | Fdm Int LCI | +18 | +3 | +6 | 10.65 | -0.09 |
| A | Fdm US LCI | +17 | +6 | +9 | 24.03 | -0.24 |
| E | FdmUSSmCol | +19 | +10 | +6 | 16.38 | -0.44 |
| A | Intl Idx | +16 | +5 | +5 | 22.94 | -0.20 |
| A | LgCap Gro | +37 | +7 | +11 | 27.46 | -0.22 |
| A+ | MktTrk Al E | +19 | +6 | +6 | 72.29 | -0.25 |
| A | S&P 500 Idx | +25 | +5 | +10 | 72.29 | -0.21 |
| C+ | SC Idx | +15 | +8 | +4 | 32.06 | -0.86 |
| B- | Sm-Cap Eq | +18 | +4 | +9 | 19.67 | -0.48 |
| A | Tot Stk Mkt | +25 | +6 | +9 | 80.07 | -0.47 |
| B | 1000 Index | +25 | +9 | +10 | 101.26 | -0.48 |
| D | TRSfnIPSI | +4 | +3 | +1 | 10.28 | 0.11 |

**SEI Inst F**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 18.9 bil 800-858-7233 | | | | | |
| E | CoreFxdInc | +5 | +5 | 0 | 9.65 | 0.08 |
| A | Lg Cap Val | +3 | -1 | +4 | 24.38 | -0.87 |
| A | S&P 500 | +25 | +5 | +9 | 84.47 | -2.5 |
| A | Sm Cap Val | +12 | +7 | +4 | 24.38 | 0.21 |
| A+ | US LgCp Gr | +42 | +11 | +8 | 33.33 | -1.3 |

**SEI Inst Intl F**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 18.9 bil 800-858-7233 | | | | | |
| A | Intl Eq | +14 | +4 | +4 | 11.65 | 0.25 |

**SEI Tax Exempt F**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 18.9 bil 800-858-7233 | | | | | |
| D | Int-Tm Muni | +4 | +4 | +2 | 11.11 | 0.07 |

**Selected Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.5 bil 800-243-1575 | | | | | |
| A- | AmericanShs | +30 | +7 | +7 | 37.66 | 0.59 |

**Shelton Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 930 mil 800-955-9988 | | | | | |
| A | Eqty Income | +17 | +4 | +6 | 16.22 | -0.01 |
| A | S&P 500 Idx | +25 | +5 | +9 | 67.06 | 0.19 |

**SmeadFds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 3.4 bil 877-807-4122 | | | | | |
| A- | Value | +5 | +7 | +9 | 75.97 | 1.62 |

**Spirit of America**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 mil 800-452-4892 | | | | | |
| A+ | Energy | +13 | +0 | +3 | 12.77 | 0.23 |

**SSgA Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.3 bil 800-997-7327 | | | | | |
| A- | SSS&P500Ind | +25 | +5 | +9 | 248.25 | 0.71 |

**State Street Institu**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 240 bil 212-042-0134 | | | | | |
| A | US Equity | +27 | +6 | +8 | 17.55 | 0.01 |

**TCW Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 24.0 bil 800-248-4486 | | | | | |
| E | EmMktsIncom | +11 | +7 | 0 | 6.39 | 0.13 |
| E | TotalReturn | +4 | +1 | +1 | 10.17 | 0.14 |

**Third Avenue**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.1 bil 800-443-1021 | | | | | |
| A- | Value | +16 | +4 | +9 | 62.47 | 1.36 |

**Thivent Funds A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.1 bil 800-847-4836 | | | | | |
| B+ | G Stk | +20 | +5 | +8 | 16.66 | -0.11 |
| A- | SC Stk | +11 | +6 | +5 | 21.37 | 0.57 |

**Thivent Funds S**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.9 bil 800-847-4836 | | | | | |
| A- | LC Val | +12 | +5 | +7 | 28.01 | -0.01 |
| A- | MC Stk | +15 | +7 | +5 | 34.12 | 0.38 |

**Thornburg Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 16.0 bil 800-847-0200 | | | | | |
| D- | Inc Bldr | +17 | +4 | +4 | 23.67 | 0.21 |
| C- | Intl Eq | +12 | +1 | +6 | 24.75 | -0.41 |

---

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| D | Ltd Inc | +6 | +3 | +1 | 12.78 | 0.05 |
| D+ | Ltd Muni | +4 | +3 | +1 | 13.66 | 0.07 |

