# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JENNIFFER D. DECKARD,<br><br>      Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION<br><br>Judge J. Philip Calabrese |

### DECLARATION OF DANIEL KARON IN SUPPORT OF APPLICATION
### FOR ATTORNEYS' FEES AND EXPENSES

I, Daniel Karon, declare as follows according to 28 U.S.C. §1746:

1.     I own Karon LLC ("Karon"), liaison counsel in this action. Karon has represented Plaintiffs throughout this litigation, and I have personal knowledge of the following facts.

2.     A copy of Karon's resume is attached to the Declaration of Joshua Baker as Exhibit 10.

3.     For over three years, Karon LLC has been involved in this action, from drafting the complaint to preparing these final-approval papers. In particular, we (a) assisted in drafting and filing the complaint, (b) ensured admission of co-counsel, (c) assisted in briefing Plaintiffs' response to Defendants' motion to dismiss, (d) prepared for, strategized with co-counsel relating to, and attended hearings, (e) formulated with co-counsel case strategy at all stages of the litigation, (f) prepared for and strategized with co-counsel relating to mediation, (g) assisted in settlement discussions, (h) assisted in preparation of preliminary and final approval briefing and associated exhibits, and (i) communicated and coordinated with Plaintiff on various facets of this litigation.

4. The chart below summarizes the hours, rate, and lodestar of the Karon attorneys who worked on this action.

5. The total number of hours spent on the litigation of the action by my firm through today's date is 75.20. The total lodestar for attorney time based on the firm's current rates is $66,276.50. A breakdown of the lodestar is set forth here:

| TOTAL HOURS AND LODESTAR | | | |
|---|---|---|---|
| **Name and Position** | **Total Hours** | **Hourly Rate** | **Total Lodestar** |
| Daniel Karon (P) | 70.70 | $895 | $63,276.50 |
| Beau Hollowell (A) | 4.50 | $680 | $3,060.00 |
| **Total:** | **75.20** | | **$66,336.50** |

(P) - Partner; (A) – Associate;

6. My firm incurred $732.43 in unreimbursed expenses in connection with the prosecution of this action, including anticipated expenses associated with this motion. They are broken down here:

| TOTAL EXPENSES | |
|---|---|
| **Category** | **Amount** |
| PACER | $32.50 |
| Meals | $30.92 |
| Airfare expense | $482.22 |
| Car rental expense | $186.79 |
| **TOTAL EXPENSES** | **$732.43** |

7. These expenses are reflected in my firm's contemporaneously prepared books and records. These books and records are prepared from expense vouchers, invoices, and other billing records and accurately depict the expenses incurred. I have reviewed the expenses for which I seek reimbursement and have confirmed they were reasonably necessary for the effective and efficient prosecution and resolution of this action and are reasonable in amount. All the expenses are of a type I would normally charge to a fee-paying client in the private legal marketplace.

8.      My firm's compensation for services rendered and out-of-pocket expenses incurred in this action were entirely contingent on the success of this action and depend on this Court's approval of Plaintiffs' fee-and-expense application. None of the attorneys' fees or expenses submitted to this Court have been paid from any source or have been the subject of any prior request or award in any litigation or other proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March 2024, in Cleveland, Ohio.

*s/Daniel Karon*