# EXHIBIT 6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD,<br><br>    Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION<br><br>Judge J. Philip Calabrese |

### DECLARATION OF SERGIO BARON

Pursuant to 28 U.S.C. §1746, I, Sergio Baron, declare:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I am a named Plaintiff in the above-captioned securities class action ("Action"). I submit this declaration in support of: (i) the motion for final approval of the proposed Settlement of this Action, (ii) the motion for an award of attorneys' fees and reimbursement of expenses to Lead Counsel, and (iii) my application for a compensatory award of $10,000. I have personal knowledge of the facts described herein and would testify to those facts if called to do so. I intend nothing in this Declaration to constitute a waiver, either general or specific, of the attorney-client privilege.

2.      I attended an in-person hearing on competing Lead Plaintiff motions and provided an interview on the record at the hearing on July 23, 2021. The Court did not appoint me as Lead Plaintiff, but I remained involved in this Action as a named plaintiff and proposed settlement class representative.

1

3.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

4.    Throughout the litigation, I have been in regular contact with and received periodic updates from my attorneys at Glancy Prongay & Murray LLP ("GPM"), additional counsel working with Lead Counsel The Rosen Law Firm, P.A. ("Rosen Law"), on the progress of this Action, including meaningful updates concerning major milestones in the case. I participated in discussions concerning the prosecution of the Action, the strengths and potential risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) communicated with attorneys at GPM regarding the status of the litigation and key events in the case; (b) compiled my trading data and completed my certification in connection with my willingness to serve as Lead Plaintiff; (c) personally attended a hearing before the Court and provided an interview to the Court to resolve competing Lead Plaintiff motions; (d) searched for and provided responsive information pursuant to Defendant's discovery requests; (e) received and reviewed significant pleadings filed in the Action; and (f) discussed with GPM and approved the proposed Settlement.

5.    I support the Settlement of this Action for $6,000,000. I understand that there may be potential risks and considerable costs in time and expenses necessary to continue prosecuting the Action. Considering the strengths, weaknesses, and risks as I understand them and the additional time and expense that I understand would be necessary to achieve a higher Settlement, I believe the Settlement is fair and reasonable. I believe the Settlement is in the best interest of the Settlement Class, and represents a more than adequate recovery on behalf of the Settlement Class.

6. Over the several years of litigation I devoted material time representing the Settlement Class as the named Plaintiff in this Action, time that I otherwise would have spent on other activities. I am a market analyst for S&P Global. I estimate that I spent between 50 and 70 hours overseeing the prosecution of this Action. I respectfully request reimbursement in the amount of $10,000 for the time I devoted to serving as named Plaintiff. I believe that this is a fair and reasonable reimbursement request for the time and effort I devoted to this litigation, which was necessary to help achieve an excellent result for the Settlement Class.

7. I support the requested award of attorneys' fees in the amount of one third of the Settlement Amount. The attorneys at GPM guided me, presenting me with facts, understandable legal analysis, and options for proceeding. In turn, I based my decisions in the action on GPM's comprehensive explanations that prepared me to represent the Settlement Class zealously and effectively. I am generally aware of the hours Rosen Law and GPM have contributed to the Settlement Class without immediate compensation. I understand that the attorneys at Rosen Law and GPM have worked hard and effectively to achieve this Settlement.

8. I support Rosen Law's request for reimbursement of expenses. I believe that Rosen Law has incurred these expenses reasonably in the course of prosecuting the Action on the Settlement Class's behalf.

9. I therefore respectfully request that the Court approve the Settlement, grant a compensatory award of $10,000 for my service to the Settlement Class, and approve the request for attorneys' fee of one third of the Settlement Amount and for reimbursement of Rosen Law's litigation expenses.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: ___3/6/2024___, 2024

_____
Sergio Baron

3