# EXHIBIT 8

**THE ROSEN LAW FIRM P.A.**
**BIOGRAPHY**

**I.    ATTORNEYS**

**LAURENCE ROSEN  -  MANAGING PARTNER**

Laurence Rosen is a 1988 graduate of New York University School of Law.  He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University.  Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey.  Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom in New York City where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation.  Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia.  Mr. Rosen is also admitted to practice before numerous United States District Courts throughout the country and the United States Court of Appeals for the Second, Fourth, and Sixth Circuits.

In 2019-2023 Lawdragon named Mr. Rosen as one of the 500 Leading Plaintiff Financial Lawyers.  Mr. Rosen was also named by law360 as Titan of Plaintiffs' Bar for 2020. Mr. Rosen was selected to *Super Lawyers* in 2017-2023.

**PHILLIP KIM – PARTNER**

Mr. Kim graduated from Villanova University School of Law in 2002.  He received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland in 1999.  Prior to joining

The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division.  In that position, Mr. Kim defended a number of class action lawsuits, litigated numerous individual actions, and participated in more than seven trials. Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation. Mr. Kim is admitted to the bar of the State of New York and admitted to practice in the Southern, Eastern, Northern and Western Districts of New York, the District of Colorado, the Eastern District of Wisconsin, and United States Court of Appeals for the Second, Sixth and Ninth Circuits.

In 2019-2023 Lawdragon named Mr. Kim as one of the 500 Leading Plaintiff Financial Lawyers.  In 2023 Mr. Kim was selected to *Super Lawyers.* Mr. Kim was recognized by Best Lawyers in The Best Lawyers of America 2024.

**JACOB A. GOLDBERG  – PARTNER**

Mr. Goldberg is a 1988 graduate of Columbia University.  Mr. Goldberg received his J.D., *cum laude*, from the Temple University School of Law in 1992.  For over 23 years, Mr. Goldberg has litigated complex cases at the highest levels, championing the rights of investors, employees and consumers.  Mr. Goldberg has recovered over $200 million for investors in securities class actions.  In addition to serving in leadership roles in securities class actions,  Mr. Goldberg  has litigated many cases under state corporations laws, against faithless boards of directors both on behalf of shareholders, in the mergers and acquisitions context, and, derivatively, on behalf of corporations, to remedy harm to the corporation itself.  Mr. Goldberg is admitted to practice law in the Commonwealth of Pennsylvania, New York, the United States Supreme Court, the United

ROSEN LAW FIRM BIOGRAPHY                2

States Court of Appeals for the Second, Third, Fourth and Sixth Circuits, and various United States District Courts across the country.

In 2019-2023 Lawdragon named Mr. Goldberg as one of the 500 Leading Plaintiff Financial Lawyers.

**JONATHAN A. SAIDEL – PARTNER**

Mr. Saidel has had a long and distinguished career in Pennsylvania politics, as well as in the roles of attorney, accountant and author. He served as Philadelphia city controller for four consecutive terms, each time earning reelection by a wide margin, and enacting financial reforms that have saved taxpayers upwards of $500 million. Later, in 2010 he went on to campaign for lieutenant governor of Pennsylvania, where he was runner-up to Scott Conklin by only a few thousand votes out of almost 1 million cast. A Lifelong resident of Northeast Philadelphia, Mr. Saidel's tireless dedication to fiscal discipline reduced the city's tax burden and spurred economic development. Mr. Saidel also pushed for important business tax incentives and expanded minority and small business lending, all of which have revitalized the city, helping it prosper and come back from the brink of bankruptcy in the early 1990's to become one of the most vibrant cities on the East Coast.

Mr. Saidel's book, "Philadelphia: A New Urban Direction", is widely considered an essential guide for effective government and corporate governance and is required reading at many colleges and universities.

Mr. Saidel received his JD from the Widener University of Law and is a graduate of Temple University. He is also an adjunct lecturer at the University of Pennsylvania Fels Institute of Government, and Drexel University's MBA Program. In addition to being a Certified Public Account, Jonathan is a recipient of the National Association of Local Government Auditor's Knighton Award, the President's Council on Integrity and Efficiency Award for Excellence,

multiple special project awards from the National Association of Local Government Auditors, and the "Controller of the Year" award, a peer recognition presented by the Pennsylvania City Controllers Association.

### SARA FUKS – PARTNER

Ms. Fuks graduated from Fordham University School of Law, *cum laude*, in February 2005, where she was a member of Fordham Law Review. She received her B.A. in Political Science, *magna cum laude*, from New York University in 2001. Ms. Fuks began her practice at Dewey Ballantine, LLP where she focused on general commercial litigation and then went on to prosecute numerous ERISA and securities class actions as an associate at Milberg LLP. Ms. Fuks is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York. Ms. Fuks was selected to *SuperLawyers* in 2021-2023 and *SuperLawyers* Rising Stars in 2017-2019.