**TIAACREF Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 122 bil 877-518-9161 | | | | | |
| E | Bond Indx | +4 | +4 | 0 | 9.66 | 0.07 |
| E | Core Bond | +4 | +4 | 0 | 9.16 | 0.08 |
| D- | Core+ Bd | +6 | +5 | 0 | 9.18 | 0.08 |
| A | Eq Idx | +25 | +6 | +9 | 33.30 | 0.19 |
| C+ | Intl Eq | +15 | +3 | +5 | 12.83 | 0.15 |
| B- | Itl Eq Idx | +15 | +5 | +5 | 21.50 | 0.18 |
| C | LC Id 2020 | +12 | +5 | +4 | 19.03 | 0.14 |
| C+ | LC Id 2025 | +13 | +5 | +4 | 20.96 | 0.14 |
| B- | LC Id 2035 | +16 | +5 | +6 | 24.93 | 0.18 |
| B | LC Id 2040 | +18 | +5 | +6 | 26.66 | 0.20 |
| B+ | LC Id 2045 | +19 | +5 | +7 | 27.76 | 0.20 |
| A | LCG Idx | +41 | +7 | +13 | 51.11 | -0.14 |
| B+ | LCG | +44 | +7 | +10 | 23.15 | -0.08 |
| A | LCV Idx | +11 | +4 | +6 | 22.87 | 0.30 |
| A+ | LCV | +13 | +5 | +7 | 19.82 | 0.25 |
| B | Lfcy 2040 | +17 | +5 | +6 | 10.31 | 0.08 |
| A+ | MCV | +11 | +7 | +6 | 16.42 | 0.22 |
| A | Qnt SCE | +17 | +8 | +5 | 17.37 | 0.39 |
| B | Real Est | +13 | +10 | +3 | 17.73 | 0.47 |
| A | S&P500 Idx | +25 | +5 | +10 | 51.48 | 0.15 |
| C+ | SCB Idx | +15 | +8 | +4 | 22.39 | 0.60 |
| A | Soc Ch Eq | +21 | +6 | +9 | 25.48 | 0.18 |

**TIAACREF Retail**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 7.7 bil 877-518-9161 | | | | | |
| A | Gro & Inc | +31 | +6 | +9 | 21.85 | -0.08 |

**Tocqueville Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 413 mil 800-697-3863 | | | | | |
| A- | Tocq Fd | +15 | +4 | +8 | 41.22 | 0.39 |

**Torray Fund**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 297 mil 855-753-8174 | | | | | |
| A | Fund | +12 | +4 | +5 | 49.13 | 0.29 |

**Tortoise Capital**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.7 bil 855-822-3863 | | | | | |
| A+ | MLP&EnInc | +12 | +1 | +7 | 7.60 | 0.13 |
| A+ | MLP&Pipe | +13 | +4 | +6 | 14.27 | 0.12 |

**Touchstone Family Fd**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.2 bil 800-543-0407 | | | | | |
| A | Focused | +24 | +4 | +10 | 62.64 | 0.20 |
| A- | MC Value | +7 | +5 | +6 | 22.25 | 0.22 |
| A- | Small Co | +15 | +8 | +4 | 5.53 | 0.11 |

**Touchstone Funds Gro**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 3.5 bil 800-543-0407 | | | | | |
| A+ | Sands CapSel | +45 | +9 | +9 | 18.64 | -0.15 |

**Touchstone Strategic**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.1 bil 800-543-0407 | | | | | |
| A | Lrg Cp Foc | +24 | +4 | +9 | 59.05 | 0.14 |
| A | Value | +10 | +5 | +6 | 10.88 | 0.13 |

**Transamerica A**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.4 bil 888-233-4339 | | | | | |
| A | Sm/Md Cap V | +11 | +5 | +4 | 28.13 | 0.38 |

**Trust for Professional Manager**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.8 bil 866-273-7223 | | | | | |
| A+ | Rock Qlt LC | +19 | +3 | +9 | 21.11 | -0.03 |
| D- | TrStratBond | +7 | +4 | 0 | 19.67 | 0.16 |

**Tweedy Browne Fds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.4 bil 800-432-4789 | | | | | |
| B+ | Intl Val | +11 | +1 | +3 | 26.91 | 0.23 |
| A- | Value | +14 | +2 | +4 | 18.30 | 0.22 |