### JONATHAN HORNE- PARTNER

Mr. Horne is a 2009 graduate of New York University School of Law, where he received the Lederman/Milbank Law, Economics, and Business fellowship, and holds a B.A. in Economics & Philosophy from the University of Toronto. Mr. Horne began his practice at Kaye Scholer LLP. Mr. Horne specializes in securities litigation. He is admitted to practice in New York and the United States District Courts for the District of Colorado and the Southern and Eastern Districts of New York. Mr. Horne was named a Super Lawyer – Rising Star for the New York Metro Area every year since 2015.

### YU SHI – PARTNER

Mr. Shi received his J.D. from Columbia Law School in 2011 and his B.A., *cum laude*, from Columbia University in 2008. In 2022, Law360 named Mr. Shi as one of the top securities attorneys under the age of 40. He has been selected to *Super Lawyers* New York Metro Rising

Stars list each year since 2018.  Mr. Shi began his career as a Special Assistant Corporation Counsel in the New York City Law Department's Economic Development Division.  Mr. Shi joined The Rosen Law Firm in 2012 and focuses his practice on securities litigation.  He is admitted to practice in the State of New York, the United States District Courts for the Eastern District of New York, Southern Districts of New York, and the District of Colorado, and the United States Court of Appeals for the Second Circuit.  Mr. Shi was selected to *Super Lawyers* New York Metro Rising Star list from 2018-2022. Mr. Shi was selected to *Super Lawyers* in 2023.

### JONATHAN STERN – PARTNER

Mr. Stern graduated from New York University School of Law in May of 2008, where he was a Development Editor of the Annual Survey of American Law.  He received his B.A. in Philosophy with Honors from McGill University.  Mr. Stern began his practice in the litigation department of Simpson Thacher & Bartlett LLP, and then went on to practice at the litigation boutique of Simon & Partners LLP, where he participated in a Federal trial.  Mr. Stern is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York and the United States Court of Appeals for the Second Circuit. for the First, Sixth, Seventh, Eighth and Ninth Circuits, and the United States Supreme Court.

### JING CHEN - PARTNER

Ms. Chen received a Juris Doctor degree from Pace University School of Law in 2011, Juris Master degree from China University of Political Science and Law in Beijing, China and B.A. in English Literature and Linguistics from Shandong University in Jinan, China.  She is admitted to practice in New York, New Jersey and China. Prior to joining The Rosen Law Firm, Ms. Chen practiced corporate law, commercial transactions and arbitration for over two years.

ROSEN LAW FIRM BIOGRAPHY                    5

**BRIAN ALEXANDER – PARTNER**

Mr. Alexander graduated from Harvard Law School, *cum laude*, in 2008.   He received a B.A. from Cornell University, *magna cum laude*, in 2003.  Prior to joining the Rosen Law Firm, Mr. Alexander practiced complex commercial litigation at Boies Schiller Flexner LLP and other prominent law firms in New York. He also served as a law clerk to the Honorable Raymond J. Dearie of the United States District Court for the Eastern District of New York.  He is admitted to practice in New York and in the United States District Courts for the Eastern and Southern Districts of New York.

**ROBIN BRONZAFT HOWALD – COUNSEL**

Ms. Howald is a graduate of Stanford Law School where she was a member of the Stanford Law Review.  Ms. Howald earned her BA from Barnard College, magna cum laude.  Ms. Howald joined the firm in 2021 and focuses her practice on securities litigation.  For the last 15 years, Ms. Howald has prosecuted major securities litigations.  She was one of the lead attorneys in cases that achieved settlements of $250 million for injured investors, including *Schleicher v. Wendt*, 618 F.3d 679 (7th Cir. 2010) ($41.5 million), *In re Mannkind Corp. Securities Litigation*  (C.D. California) ($23 million); *In re ECI Telecom Ltd. Securities Litigation* (Eastern District of Virginia) ($21.75 million), *In re Gilat Satellite Networks, Ltd. Securities Litigation* (E.D.N.Y.) ($20 million), *In re Musicmaker.com Securities Litigation*, 2001 WL 34062431 (C.D. Cal. 2001) ($13.75 million), *In re Puda Coal Inc. Securities Litigation* (S.D.N.Y.) ($8.6 million following reconsideration of grant of summary judgment), *Jenson v. Fiserv Trust Co.*, 256 F. App'x. 924 (9th Cir. 2007) ($8.5 million recovered for victims of a Ponzi scheme).  Ms. Howald is admitted to the bars of California, New York, the United States District Courts for the Eastern and Southern Districts of New York, the Central, Eastern, and Northern Districts of California, the Eastern District of Michigan,  the United States Court of Appeals.

**GONEN HAKLAY – COUNSEL**

Mr. Haklay graduated from Stanford University School of Law in 1995.  He received a B.A. in Political Science from The University of Massachusetts at Amherst in 1992.  After several years as an associate at a large Philadelphia law firm, Mr. Haklay joined the Philadelphia District Attorney's office.  As a prosecutor, he tried over 100 criminal jury cases and handled both capital and non-capital homicide cases.  After 12 years as prosecutor, Mr. Haklay joined a prominent plaintiffs' firm where he tried over ten asbestos cases, recovering millions of dollars for his clients. As a young man, Mr. Haklay served as an infantryman in the Israel Defense Forces.  Mr. Haklay is admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Third Circuit Court of Appeals.