**Ultimus**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 757 mil 888-884-8099 | | | | | |
| A+ | US Val Eqty | +26 | +11 | +6 | 22.78 | 0.51 |

**UM Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.8 bil 800-480-4111 | | | | | |
| A+ | Beh Val | +14 | +11 | +6 | 81.07 | 1.99 |

**USAA Aggressive Gr**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| B | Aggressive46 | +44 | +8 | +7 | 51.90 | -0.31 |

**USAA Glbl Mgd Vol**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| A- | GlblMgdVol | +18 | +5 | +5 | 10.08 | 0.03 |

**USAA Grou**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| A- | 500 Index | +25 | +5 | +10 | 60.30 | 0.19 |
| A- | CapitalGrow | +17 | +5 | +6 | 12.08 | 0.05 |
| A- | Cornerstone | +11 | +4 | +3 | 26.04 | 0.09 |
| A- | Growth&Inc | +25 | +5 | +7 | 23.08 | 0.05 |
| A | Growth | +45 | +9 | +7 | 31.32 | -0.08 |
| A+ | IncomeStock | +11 | +6 | +6 | 18.39 | 0.25 |
| A | NASDAQ-100 | +52 | +7 | +15 | 41.60 | -0.05 |
| B | TargetRet20 | +16 | +5 | +4 | 12.41 | 0.08 |
| D | Tax-ExInt-T | +4 | +3 | +2 | 12.50 | 0.06 |
| D | Tax-ExLng-T | +5 | +4 | +2 | 12.10 | 0.10 |

**USAA Income**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| D- | Income | +7 | +5 | +1 | 11.46 | 0.10 |

**USAA IntmTerm Bd**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| D | IntTermBd | +7 | +4 | +1 | 8.62 | 0.08 |

**USAA ShortTerm Bd**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 62.3 bil 800-235-8396 | | | | | |
| C- | Short-TermB | +6 | +3 | +1 | 8.89 | 0.02 |

## –V–W–X–

---

**Value Line Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.9 bil 800-243-2729 | | | | | |
| A | LrgeMidCpFoc | +20 | +8 | +10 | 31.81 | 0.07 |
| A | LineSelGro | +29 | +8 | +10 | 33.64 | -0.49 |

**VanEck Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1.2 bil 800-544-4653 | | | | | |
| A | GlobalResrc | -5 | -6 | +6 | 39.98 | 1.24 |