**DANIEL TYRE-KARP – COUNSEL**

Prior to joining The Rosen Law Firm in May 2018, Mr. Tyre-Karp was a senior associate in the securities litigation and corporate governance group at Weil, Gotshal & Manges, where he advised corporate and individual clients on a variety of high-stakes regulatory and litigation matters in state and federal courts.  Mr. Tyre-Karp's extensive experience includes working on several of the largest recent shareholder class action litigations (*In re American International Group, Inc. 2008 Securities Litigation*, Docket No. 08-CV-4772 (S.D.N.Y.) and related opt-out actions; *In re El Paso Corporation Shareholder Litigation*, Docket No. 6949 (Del. Ch.)), participating in complex business and bankruptcy litigations (*In re Lehman Brothers Holdings, Inc., et al*, Docket No. 1:08-bk-13555 (Bankr. S.D.N.Y.), and advising numerous clients facing FINRA and SEC investigations. Mr. Tyre-Karp graduated with honors from Wesleyan University in 2003 and received his J.D. from New York University School of Law in 2009, where he served as Senior Notes Editor of the Journal of Legislation and Public Policy.  He is admitted to practice

ROSEN LAW FIRM BIOGRAPHY                    7

in New York and the United States District Courts for the Southern and Eastern Districts of New York.

**ERICA STONE- COUNSEL**

Ms. Stone graduated from the Benjamin N. Cardozo School of Law in 2013. She received her B.A. in Political Science and Communications, *cum laude,* from the University of Pennsylvania in 2009. She is admitted to practice in New York, New Jersey, and the United States District Courts for the Southern District and Eastern District of New York, the District of New Jersey, and the Eastern District of Wisconsin.

**JOSHUA BAKER – COUNSEL**

Mr. Baker graduated from the New York University School of Law in 2013.  He received a B.A. from the University of Maryland in 2009.  Prior to joining the Rosen Law Firm, Mr. Baker practiced complex commercial litigation for a New York firm.  He is admitted to practice in New York, Massachusetts, and United States District Courts for the Eastern and Southern Districts of New York.

**BRENT LAPOINTE – COUNSEL**

Mr. LaPointe received his J.D., *cum laude*, from the University of Michigan Law School in 2010, where he served as an Articles Editor on both the Michigan Journal of Law Reform and the Michigan Journal of Gender & Law.  Mr. LaPointe received a B.B.A. in Accounting & Information Systems and Political Science, *cum laude*, from the University of Massachusetts-Amherst in 2006. Mr. LaPointe focuses his practice on securities litigation.

**CHRISTIE BUZZETTI- ATTORNEY**

Ms. Buzzetti graduated from Brooklyn Law School in 2022. She received her B.A. in Political Science from the University of California, Los Angeles in 2016.  Ms. Buzzetti is admitted to practice in New York.

**MICHAEL COHEN - ATTORNEY**

Mr. Cohen focuses his practice on securities and shareholder derivative litigation.  Prior to joining The Rosen Law Firm in 2021, Mr. Cohen was an associate in the litigation practice of Kramer Levin Naftalis & Frankel LLP, where he advised corporate and individual clients on a wide variety of litigation and regulatory matters in federal and state courts.  He has also served as a law clerk to the Honorable Corinne Beckwith of the District of Columbia Court of Appeals. Mr. Cohen is admitted to practice in New York and the United States District Courts for the Eastern and Southern Districts of New York. Mr. Cohen was recognized by Best Lawyers as Best Lawyers: Ones to Watch 2024.

**LUKE FOLEY –ATTORNEY**

Mr. Foley received his J.D. from the William and Mary Law School in 2022.  He received his B.A. in History and Citizenship & Civic Engagement from Syracuse University in 2016. Prior to joining the Rosen Law Firm in September 2023, Mr. Foley was the Law Clerk to the Hon. Barbara Buono Stanton of the New Jersey Superior Court, Passaic County.  Mr. Foley is admitted to practice in Maryland.

**RYAN HEDRICK –ATTORNEY**

Mr. Hedrick received his J.D. from the University of Chicago in 2019.  He received his B.A. in Linguistics and Political Science, *summa cum laude*, from The Ohio State University in 2015. Mr. Hedrick joined the Rosen Law Firm in August 2019.  Mr. Hedrick is admitted to practice in New York, New Jersey, and the United States District Court for the District of New Jersey.

**HA SUNG (SCOTT) KIM – ATTORNEY**

Mr. Kim received his J.D. from the Columbia Law School in 2017. He received his B.A., *magna cum laude*, from Wheaton College in 2013. Mr. Kim joined the Rosen Law Firm in January 2020.  Mr. Kim is admitted to practice in New York.