**Vanguard Funds Adm**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2046 bil 800-662-2739 | | | | | |
| A | 500 Idx | +25 | +5 | +10 | 436.92 | 1.25 |
| B- | Bal Idx | +17 | +5 | +6 | 45.34 | 0.30 |
| D | CA Intm-Trm | +4 | +4 | +2 | 11.41 | 0.08 |
| A | CA Lng-Trm | +7 | +5 | +2 | 11.48 | 0.11 |
| C+ | Cap Opp | +24 | +8 | +11 | 181.13 | 1.51 |
| A+ | Dev Mkt | +15 | +5 | +5 | 15.30 | 0.17 |
| A+ | Div Idx | +4 | +9 | +7 | 46.17 | 0.05 |
| E | EM St I | +7 | +2 | +2 | 34.18 | 0.53 |
| A | Egy Idx | +41 | +7 | +13 | 51.11 | -0.14 |
| A+ | LCV Idx | +13 | +5 | +7 | 19.82 | 0.25 |
| A+ | MCV | +11 | +7 | +6 | 16.42 | 0.22 |
| A+ | Energy | -9 | -1 | +3 | 93.19 | 1.08 |
| A+ | Euro S | +19 | +7 | +5 | 80.26 | 1.12 |
| C- | Explorer | +18 | +7 | +6 | 102.61 | 2.15 |
| E | Ext MI | +24 | +9 | +6 | 123.67 | 2.93 |
| B | FI Idx | +4 | +4 | 0 | 9.91 | 0.08 |
| E | FTSE Soc | +30 | +6 | +10 | 32.28 | 0.06 |
| C | FTSE xUS | +13 | +4 | +4 | 34.75 | 0.38 |
| B- | Gl Min Vol | +7 | +3 | +3 | 28.83 | -0.26 |
| A | GNMA | +5 | +4 | 0 | 9.36 | 0.08 |
| A+ | Gro & Inc | +23 | +5 | +9 | 96.29 | -0.08 |
| A- | Gro Idx | +45 | +7 | +13 | 158.00 | -0.37 |
| A- | Health Care | +4 | +4 | +6 | 90.20 | -0.15 |
| D | Hi Yld TxEx | +7 | +5 | +3 | 10.63 | 0.12 |
| B- | Hlth Cr Idx | +1 | +2 | +6 | 124.08 | -0.27 |
| C | HY Corp | +11 | +5 | +2 | 5.51 | 0.07 |
| B- | Indus Idx | +21 | +8 | +8 | 112.43 | 1.75 |
| D | Infl-Prot | +4 | +3 | +1 | 23.53 | 0.25 |
| D | IntfiTxx Idx | +51 | +11 | +18 | 245.72 | 0.39 |
| E | Int Trs | +4 | +4 | 0 | 20.01 | 0.10 |
| B- | Int-T B | +5 | +5 | +1 | 10.32 | 0.07 |
| D- | Int-Tm Inv | +8 | +5 | +1 | 8.64 | 0.07 |
| D | Int-Tm Muni | +5 | +4 | +2 | 9.96 | 0.05 |
| D | Int-Tm TxEx | +5 | +4 | +2 | 13.68 | 0.09 |
| A | Lg-Cp I | +25 | +5 | +10 | 113.17 | 1.49 |
| A | Lg-Cp Idx | +26 | +6 | +10 | 109.49 | 0.32 |
| A- | Lg-Tm Inv | +10 | +7 | 0 | 8.17 | 0.16 |
| D- | Lg-Tm Tx-Ex | +7 | +5 | +2 | 10.91 | 0.10 |
| D- | Ltd-Tm TxEx | +4 | +2 | +2 | 10.83 | 0.04 |
| C+ | MC Gl | +22 | +6 | +8 | 43.03 | -0.36 |
| A+ | MC V I | +17 | +8 | +7 | 75.54 | 1.05 |
| D- | Mid Cp Gr | +17 | +7 | +7 | 287.42 | 4.06 |
| A+ | MidCp Idx | +15 | +7 | +7 | 287.42 | 4.06 |
| D | NJ Lng-Trm | +7 | +5 | +2 | 11.42 | 0.10 |
| D | NY Lng-Trm | +7 | +5 | +2 | 10.91 | 0.09 |
| A- | PA Lng-Trm | +7 | +5 | +2 | 11.00 | 0.11 |
| A- | Pac Stk | +11 | +2 | +3 | 80.83 | 1.35 |
| A- | PRIMECAP | +29 | +6 | +10 | 165.33 | 0.30 |
| A- | RE Idx | +12 | +10 | +1 | 123.90 | 3.59 |
| A- | S-C Id | +15 | +8 | +5 | 94.59 | 2.89 |
| A- | S-C V I | +15 | +7 | +4 | 75.44 | 2.08 |
| D- | Sh-Tm Bd | +5 | +3 | +1 | 10.08 | 0.03 |
| C | Sh-Tm Fed | +4 | +3 | +1 | 10.33 | 0.04 |
| D | Sh-Tm Inv | +5 | +3 | +1 | 10.43 | 0.04 |
| D- | Sh-Tm Tx-Ex | +4 | +2 | +1 | 15.62 | 0.01 |
| C+ | ST Corp Bd | +5 | +3 | +2 | 21.02 | 0.07 |
| C+ | ST IPSI | +5 | +2 | +2 | 48.09 | 0.17 |
| D | ST Trs | +4 | +2 | +1 | 10.41 | 0.03 |
| B- | TM Bal | +15 | +5 | +4 | 41.05 | 0.22 |

---

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| A | TM Cp App | +25 | +6 | +10 | 245.29 | 1.00 |
| A- | TM SmCp | +14 | +9 | +4 | 87.20 | 2.47 |
| E | Tot Bd | +5 | +5 | 0 | 9.66 | 0.08 |
| E | Tot Intl Bl | +8 | +4 | 0 | 20.09 | 0.06 |
| A | TSM Idx | +25 | +9 | +9 | 114.69 | 0.65 |
| D- | US Growth | +43 | +7 | +10 | 144.96 | 0.19 |
| B | Util Indx | -6 | +1 | +4 | 70.57 | -0.81 |
| A+ | Val Idx | +8 | +4 | +7 | 58.27 | 0.75 |
| C | Wellesley | +7 | +3 | +5 | 61.53 | 0.63 |
| A+ | Windsor II | +13 | +4 | +6 | 73.71 | 0.30 |
| A+ | Windsor II | +20 | +6 | +9 | 78.54 | 0.71 |
| A+ | Windsor | +14 | +6 | +8 | 77.37 | 1.03 |