ROSEN LAW FIRM BIOGRAPHY                9

**LEAH HEIFETZ-LI – ATTORNEY**

Ms. Heifetz-Li is a 2009 graduate of Columbia Law School, and received a B.A. from the University of Pennsylvania.  Ms. Heifetz-Li served as a Law Clerk to the Honorable Cynthia S. Kern, New York State Supreme Court, New York County.  She has extensive experience in class action litigation, having previously practiced at a large class action firm representing shareholders in merger and acquisition litigation as well as shareholder derivative actions.  Ms. Heifetz-Li has worked on case teams that secured significant financial recoveries for stockholders as well as corporate governance reforms in the Delaware Court of Chancery and other courts throughout the country.

**IAN MCDOWELL- ATTORNEY**

Mr. McDowell graduated *cum laude* from the University of Richmond School of Law in 2022. He received his B.A. from James Madison University in 2016. Mr. McDowell is admitted to practice in Maryland.

**HENRY BLOXENHEIM- LAW CLERK**

Mr. Bloxenheim graduated from Columbia Law School in 2023. Mr. Bloxenheim received his B.A. in Political Science, *summa cum laude*, from Brooklyn College. Mr. Bloxenheim's admission to the New York bar is pending.

**II.     RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM, P.A.**

- **Alibaba Group Holding Ltd.**, (S.D.N.Y.). Rosen Lead Counsel.  **$250 million**.

- **Fiat Chrysler Automobiles**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$110 million**.

- **Infinity Q Diversified Alpha Fund**, (N.Y. Supreme). Rosen Co-Lead Counsel. **$48 million**, pending court approval.

- **Silver Wheaton Corp.**, (C.D. Cal.). Rosen Lead Counsel. **$41.5 million**.

- **Omega Healthcare Investors, Inc.,** (S.D.N.Y.).  Rosen Lead Counsel.  **$30.75 million.**

- **Magnachip Semiconductor Corp.**, (N.D. Cal.). Rosen Co-Lead Counsel. **$29.7 million**.

- **Och-Ziff Capital Management Group LLC**,(S.D.N.Y.). Rosen Co-Lead Counsel. **$28.75 million**.

- **Walter Investment Management**, (S.D. Fla.). Rosen Co-Lead Counsel. **$24 million**.

- **Galena Biopharma, Inc.**, (D. Or.). Rosen Co-Lead Counsel. **$20.165 million**.

- **El Pollo Loco Holdings, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$20 million**.

- **Tibet Pharmaceuticals, Inc.**, (D.N.J.). Rosen Lead Counsel. **$14 million bankruptcy settlement.  $2.075 million** with auditor.

- **USA Technologies, Inc.**, (E.D. Pa.).  Rosen Lead Counsel. **$15.3 million**.

- **Zillow Group, Inc. Sec. Litig.**, (W.D. Wash.).  Rosen Lead Counsel. **$15 million.**

- **Silvercorp Metals, Inc.**, (S.D.N.Y.). Rosen Plaintiffs' Counsel. **$14 million**.

- **Sandridge Energy, Inc.**,  (W.D. Okla.). Rosen Co-Lead Counsel. **$13.945 million**.

- **Blue Apron Holdings, Inc.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$13.25 million.**

- **Canopy Growth Corporation**,  (D.N.J.). Rosen Co-Lead Counsel.  **$13 million**.

- **SeaWorld Entertainment Inc. (Shareholder Derivative)** (Del. Ch.). Rosen Co-Lead Counsel.  **$12.5 million.**

- **The RealReal, Inc.**, (N.D. Cal.). Rosen Lead Counsel.  **$11 million**.

- **Prosper Marketplace, Inc.**, (Cal. Superior). Rosen Class Counsel. **$10 million.**

- **PG&E Corp.**, (N.D. Cal.). Rosen Co-Lead Counsel. **$10 million**.

- **Textainer Financial Servs. Corp.**, (Cal. Superior). Rosen Co-Lead Counsel.  **$10 million**.

- **Quest Energy Partners LP**, (W.D. Okla.). Rosen Lead Counsel.  **$10.1 million** all classes.

- **comScore, Inc. (Shareholder Derivative)**, Rosen Co-Lead Counsel.  **$10 million**.

- **Santander Consumer USA Holdings Inc.**, (N.D. Tex.). Rosen Co-Lead Counsel. **$9.5 million.**

- **Uxin Limited**, (E.D.N.Y.). Rosen Lead Counsel. **$9.5 million.**

- **Concordia International Corp.**, (S.D.N.Y.). Rosen Lead Counsel. **$9.25 million.**

- **PPDAI Group Inc.**, (E.D.N.Y.). Rosen Lead Counsel. **$9 million**.

- **Puda Coal**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$8.7 million**.

- **RINO International Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$8,685,000**.

- **Acer Therapeutics, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$8.35 million**.

- **Montage Technology Group Limited**, (N.D. Cal.). Rosen Lead Counsel. **$7.25 million.**

- **AgFeed Industries**, (M.D. Tenn.). Rosen Lead Counsel. **$7 million**.