**Vanguard Funds Ins**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 bil 800-662-7447 | | | | | |
| A- | Cap App | +24 | +8 | +11 | 592.70 | -1.7 |
| A | Rus 1000 GI | +41 | +13 | +592.70 | 1.0 | |
| A | Rus 1000 Id | +25 | +6 | +10 | 417.30 | 1.87 |
| A | Rus 1000 VI | +11 | +4 | +6 | 282.89 | 3.68 |
| A | Rus 3000 Id | +25 | +9 | +9 | 408.69 | 2.33 |

**Vanguard Funds InsP**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 bil 800-662-2739 | | | | | |
| A | Instl Indx | +25 | +6 | +10 | 395.30 | 1.13 |

**Vanguard Funds Inst**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 bil 800-662-7447 | | | | | |
| A | FTSE Soc | +30 | +6 | +10 | 32.28 | 0.06 |
| B- | LT Trs | +10 | +7 | +1 | 7.05 | 0.17 |
| A | S&P MC400 | +16 | +7 | +6 | 374.70 | 8.87 |
| A | S&P SC600 | +14 | +9 | +4 | 399.78 | 11.4 |
| B+ | T WldStk | +20 | +5 | +7 | 208.60 | 1.67 |
| E | Tot Bd II | +5 | +4 | 0 | 9.56 | 0.08 |

**Vanguard Funds InstP**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 803 bil 800-662-2739 | | | | | |
| A | Ins T SMk | +25 | +6 | +9 | 82.45 | 0.46 |

**Vanguard Funds Inv**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 1307 bil 800-662-2739 | | | | | |
| A- | Div Eqty | +26 | +6 | +9 | 45.40 | 0.31 |
| A | Div Gro | +7 | +4 | +8 | 37.30 | -0.23 |
| C- | Energy | +18 | +2 | +4 | 43.62 | 1.12 |
| A- | Gl Cap Cyc | +7 | +1 | +10 | 32.58 | 0.42 |
| C- | Glbl Eqty | +2 | +6 | +6 | 40.76 | 0.51 |
| D- | Intl Expl | +12 | +5 | +2 | 17.33 | 0.37 |
| B- | Intl Val | +14 | +4 | +4 | 43.90 | 0.61 |
| C | IS Cons Gro | +11 | +3 | +4 | 20.79 | 0.33 |
| C- | IS Growth | +41 | +6 | +8 | 15.04 | -0.13 |
| C | IS Income | +9 | +5 | +2 | 15.22 | 0.11 |
| B- | LS Mod Gro | +16 | +5 | +4 | 31.02 | 0.23 |
| D | MA Tax-Ex | +6 | +4 | +2 | 10.57 | 0.08 |
| D | Mid-CapGrth | +23 | +5 | +5 | 26.38 | 0.25 |
| A+ | Mkt Neut | +7 | +2 | +5 | | 13.79 | 0.02 |
| A- | PrmCp Cre | +22 | +5 | +8 | 30.94 | 0.69 |
| A | STAR | +14 | +6 | +6 | 25.40 | 0.21 |
| A- | Str SC Eq | +19 | +7 | +6 | 37.61 | 1.03 |
| A- | Strat Eqty | +20 | +9 | +7 | 36.59 | 0.74 |
| D- | Tgt Rtn2020 | +10 | +4 | +3 | 13.13 | 0.09 |
| C- | Tgt Ret2025 | +13 | +4 | +4 | 18.16 | 0.13 |
| C | Tgt Ret2030 | +15 | +5 | +4 | 38.91 | 0.14 |
| C- | Tgt Ret2035 | +17 | +5 | +5 | 21.39 | 0.18 |
| B- | Tgt Ret2040 | +18 | +5 | +6 | 39.73 | 0.31 |
| B- | Tgt Ret2045 | +19 | +5 | +6 | 26.09 | 0.19 |
| B | Tgt Ret2050 | +19 | +5 | +6 | 42.63 | 0.32 |
| B+ | Tgt Ret2060 | +19 | +5 | +6 | 46.07 | 0.32 |
| C- | TotIntlStk | +14 | +4 | +4 | 18.51 | 0.22 |