- **Sundial Growers, Inc.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$7 million**.

- **Akazoo S.A.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$6.51 million**.

- **Global Brokerage, Inc. f/k/a FXCM, Inc. Sec. Litig.**, (S.D.N.Y.).  Rosen Lead Counsel. **$6.5 million**.

- **Aeterna Zentaris, Inc.**, (D. N.J.). Rosen Class Counsel. **$6.5 million**.

- **Sunlands Technology Group**, (E.D.N.Y.).  Rosen Lead Counsel. **$6.2 million**.

- **Covia Holdings Corp.**, (N.D. Ohio).  Rosen Lead Counsel. **$6 million**, pending court approval.

- **FalconStor Software, Inc.**, (E.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **Jumia Technologies AG**, (S.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **Momo, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **SOS Limited**, (D.N.J.). Rosen Co-Lead Counsel. **$5 million.**

- **State Street**, (D. Mass.). Rosen Lead Counsel. **$4.9 million**.

- **Altice USA Inc.**, (E.D.N.Y.). Rosen Lead Counsel.  **$4.75 million**.

- **KIOR, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel.  **$4.5 million**.

- **Entropin, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$4.5 million**.

- **Sonus Networks, Inc.**, (D. Mass). Rosen Co-Lead Counsel. **$4.5 million.**

- **Uni-Pixel, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel.  **$4.5 million**.

- **China Expert Technology, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$4.2 million**.

- **IDreamSky Technology Limited**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$4.15 million.**

- **Universal Travel Group, Inc.**, (D.N.J.). Rosen Lead Counsel.  **$4.075 million**.

- **Allegiant Travel Co.**, (D. Nev.). Rosen Lead Counsel. **$4 million**.

- **Zynerba Pharms., Inc.**, (E.D. Pa.). Rosen Co-Lead Counsel. **$4 million**.

- **Liberty Oilfield Services, Inc.**, (D. Colo.). Rosen Lead Counsel.  **$3.9 million**.

- **China Electric Motor, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$3,778,333.33**.

- **IsoRay, Inc.**, (E.D. Wash.). Rosen Co-Lead Counsel. **$3,537,500**.

- **Deer Consumer Products, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$3.55 million**.

- **SAExploration Holdings, Inc.,** (S.D. Tex.).  **$3.55 million**.

- **L&L Energy, Inc.**, (S.D.N.Y.).  Rosen Lead Counsel. **$3.5 million**.

- **Tarena International, Inc.**, N (E.D.N.Y.).  Rosen Lead Counsel. **$3.5 million**, pending Court approval.

- **Catalyst Pharmaceutical Partners, Inc.**, (S.D. Fla.).  Rosen Lead Counsel.  **$3.5 million**.

- **Keyuan Petrochemicals, Inc. and Auditor**, (S.D.N.Y.) & (D.N.J.). Rosen Lead Counsel. **$3.5 million**.

- **StockerYale, Inc.**, (D.N.H.). Rosen Lead Counsel.  **$3.4 million**.

- **Industrial Enterprises of America, Inc.,** (S.D.N.Y.).  Rosen Co-Lead Counsel. **$3.4 million**.

- **Ampio Pharmaceuticals, Inc.,** (C.D. Cal.).  Rosen Lead Counsel. **$3.4 million**.

- **Textura Corporation**, (N.D Ill.). Rosen Lead Counsel.  **$3.3 million**.

- **Roka Bioscience, Inc.,** (D.N.J.). Rosen Lead Counsel.  **$3.275 million**.

- **Intrusion, Inc.,** No. 21-cv-307-SDJ (E.D. Tex.).  Rosen Lead Counsel.  **$3.25 million.**

- **Wedbush Morgan Securities, Inc.,** (Cal. Superior). Co-Lead Counsel.  **$3.2 million**.

- **New Oriental Education & Technology Group Inc.,** (D.N.J.). Rosen Co-Lead Counsel. **$3.15 million**.

- **TierOne Corporation**, (D. Neb.). Rosen Lead Counsel.  **$3.1 million**.

- **Hanmi Financial Corporation**, (C.D. Cal.).  Rosen Lead Counsel.  **$3 million**, pending court approval.

- **Cadiz, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Fat Brands, Inc.,** (C.D. Cal.). Rosen Lead Counsel.  **$3 million.**

- **China Finance Online Co. Limited**, (S.D.N.Y.). Rosen Lead Counsel. **$3 million**.

- **Skilled Healthcare Group, Inc.,** (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Spectrum Pharms. Inc.,** (D. Nev.). Rosen Lead Counsel.  **$2.995 million**.

- **MiMedx Group, Inc.,** (N.D. Ga.). Rosen Lead Counsel. **$2.979** million.

- **Pegasus Communications Corp**, (E.D. Pa.). Rosen Lead Counsel.  **$2.95 million**.

- **Albany Molecular Research**, (E.D.N.Y.). Rosen Lead Counsel.  **$2.868 million**.