**Victory Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 12.3 bil 800-539-3863 | | | | | |
| A- | RSLgCpAlpha | +12 | +5 | +9 | 53.34 | 0.03 |
| A | RS Partners | +12 | +6 | +6 | 48.48 | 1.12 |

**Victory:Estab Val**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |

---

| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| A- | Estab Val | +10 | +4 | +8 | 46.51 | 0.76 |

**Victory:Global En Tran**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| A+ | GlobalEnTra | -9 | -17 | +10 | 28.90 | 0.58 |

**Victory:Integrity SCV**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| A+ | IntegritySC | +17 | +8 | +5 | 35.42 | 0.99 |

**Victory:RS Global**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| A- | RS Global | +25 | +5 | +9 | 20.31 | 0.10 |

**Victory:RS Partners**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| A+ | RS Partners | +15 | +6 | +7 | 28.38 | 0.52 |

**Victoryll:Mkt Neu I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 19.7 bil 800-539-3863 | | | | | |
| C- | Mkt Neu I | +9 | +3 | | 8.75 | 0.02 |

**Virtus Equity Trust**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 3.4 bil 800-243-1574 | | | | | |
| E | KAR Sm-Cp G | +18 | +1 | +7 | 34.26 | 0.56 |

**VirtusFunds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 5.0 bil 800-243-1574 | | | | | |
| A- | Cer LC Val | +14 | +7 | +5 | 11.10 | 0.14 |
| A- | Cer MC Val | +11 | +7 | +4 | 11.91 | 0.17 |
| A- | Silvant FG | +51 | +7 | +11 | 66.54 | -0.35 |

**VirtusFunds CI I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 8.2 bil 800-243-1574 | | | | | |
| A- | KAR Sm-Cp C | +31 | +31 | +12 | 53.77 | 0.78 |
| D- | NvrfleetMSST | +7 | +3 | +1 | 4.46 | 0.01 |

**Vivaldi Manager**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 2.0 bil 877-779-1999 | | | | | |
| B- | TrustMrgrAr | +3 | +1 | -3 | 10.60 | -0.01 |

**Voya Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 6.4 bil 800-992-0180 | | | | | |
| E | Intmdt Bd | +6 | +5 | 0 | 8.76 | 0.08 |

**Wasatch**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 4.7 bil 800-551-1700 | | | | | |
| B | Core Gro | +30 | +1 | +7 | 84.13 | -2.06 |
| A- | Sm Cap Gro | +30 | +11 | +5 | 10.08 | -0.04 |

**WCM Focus Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 15.3 bil 888-988-9801 | | | | | |
| D+ | FocusedIntG | +15 | +8 | +8 | 19.73 | 0.35 |

**WesMark Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 729 mil 800-864-1013 | | | | | |
| A | LargeCompan | +29 | +6 | +8 | 22.98 | 0.05 |

**Western Asset**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 50.8 bil 877-721-1926 | | | | | |
| E | Core Bond | +5 | +5 | 0 | 10.76 | 0.11 |
| E | CorePlusBon | +6 | +5 | 0 | 9.52 | 0.11 |
| E | ManagedMuni | +5 | +4 | +1 | 15.00 | 0.11 |
| E | SMASHSeries | +6 | +4 | -2 | 6.20 | 0.07 |
| E | SMASHSeries | +4 | +2 | -1 | 7.91 | 0.08 |

**Westwood Quality Sma**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 428 mil 877-386-3944 | | | | | |
| A | Qualty SC | +16 | +10 | +5 | 20.57 | 0.56 |

**Williamsburg Invst T**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 840 mil 800-281-3217 | | | | | |
| A- | SmCp Focus | +19 | +6 | +7 | 17.13 | 0.29 |

**Wilmington Funds**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 13.9 bil 800-836-2211 | | | | | |
| A | LC Str | +25 | +5 | +7 | 23.12 | 0.10 |

**Wm Blair Funds I**
| 36 Mo Rating | Fund | YTD %Chg | 12Wk %Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
| --- | --- | --- | --- | --- | --- | --- |
| $ | 37.3 bil 866-234-5426 | | | | | |
| A- | Sm Cap Val | +9 | +4 | +4 | 29.49 | -0.20 |
| D- | Sm-Md Cp Gr | +16 | +7 | +5 | 77.88 | -1.6 |