- **Lihua International, Inc.,** (S.D.N.Y.). Rosen Lead Counsel.  **$2.865 million**.

- **TVIA, Inc.,** (N.D. Cal.). Rosen Lead Counsel.  **$2.85 million**.

- **New Source Energy Partners LP**, (S.D.N.Y.). Rosen Lead Counsel.  **$2.85 million**.

- **Innocoll Holdings Public Ltd.**, (E.D. Pa.). Rosen Lead Counsel. **$2.755 million**.

- **Natural Health Trends Corp., et al.**, (N.D. Tex.). Rosen Lead Counsel. **$2.75 million**.

- **Sequans Communications**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.75 million**.

- **Akari Therapeutics PLC**, (S.D.N.Y.). Rosen Lead Counsel. **$2.7 million.**

- **Growlife, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.7 million (cash and stock)**.

- **Tangoe, Inc.**, (D. Conn.). Rosen Co-Lead Counsel. **$2.55 million**.

- **Twitter, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel. **$2.5 million**.

- **Radient Pharmaceuticals Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$2.5 million**.

- **Robert T. Harvey Securities Litigation**, (C.D. Cal.). Rosen Co-Lead Counsel. **$2.485 million**.

- **China Education Alliance, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.425 million.**

- **Oasmia Pharmaceuticals AB.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.35 million.**

- **BioAmber, Inc.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.25 million**.

- **NetApp, Inc.**, (N.D. Cal.). Rosen Lead Counsel. **$2.25 million**.

- **Akers Biosciences, Inc.**, (D.N.J.). Rosen Lead Counsel. **$2.25 million**.

- **Kanzhun Limited,** (D.N.J.). Rosen Lead Counsel. **$2.25 million**.

- **SkyPeople Fruit Juice**, (S.D.N.Y.). Rosen Lead Counsel. **$2.2 million**.

- **Caesarstone Sdot-Yam Ltd.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$2.2 million**.

- **RCI Hospitality Holdings Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel. **$2.2 million**.

- **Fuwei Films**, (S.D.N.Y.). Rosen Lead Counsel. **$2.15 million**.

- **Gulf Resources, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.125 million**.

- **PTC Inc.**, (D. Mass.). Rosen Lead Counsel. **$2.1 million**.

- **DS Healthcare Group, Inc.**, (S.D. Fla.). Rosen Lead Counsel. **$2.1 million**.

ROSEN LAW FIRM BIOGRAPHY                    15

- **Indivior PLC**, (D.N.J.).  Rosen Lead Counsel. **$2 million**.

- **Orient Paper, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2 million**.

- **Mesoblast Limited**, (S.D.N.Y.). Rosen Lead Counsel.  **$2 million.**

- **GTT Communications, Inc.**, No. 21-CV-270-DOC-AS (C.D. Cal.). **$2 million**.

- **iBio, Inc.**, (D. Del.). Rosen Lead Counsel. **$1.875 million**.

- **CD Projekt SA**, No. CV-20-11627 (FMO)(RAOx) (C.D. Cal.).  $**1.85 million**.

- **Ignite Restaurant Group, Inc.**, (S.D. Tex.). Rosen Lead Counsel. **$1.8 million**.

- **Electronic Game Card, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1.755 million**.

- **BMW AG**, (D.N.J.).  Rosen Lead Counsel.  **$1.75 million**.

- **Natural Health Trends Corp.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$1.75 million**.

- **Corrrevio Pharma Corp.**,(S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.75 million**.

- **Delstaff LLC (Merger Litigation)**, (Cal. Superior). **$1.6425 million.**

- **Worldwide Energy & Manufacturing USA, Inc**, (Cal. Superior). Rosen Lead Counsel. **$1.615 million**.

- **Alliance MMA, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.55 million**.

- **Lightinthebox Holding Co., Ltd.**, (S.D.N.Y.).  Rosen Lead Counsel.  **$1.55 million.**

- **Nutracea, Inc.**, (D. Ariz.). Rosen Lead Counsel.  **$1.5 million**.

- **Kraton Corporation**, (S.D. Tex.). Rosen Lead Counsel.  **$1.5 million**.

- **RMG Networks Holding Corporation (Merger Litigation)**, (Del. Ch.). **$1.5 million**.

- **BlueNRGY Group Ltd, f/k/a CBD Energy Ltd.**, (S.D. Tex.). Rosen Lead Counsel.  **$1.5 million**.

- **Ambow Education Holding Ltd.**, (C.D. Cal.). Rosen Lead Counsel.  **$1.5 million**.

- **Active Power, Inc.**, (W.D. Tex.). Rosen Lead Counsel. **$1.5 million**.

ROSEN LAW FIRM BIOGRAPHY                16

- **Northfield Laboratories, Inc.**, (N.D. Ill.). Rosen Lead Counsel.  **$1.5 million**.

- **PartsBase.com, Inc.**, (S.D. Fla.). Rosen Lead Counsel.  **$1.5 million**.

- **China Natural Gas, Inc.**, (D. Del.). Rosen Lead Counsel.  **$1.5 million**.