# A MARKET WIZARD TELLS ALL

**Two-time U.S. Investment Champion Mark Minervini Reveals His Proven Superperformance Strategy**

THINK & TRADE LIKE A STOCK MARKET WIZARD

The Secrets, Rules & Blunt Truths of a Stock Market Wizard

Learn the Strategy That Made Him One of America's Most Successful Stock Traders

Think & Trade Like A Champion

MARK MINERVINI — U.S. INVESTING CHAMPION

Best-Selling Author of Trade Like a Stock

TRADE LIKE A STOCK MARKET WIZARD

HOW TO ACHIEVE SUPERPERFORMANCE STOCKS IN MARKET

MINERVINI — U.S. INVESTING CHAMPION

**Bookauthority**
BEST STOCK MARKET BOOKS OF ALL TIME
WINNER

"Most traders would be delighted to have Minervini's worst years as their best"
*- Jack Schwager, Stock Market Wizards*

"One of the country's most successful stock traders."
*- Ron Insana*

available at **amazon**

---

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

WILLIAM PLAGENS, Individually and on behalf of all others similarly situated, Plaintiff,
v.
JENNIFER D. DECKARD, Defendant.

Case No. 1:20-cv-02744-JPC
CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED THE SECURITIES OF COVIA HOLDINGS CORPORATION F/K/A/ FAIRMOUNT SANTROL HOLDINGS, INC. ("COVIA") FROM MARCH 10, 2016 THROUGH JUNE 29, 2020, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Ohio, that a hearing will be held on April 11, 2024, at 10:00 a.m. before the Honorable J. Philip Calabrese, United States District Judge of the United States District Court for the Northern District of Ohio, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Courtroom 16B, Cleveland, OH 44113, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1)  whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $6,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;
(2)  whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;
(3)  whether the application of Lead Counsel for an award of attorneys' fees of up one third of the Settlement Amount, reimbursement of expenses of not more than $95,000, and awards to Plaintiffs of no more than $25,000 total, should be approved; and
(4)  whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated October 25, 2023.

If you purchased Covia common stock, or purchased call options or sold put options on Covia common stock during the period from March 10, 2016 through June 29, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Covia securities.

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling Covia Holdings Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/CVIA. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically at www.strategicclaims.net/CVIA or postmarked no later than March 11, 2024 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than March 20, 2024. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than March 20, 2024, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANT: |
| --- | --- | --- |
| United States District Court Northern District of Ohio Carl B. Stokes U.S. Court House 801 West Superior Avenue Cleveland, OH 44113 | THE ROSEN LAW FIRM, P.A. Phillip Kim 275 Madison Avenue, 40th Floor New York, NY 10016 | KIRKLAND & ELLIS LLP Gabor Balassa 300 North LaSalle Street Chicago, IL 60654 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:
THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor, New York, NY 10016
Tel: 212-686-1060
**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**
Dated: November 20, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE STABLE ROAD ACQUISITION CORP. SECURITIES LITIGATION

Case No. 2:21-CV-5744-JFW(SHKx)
Honorable John F. Walter

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; and (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities that purchased or otherwise acquired publicly traded Stable Road Acquisition Corp. ("SRAC") units, publicly traded SRAC Class A common stock, and publicly traded SRAC warrants between October 7, 2020 and July 13, 2021, inclusive, and were damaged thereby (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED that the Lead Plaintiff in the Action has reached a proposed settlement of the Action for $8,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on April 22, 2024 at 1:30 p.m., before the Honorable John F. Walter at the United States District Court for the Central District of California, United States Courthouse, Courtroom 7A, 350 W. 1st Street, Los Angeles, CA 90012, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *In re Stable Road Acquisition Corp. Securities Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, 1-866-274-4004. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.StableRoadSecuritiesSettlement.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* or online no later than April 5, 2024 to the Claims Administrator. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than April 1, 2024, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than April 1, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Stable Road Acquisition Corp., or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:
Casey E. Sadler, Esq.
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100, Los Angeles, CA 90067
(888) 773-9224
settlements@glancylaw.com

Requests for the Notice and Claim Form should be made to:
*In re Stable Road Acquisition Corp. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205, Media, PA 19063
(866) 274-4004

By Order of the Court

[1]  All capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated August 18, 2023 (the "Stipulation"), which is available at www.StableRoadSecuritiesSettlement.com.

---

©2023 Investor's Business Daily, LLC. All rights reserved.