- **FAB Universal Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.5 million**.

- **Sogou, Inc.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.45 million**.

- **Code Rebel Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel.  **$1.415 million**.

- **Empyrean Bioscience**, (N.D. Ga.). Rosen Lead Counsel.  **$1.4 million**.

- **Shattuck Labs, Inc.**, (E.D.N.Y.).  Rosen Lead Counsel.  **$1.4 million**.

- **Longeveron, Inc.**, (S.D. Fla.). Rosen Lead Counsel.  **$1.395 million**.

- **Agria, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.3 million**.

- **Ateerian, Inc.**, (S.D.N.Y.).  Rosen Lead Counsel.  **$1.3 million**.

- **CoCrystal Pharma, Inc.**, (D.N.J.). Rosen Lead Counsel.  **$1.265 million**.

- **Wins Financial Holdings, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$1.26 million**, pending Court approval.

- **ERBA Diagnostics, Inc.**, (S.D. Fla.).  Rosen Lead Counsel.  **$1.215 million.**

- **Yingli Green Energy Holding Co. Ltd.,** (C.D. Cal.). Rosen Lead Counsel.  **$1.2 million**.

- **Himax Technologies, Inc.**, (C.D. Cal.).  Rosen Co-Lead Counsel. **$1.2 million**.

- **Flight Safety Technologies, Inc.**, (D. Conn.). Rosen Lead Counsel.  **$1.2 million**.

- **M.H. Meyerson & Co.**, (D.N.J.). Rosen Lead Counsel.  **$1.2 million**.

- **Izea, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel.  **$1.2 million**.

- **India Globalization Capital, Inc.**, (D. Md.). Rosen Co-Lead Counsel.  **$1 million.**

- **National Lampoon, Inc.**, (C.D. Cal.). Rosen Lead Counsel.  **$1 million**.

- **Lentuo International, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1 million**.

- **Katanga Mining Limited**, (D.N.J.). Rosen Lead Counsel.  **$1 million.**

- **Busybox.com, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel.  **$1 million**.

III.  SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM, P.A. IS CURRENTLY LEAD COUNSEL

In re Maiden Holdings, Ltd. Securities Litigation, No. 19-CV-5296-RMB-JS (D.N.J.) Rosen Co-Lead Counsel.

Acerra v. Trulieve Cannabis Corp., No. 20-cv-186-RH-MJF (N.D. Fla.). Rosen Lead Counsel.

In re ChinaCast Education Corporation Sec. Litig., No. CV 12-4621- JFW (PLAx) (C.D. Cal.).  Rosen Co-Lead Counsel.

Kasillingam v. Tilray, Inc., No. 20-CV-3459 (PAC) (S.D.N.Y.). Rosen Lead Counsel.

In re NIO, Inc. Securities Litigation, No. 19-CV-1424 (NGG) (JRC) (E.D.N.Y.).  Rosen Class Counsel.

City of Taylor General Employees Retirement System v. Astec Industries, Inc., No. 1:19-cv-PLR-CHS. (E.D. Tenn.). Rosen Lead Counsel.

Lee v. IQIYI, Inc., No. 20-cv-1830 (LDH)(JO) (E.D.N.Y).  Rosen Co-Lead Counsel.

Alagappan v. Baidu, Inc., No. 20-cv-3794 (DG)(TAM) (E.D.N.Y.).  Rosen Co-Lead Counsel.

Lavin v. Virgin Galactic Holdings Inc., No. 21-CV-3070 (ARR)(TAM) (E.D.N.Y.).  Rosen Lead Counsel.

Handal v. Tenet Fintech Group, Inc., No. 21-cv-6461 (PKC)(RLM) (E.D.N.Y.).  Rosen Lead Counsel.

Baker v. Twitter, Inc., No. 22-cv-6525-MCS (C.D. Cal.).  Rosen Lead Counsel.

Atery v. Astra Space, Inc., No. 22-cv-737 (NM)(MMH) (E.D.N.Y.). Rosen Co-Lead Counsel.

Hoang v. ContextLogic, Inc., No. 21-cv-3930-BLF (N.D. Cal.). Rosen Co-Lead Counsel.

Mallozzi v. Innovative Industrial Properties, Inc., No. 22-cv-2359-EP-JRA (D.N.J.). Rosen Lead Counsel.

Gru v. Axsome Therapeutics, Inc., No. 22-cv-3925 (AGS) (S.D.N.Y.). Rosen Co-Lead Counsel.

Pratyush v. Full Truck Alliance Co., No. 21-cv-3903 (LDH)(MMH) (E.D.N.Y.). Rosen Lead Counsel.

Farhar v. Ontrak, Inc., No. 21-CV-1987-FLA-A (C.D. Cal.). Rosen Lead Counsel.

Cao v. Uber Technologies, Inc., No. 22-cv-4688-YGR (N.D. Cal.). Rosen Lead Counsel.

Chen v. Missfresh Limited, No. 22-CV-4065 (WFK)(VMS) (E.D.N.Y.). Rosen Co-Lead Counsel.

In re Vanguard Chester Funds Litig., No. 22-cv-955-ER (E.D. Pa.). Rosen Lead Counsel.

In re Walmart Secs. Litig., No. 21-cv-55-CFC (D. Del.). Rosen Lead Counsel.

Sanchez v. Arrival SA, No. 220cv0172 (DG)(RLM) (E.D.N.Y.). Rosen Lead Counsel.

In re Evolus Inc., Sec. Litig.,. No. 20-cv-8647 (PGG) (S.D.N.Y.). Rosen Lead Counsel.

Winter v. Stronghold Digital Mining, Inc., No. 22-CV-3088 (RA). Rosen Co-Lead Counsel.

In re January 2021 Short Squeeze Trading Litig., 21-2989-MDL (S.D. Fla.). Rosen Lead Counsel.

In re VEON Ltd. Sec. Litig., No. 15-cv-8672 (ALC)(OTW) (S.D.N.Y.). Rosen Lead Counsel.

Hacker v. Electric Last Mile Solutions, No. 22-CV-545-CCC (D.N.J.).   Rosen Lead Counsel.

In re Volkswagen AG Sec. Litig., No. 22-cv-45-RDA-TCB (E.D. Va.).   Rosen Lead Counsel.

Friel v. Dapper Labs, Inc., No. 21-CV-5837 (VM) (S.D.N.Y.).  Rosen Lead Counsel.

In re DiDi Global Inc. Sec. Litig., No. 21-CV-5807 (LAK) (S.D.N.Y). Rosen Lead Counsel.

Patterson v. TerraForm Labs Pte Ltd., No. 22-cv-3600-TLT (N.D. Cal.). Rosen Lead Counsel.

Diaz v. The Gap, Inc., No. 22-cv-7371 (DG)(RER) (E.D.N.Y.). Rosen Lead Counsel.

Freudiger v. Molecular Partners AG, No. 22-CV-5925 (ER) (S.D.N.Y.).   Rosen Lead Counsel.

Armbruster v. Gaia, Inc., No. 22-CV-3267 (D. Colo.).  Rosen Lead Counsel.

Pang v. Levitt (Core Scientific, Inc.), No. 22-CV-1191-LY (W.D. Tex.). Rosen Lead Counsel.

Fung v. Sunlight Financial Holdings, Inc., No. 22-CV-10658 (AKH) (S.D.N.Y.).  Rosen Lead Counsel.

Goodman v. Wheels Up Experience, Inc., No. 23-cv-2900 (OEM)(VMS) (E.D.N.Y.). Rosen Lead Counsel.

Brennan v. Latch, Inc., No. 22-CV-7473 (JGK) (S.D.N.Y.).  Rosen Lead Counsel.

Weir v. Allianz SE, No. 23-cv-719-DSF-MAA (C.D. Cal.).  Rosen Lead Counsel.

In re Enovix Corp. Sec. Litig., No. 23-cv-71-SI (N.D. Cal.). Rosen Co-Lead Counsel.

Gambrill v. CS Disco, Inc., No. 23-cv-8270 (LAK)(SN) (S.D.N.Y.).  Rosen Lead Counsel.

Lewandowski v. Tal Education Group, No. 23-cv-1769 (MEF) (JRA) (D.N.J.). Rosen Lead Counsel.

Bergmann v. GDS Holdings Limited, CV-23-4900 (JAK)(BFMx) (C.D. Cal.).  Rosen Lead Counsel.

HRSA-ILA Funds v. adidas AG, No. 23-CV-629-IM (D. Or.). Rosen Lead Counsel.

Zhao v. Eqonex Limited, No. 23-CV-3346 (GHW) (S.D.N.Y.).  Rosen Lead Counsel.

Tan v. PacWest Bancorp., No. CV-23-1685 (JWH)(ADSx) (C.D. Cal.).  Rosen Co-Lead Counsel.

Maschhoff v. Polished.com, No. 22-cv-6605 (NGG)(VMS) (E.D.N.Y.). Rosen Lead Counsel.

Bergman v. Caribou Biosciences, Inc., No. 23-cv-1742 (N.D. Cal.). Rosen Co-Lead Counsel.

Donley v. Live Nation Entertainment, Inc., No. CV-23-6343 (KK)(ASx) (C.D. Cal.). Rosen Co-Lead Counsel.

Pelham v. VBIT Tech. Corp., No. 23-CV-162-CFC-SRF (D. Del.).  Rosen Lead Counsel.

Fernandez v. DouYu International Holdings Ltd., No. 23-cv-3161-EP-ESK.   (D.N.J.). Rosen Co-Lead Counsel.

Sporn v. Brainstorm Cell Therapeutics, Inc., No. 23-cv-9630 (DEH) (S.D.N.Y.) Rosen Lead Counsel.

In re GigaCloud Tech. Sec. Litig., No. 23-cv-10645 (JMF) (S.D.N.Y.). Rosen Co-Lead Counsel.