# EXHIBIT 10



# Daniel R. Karon

**KARON LLC**
700 W. St. Clair Ave., Suite 200
Cleveland, OH  44113-1998
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
Email: dkaron@karonllc.com
Web: www.karonllc.com

## SUMMARY

Mr. Karon is a class-action trial attorney specializing in antitrust, consumer–fraud, and wage-and-hour litigation. He began his class-action career with Much Shelist Freed Denenberg Ament & Rubenstein, P.C. in Chicago. He now manages Karon LLC. He represents individuals in antitrust, consumer-fraud, wage-and-hour, and other class-actions and has represented domestic and international corporations in domestic and international antitrust class-action matters. He also defends corporations in consumer-fraud and antitrust class actions.

Mr. Karon is an adjunct professor of law at the University of Michigan Law School and The Ohio State University Moritz College of Law where he teaches complex litigation. He taught complex litigation as an adjunct professor at Columbia Law School and Cleveland State University College of Law. He lectures on class-action law at multiple other law schools and serves on Loyola University Chicago School of Law's Institute for Consumer Antitrust Studies' U.S. Advisory Board. For thirteen years, he chaired the ABA's National Institute on Class Actions, for five years wrote a bimonthly column for Law360, was an editorial board member and contributing author to the ABA Litigation Section's *Class Actions Today-Jurisdiction to Resolution* magazine, co-chaired the American Association of Justice Class Action Litigation Group, was a member of the Ohio Association of Justice Board of Trustees, and served as an editorial board member for the Ohio Academy of Justice's *Ohio Trial* magazine. He has published several law review and bar journal articles on class-action topics, and he lectures nationally on class actions for the ABA and other bar associations and civic organizations.

In addition to various antitrust and consumer-fraud class actions, Mr. Karon was extensively involved in the *LCD–TFT Indirect Purchaser Antitrust Litigation* (nationwide price-fixing class action that settled for $1.1 billion), *Vitamins Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that resolved for $2 billion), *NASDAQ Market-Makers Antitrust Litigation* (nationwide price-fixing class action that settled for $1.027 billion), *Cathode Ray Tubes (CRT) Antitrust Litigation* (nationwide price-fixing class action that settled for $500 million), *Monosodium Glutamate Antitrust Litigation* (nationwide

price-fixing class action that settled for $130 million), *Methionine Antitrust Litigation* (nationwide price-fixing class action that settled for $101 million), and *Sorbates Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that settled for $94.5 million). He serves or served as lead counsel in multiple cases, including *Magnesium Oxide Antitrust Litigation, Aftermarket Sheet Metal Indirect Purchaser Antitrust Litigation, City of Lorain v. Medical Mutual Insurance Co., Dairy Indirect-Purchaser Antitrust Litigation, Johnson v. Evangelical Lutheran Church of America, Schwartz v. Avis Rent-A-Car Corp., Klein v. Budget Rent-A-Car Group, Bausch & Lomb Contact Lens Product Liability Litigation, Roth v. Life Time Fitness,* and *Schwartz v. Alltel Corp.* He serves on the executive committee in the *Beef Antitrust Litigation*, steering committee in the *East Palestine Train Derailment Litigation*, was discovery co-chair in the *Bulk Graphite Antitrust Litigation*, was class-certification co-chair in the *Pressure Sensitive Labelstock Antitrust Litigation,* and was briefing co-chair in the *EPDM Antitrust Litigation* and *Carbon Black Antitrust Litigation.*

## EDUCATION

J.D., 1991
    Moritz College of Law, The Ohio State University
    Member, *The Ohio State Journal on Dispute Resolution*
    Quarterfinalist, First-Year Moot Court Competition

B.A., Speech Communication and Rhetorical Studies, 1988
Certificate, Jewish Studies, 1988
    Indiana University-Bloomington
    Dean's List, 1984–1987

## TEACHING EXPERIENCE

Adjunct Professor, University of Michigan Law School
January 2020–Present
    Consumer law and complex litigation

Adjunct Professor, Columbia Law School
January 2018–August 2019
    Complex litigation and class-action law

Adjunct Professor, Moritz College of Law, The Ohio State University
January 2022–Present
    Complex litigation and consumer law

Adjunct Professor, Cleveland State University College of Law
February 2005–2007
    Class-action law

Lecturer, Northwestern Law School
September 2022
    Leadership and branding

Lecturer, Moritz College of Law, The Ohio State University
February 2008–Present
    Class-action law

Lecturer, Columbia Law School
February 2013–February 2017
    Class-action law

Lecturer, University of Michigan Law School
October 2018
    Class-action law

Lecturer, Vanderbilt Law School
April 2013
    Class-action law

Lecturer, Notre Dame Law School
February 2015
    Class-action law

Lecturer, Tulane Law School
November 2013
    Class-action law

Lecturer, University of Georgia School of Law
November 2015
    Class-action law

Lecturer, University of San Francisco School of Management
January 2021
    Class-action law

Lecturer, Benjamin N. Cardozo School of Law, Yeshiva University
April 2014
    Class-action law

Lecturer, Loyola University Chicago School of Law
November 2013, February 2019, October 2020
    Class-action law

## BAR ADMISSIONS

United States Court of Appeals for the Third Circuit 2016

United States District Court for the Eastern District of Michigan, 2015

3

United States Court of Appeals for the Sixth Circuit 2013

United States District Court for the Southern District of Ohio, 2004

United States District Court for the Northern District of Ohio, 1998

United States Court of Appeals for the Seventh Circuit, 1995

United States District Court for the Northern District of Illinois, 1991

Ohio, 1997

Illinois, 1991

## CLASS-ACTION EXPERIENCE

Karon LLC, Cleveland, OH
Owner, 2014–Present

Goldman Scarlato Karon & Penny, P.C., Cleveland, OH
Owner, 2002–2014

Gallagher Sharp Fulton & Norman, Cleveland, OH
Attorney, 2000–2002

Law Offices of Daniel R. Karon, Cleveland, OH
Owner, 1998–2000

Much Shelist Freed Denenberg Ament & Rubenstein, P.C., Chicago, IL
Attorney, 1994–1998

## PUBLICATIONS

*A Letter to New (and Old) Lawyers: Why You Need to Write Well and How to Do It*, 20 SCRIBES J. OF LEGAL WRITING 93 (2022)

*The cure for COVID nobody is talking about*, CLEVELAND PLAIN DEALER (Jan. 2, 2022)

*To Vax or Not to Vax is Not a Constitutional Question*, LAW360 (Nov. 19, 2021)

*3 Keys to Winning Your Next Oral Argument*, LAW360 (June 14, 2021)

*Surefire Marketing Methods To Build Your Legal Practice*, INT'L COMPARATIVE LEGAL GUIDES (Apr. 14, 2021)

*Top 10 Techniques for Crafting a Dazzling Brief*, INT'L COMPARATIVE LEGAL GUIDES (Apr. 14, 2021)

*Simple Secrets for Writing a Killer Brief*, INT'L COMPARATIVE LEGAL GUIDES (Apr. 14, 2021)

*In the room where it's happening*, CLEVELAND PLAIN DEALER (Apr. 11, 2021)

*The Problem—and Opportunity—of Implicit Bias in the Bar*, AMERICAN INNS OF COURT (Mar. 22, 2021)

*What the Biden Administration Means for Class Actions*, LAW360 (Feb. 11, 2021)

*To Mask or Not to Mask? Not a Constitutional Question*, THE CLS BLUE SKY BLOG—COLUMBIA LAW SCHOOL BLOG ON CORPORATIONS AND THE CAPITAL MARKETS (Oct. 27, 2020)

*Companies Should Not Illegally Profit From Our Pandemic Pain*, LAW360 (Apr. 15, 2020)

*Surefire Marketing Methods to Build Your Legal Practice*, LAW360 (Jan. 28, 2020)

*The Problem—and Opportunity—of Implicit Bias in the Bar*, LAW360 (Oct. 2, 2019)

*Why Can't We All Just Get Along?,* 45:3 LITIGATION 8 (Winter 2019)

*Ten Techniques for Crafting a Dazzling Brief*, LAW360 (June 21, 2019)

*Can't We All Just Get Along?" Civility Across the V.*, THE BENCHER (May/June 2019)

*Simple Secrets for Writing a Killer Brief*, LAW360 (Feb. 28, 2019)

*Class Action Strategy & Practice Guide,* Chapter 8, Managing Multiple Class and Enforcement Actions (2019)

*Simple Secrets for Improving Your CLE*, LAW360 (Nov. 14, 2018)

*Kavanaugh and the Confirmation of Third-Branch Bias*, OurFuture.org (Oct. 9, 2018)

*It's Prime Time for a Dose of Reality on Brett Kavanaugh*, LAW360 (Aug. 2, 2018)

*After Trump's Policy Purges, Who Speaks for the Victims?*, LAW360 (May 2, 2018)

*Why Contempt for the CFPB Is a Big Business Mistake*, LAW360 (Oct. 28, 2017)

*How Plaintiffs and Defense Counsel Misperceive Each Other*, LAW360 (Sept. 25, 2017)

*Why Class Action Attorney Fees Are Such Dirty Words*, NATIONAL ASSOCIATION OF LEGAL FEE ANALYSIS (July 18, 2017)

*Why Class Action Attorney Fees Are Such Dirty Words,* LAW360 (July 14, 2017)

*Bundle Up Defense Counsel. Winter's Coming,* LAW360 IN-DEPTH (May 2, 2017)

*Killing Class Actions Means Everybody Loses,* THE CLS BLUE SKY BLOG—COLUMBIA LAW SCHOOL BLOG ON CORPORATIONS AND THE CAPITAL MARKETS, (Apr. 7, 2017)

*The Death of Class Actions?,* ACSBLOG, AMERICAN CONSTITUTION SOCIETY (Mar. 3, 2017)

*Killing Class Actions Means Everybody Loses,* LAW360 (Mar. 17, 2017)

*The "Fairness" in Class Action Litigation Act,* 42:4 LITIGATION 8 (Summer 2016)

*Dow Chemical's Post-Scalia Settlement is a Spin Doctor's Delight,* THE NATIONAL LAW JOURNAL, SUPREME COURT BRIEF (Apr. 25, 2016)

*Dow Chemical's Post-Scalia Settlement is a Spin Doctor's Delight,* THE NATIONAL LAW JOURNAL (Apr. 25, 2016)

*Federal Class-Action Reform Effort Courts Serious Risks,* CLEVELAND PLAIN DEALER (Nov. 20, 2015)

*Is it CAFA or Kafka? Effectively Pleading Multistate Class-action cases after the Class Action Fairness Act,* THE OHIO ASSOCIATION FOR JUSTICE QUARTERLY 21 (Oct. 2014)

*Reflections from the 2013 National Institute on Class Actions,* 24 ABA's CLASS ACTIONS & DERIVATIVE SUITS 1 (Fall 2013)

*Suspicionless Strip Searches—What's Next?,* 39:1 LITIGATION 8 (Winter 2013)

*Ripped from the Headlines—Ten Lawyers Look at the Story,* 38:2 LITIGATION 25 (Winter 2012)

*"T'was Three Years After Twombly and All Through the Bar, Not a Plaintiff Was Troubled From Near or From Far." The Unremarkable Effect of the U.S. Supreme Court's Re-expressed Pleading Standard in Bell Atlantic Corp. v. Twombly,* 44 U.S.F. L. REV. 571 (2010)

*The Unremarkable Effect of Bell Atlantic Corp. v. Twombly on Pleading Class–Action Complaints,* 11:2 ABA's COMM'L & BUS. LITIG. 6 (Spring 2010)

*Is it CAFA or Kafka,* AAJ's TRIAL MAGAZINE 24 (July 2009)

*ABA's Consumer Protection Law Developments,* Chapter 5 State Consumer Law, § 36 Ohio (2009).

*"When Congress Gives You Lemons . . ." Plaintiffs' Attorneys are Forced by the Class Action Fairness Act to Devise Innovative New Ways to Prosecute Interstate Class Actions,* PLAINTIFF MAGAZINE 1 (Feb. 2008)

*Multi–State Class Actions After CAFA—Preserving Consumers' Rights by Pleading Creatively,* ABA's CLASS ACTIONS TODAY 9 (2007)

6

*"How Do You Take Your Multi–State, Class action Litigation?  One Lump or Two?"  Infusing State Class action Jurisprudence into Federal, Multi-State Class-Certification Analyses in a "CAFA-nated" World,* 46 SANTA CLARA L. REV. 567 (2006)

*Unjust Enrichment's Application to Consumer Price fixing, Class action Claims,* 16 ABA's CLASS ACTIONS & DERIVATIVE SUITS 1 (Winter 2006)

*Undoing the Otherwise Perfect Crime. Applying Unjust Enrichment to Consumer Price fixing Claims,* 108 W. VA. L. REV. 395 (2005)

*A Non-Class-action lawyer's Guide to Ohio Consumer Class Actions—Understanding the Basics and Recognizing Opportunities,* 14:3 OHIO TRIAL 26 (2005)

*Price Fixing and Market Allocation—What to Avoid, What to Watch For,* 2.2 ABA's ANTITRUST COUNSELOR 1 (2005)

*"Your Honor, Tear Down that Illinois Brick Wall!" The National Movement Toward Indirect Purchaser Antitrust Standing and Consumer Justice*, 30 WM. MITCHELL L. REV. 1351 (2004)

*Price Fixing, Market Allocation and Bid Rigging Conspiracies: How to Counsel Your Clients to Detect Violations and Inform You of Potential Claims,* 25 AMER. J. TRIAL ADVOC. 241 (2002)

*Collusion Central. Helping Your Clients Deal with Price Fixers,* 11:3 ABA's BUS. L. TODAY 9 (2002)

*A Practitioner's Primer on Securities Fraud Class Action Litigation,* 69:6 CLEV. BAR J. 8 (1998)

*Kicking Our Gift Horse in the Mouth—Arbitration and Arbitrator Bias: Its Source, Symptoms and Solutions,* 7 OHIO ST. J. ON DISP. RESOL. 315 (1992)

*Winning Isn't Everything, It's the Only Thing. Violence in Professional Sports: The Need for Federal Regulation and Criminal Sanctions,* 25 IND. L. REV. 147 (1991)


## SPEAKING ENGAGEMENTS

Speaker, ABA's 27th Annual National Institute on Class Actions, "Game Changers or Blips on the Radar," Chicago, IL, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee, Oct. 19–20, 2023

Featured speaker, Top Class Actions company retreat, Scottsdale, AZ, Dec. 8, 2022

Moderator, ABA's 26th Annual National Institute on Class Actions, "Saddle Up! It's High Time for Learnin' to Wrangle Some Class-Action Business," Scottsdale, AZ, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee, Nov. 10–11, 2022

7

Panelist, "Emerging and Evergreen Issues in Class Actions," Sixteenth Annual Judicial Symposium on Civil Justice Issues, George Mason University Antonin Scalia Law School in Arlington, VA, Oct. 9, 2022

Program Chair and Moderator, ABA's 25th Annual National Institute on Class Actions, Class-Action Conniption! How In-House Counsel Lasso Class Actions on "Class Actions Live!," Gather 'Round the Campfire for the Tale of Arthur Miller's Lifetime Contribution to Class Actions, Mamas, Don't Let Your Babies Grow Up to be Class-Action Lawyers (or at Least Make Sure They Look Before They Leap, Austin, TX, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee, Apr. 12–13, 2022

Speaker, "US Securities Fraud Class Actions," Annual Conference of the Financial Street Forum hosted by the People's Government of Beijing Municipality, the People's Bank of China, Xinhua News Agency, China Banking and Insurance Regulatory Commission, China Securities Regulatory Commission, and the State Administration of Foreign Exchange, Beijing, China, Oct. 22, 2021

Speaker, "Quarterly Section Meeting—Consumer Law," Ohio Association for Justice, April 27, 2021

Speaker, "The Not-Unconstitutionality of Mask Mandates," Irish-American Law Society, April 21, 2021

Speaker, "Business Development & Networking: Advice on Steps to Take Today," Cleveland Metropolitan Bar Association, February 22, 2021

Speaker, "New Trends in Consumer Law," Ohio Association for Justice, February 11, 2021

Speaker, Kappa Alpha Pi Pre-Law Fraternity, University of Michigan, November 17, 2020

Program Chair and Moderator, ABA's 24th Annual National Institute on Class Actions, "Interview with Rep. Katie Porter and Rich Cordray," October 13–15, 2020, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "Ethical Issues in Class Actions," NCLC Annual Consumer Rights Litigation Conference, Boston, MA, November 14–17, 2019, sponsored by the National Consumer Law Center

Program Chair and Moderator, ABA's 23rd Annual National Institute on Class Actions, "Second to None. Class Actions 101," "Write to the Point. Class Actions 201," Nashville, TN, October 17–18, 2019, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Speaker, AAJ's 2019 Annual Convention, "The Craft of Beautiful Legal Writing," San Diego, CA, July 28, 2019, sponsored by American Association for Justice

Program Chair and Moderator, "Who Needs *Playhouse Square*?" Class Certification from A(rsenio) to Dr. (O)Z: A Three-Act Play," Cleveland, OH, March 13, 2019, sponsored by the William K. Thomas Inns of Court

Speaker, "Class Actions 101," January 17, 2019, New York, NY, sponsored by the New York State Bar Association

Panelist, "Why Antitrust Matters," October 30, 2018, Cleveland, OH, sponsored by the ABA's Antitrust Section

Program Chair and Moderator, ABA's 22nd Annual National Institute on Class Actions, "Second to None. Class Actions 101," "Write to the Point. Class Actions 201," Chicago, IL, October 18–19, 2018, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, GMA Legal Conference, "What in the World was He Thinking?  A Look Inside the Mind of a Plaintiff's Attorney, and How to Respond," February 26–27, 2018, sponsored by the Grocery Manufacturers Association

Plenary Moderator, ABA's Corporate Counsel Seminar, "Class Actions Scared Straight: Real Class-Action Stories, Strategies, and Solutions from Both Sides of the 'v.,'" La Quinta, CA, February 17, 2018, sponsored by the ABA's Corporate Counsel Section

Panelist, ABA Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint CLE Seminar, "Brave New World: Perspectives on the Regulatory and Legal Landscape One Year into Trump's Administration," January 27, 2018, Whistler, BC, sponsored by the ABA's Environmental & Energy, Mass Torts, and Products Liability Litigation Committees

Panelist, Harris Martin Plaintiff Opioid MDL Conference, "Third-Party Payor, Class, and Hospital Claims," January 8, 2018, sponsored by Harris Martin

Program Chair and Moderator, ABA's 21st Annual National Institute on Class Actions, "Debating the Language. Class Actions 101," "Let's Vote on It. Class Actions 201," "Join the Writing Revolution. Class Actions 301," "Build That Wall . . . or Maybe Not. H.R. 985 and the End of Class Actions?" Washington, DC, October 26–27, 2017, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Speaker, AAJ's 2017 Annual Convention, "How to Grow Your Practice by Recognizing Antitrust Cases" and "The Art of Beautiful Legal Writing," Boston, MA, July 22, 2017, sponsored by American Association for Justice

Speaker, AAJ Continuing Legal Education Conference, "The Future of Class Actions: Teamwork, Savvy Defense, and Smart Offense," Nashville, TN, May 11, 2017, sponsored by American Association for Justice

Panelist, GMA 2017 Legal Conference, "Fighting Back Against Class Action Litigation," San Diego, CA, February 27–28, 2017, sponsored by the Grocery Manufacturers Association

9

Panelist, OSBA Federal Courts & Practice Committee Bench Bar Conference, "Class Certification Analysis after *Duke* & *Comcast*, October 27–28, 2016, sponsored by the Ohio State Bar Association

Program Chair and Moderator, ABA's 20th Annual National Institute on Class Actions, "'Coming Out!' It's Class Actions 101," "'Box the Trifecta.' Let's Play Class Actions 301," "'From Mirage to Immense.' The Genesis, Creation, and Evolution of Rule 23 with Professor Arthur Miller," and "'Hitting the Jackpot!' A One-on-One Class-Action Conversation with Judge Richard Posner," Las Vegas, NV, October 19–20, 2016, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "No BigLaw? No Problem! How Small-Firm Plaintiff and Defense Lawyers Are Managing Some of the Largest Class-Action Litigation Matters," May 27, 2016, sponsored by the ABA

Panelist, "Cross-Industry Interdisciplinary Summit on Class Actions*,*" New York, NY, April 11–12, 2016, sponsored by American Conference Institute

Panelist, "Is this CAFA or Kafka?  Multi-State Actions in a Time of Metamorphosis," Litigation Section Annual Conference, Chicago, IL, April 14, 2016, sponsored by the ABA

Program Chair and Moderator, ABA's 19th Annual National Institute on Class Actions, "'Who Dat?!' It's the Return of Class Actions 101 and Class Actions 201" and "You Have a Choice, *Picayune*—'Economic Loss' or 'No-Injury' Class Actions. Either Way, Does a Legal Claim Exist?" New Orleans, LA, October 22–23, 2015, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Program Chair, "Antitrust for Non-Antitrust Lawyers: How to Grow Your Business by Recognizing New Opportunities," National Teleseminar, January 15, 2015, sponsored by American Association for Justice

Program Chair and Moderator, ABA's 18th Annual National Institute on Class Actions, "Second to None. Class Actions 101" and "Who Needs *The Second City*?" Class Certification from A(kroyd) to (Lovit)Z: A Three-Act Play," Chicago, IL, October 23–24, 2014, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, Ohio Association of Justice's Annual Convention, "Class Actions for Non-Class Action Attorneys. How to Grow Your Business by Recognizing New Opportunities," Columbus, OH, May 8, 2014, sponsored by Ohio Association for Justice

Panelist, Article III Standing and Rule 23(b)(3) Certification: Emerging Litigation Trends, December 3, 2013, National Teleseminar, sponsored by Strafford Publications

Program Chair and Moderator, ABA's 17th Annual National Institute on Class Actions, "Listen Co-Counsel, You'll Learn a Ton, It's Time for Class Actions 101" and "'Show Me the Money!!! . . . or Don't.' *Cy Pres* Recoveries, Requests for Attorneys' Fees, and Does This Amount to a Hill of Beans?" Boston, MA, October 23–24, 2013, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, Ohio State Bar Association's 2012 Great Lakes Antitrust Institute, "New Developments in Antitrust Law," Columbus, OH, November 2, 2012, sponsored by the Ohio State Bar Association

Program Chair and Moderator, ABA's 16th Annual National Institute on Class Actions, "'The Class Definition that Works . . . or Does It?' Strategies for Pleading and Attacking Class Definitions—The Most Basic and Most Ignored Step in a Class-action Lawsuit's Success or Failure," Chicago, IL October 25, 2012, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Program Chair and Moderator, "Reexamining the Class Action Practice and Considering Where it—Indeed, *We*—Go From Here," Chicago, IL, August 3, 2012, sponsored by the ABA

Moderator and Panelist, "Everything MDL. First-Hand Perspectives from MDL Panel Judges, MDL District Court Judges, and MDL Lawyers," Cleveland, OH, July 25, 2012, sponsored by the Cleveland Metropolitan Bar Association and the Federal Bar Association, Northern District of Ohio Chapter

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, January 31, 2012, sponsored by Strafford Publications

Panelist, "Trends in Federal Circuit Class Certification Rulings," National Teleseminar, January 19, 2012, Law Seminars International

Program Chair and Moderator, ABA's 15th Annual National Institute on Class Actions, "The Practice that Never Sleeps: Reexamining the Class action Practice and Considering Where it—Indeed, *We*—Go From Here," New York, NY, October 14, 2011, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, *Wal–Mart v. Dukes,* Practical Implications of the Supreme Court's Landmark Class Action Ruling, National Teleseminar, June 30, 2011, sponsored by Law Seminars International

Panelist, ABA's 59th Annual Antitrust Law Spring Meeting, "Guilt by Association?  Trade Associations, Cartel Investigations, and *Twombly,*" Washington, D.C., March 30, 2011, sponsored by the ABA's Antitrust Law Section

Panelist, "Pleading and Defending Class Actions: Leveraging the Latest Developments in CAFA Removal Jurisdiction," National Teleseminar, December 8, 2010, sponsored by Strafford Publications

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, November 2, 2010, sponsored by Strafford Publications

Program Chair and Moderator, ABA's 14th Annual National Institute on Class Actions, "'The Standard that Works . . . or Does It?' Deciding Choice–of–Law and Reliance/Causation/ Deception Standards in Multistate, Consumer fraud Class actions After CAFA," Chicago, IL, October 14, 2010, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "Consumer Class Action Litigation:  Leveraging New Developments in Class Certification, Causation, and Reliance," National Teleseminar, April 20, 2010, sponsored by Strafford Publications

Panelist and Moderator, ABA's 13th Annual National Institute on Class Actions, "A Funny Thing Happened on the Way to the Courthouse . . . I Had to Litigate an Arbitration Clause! Crafting, Opposing, and Arguing Arbitration Clauses and Class action Waivers in Three Scenes," Washington DC, November 20, 2009, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist and Moderator, ABA's 13th Annual National Institute on Class Actions, A Funny Thing Happened on the Way to the Courthouse . . . I Had to Litigate an Arbitration Clause! Crafting, Opposing, and Arguing Arbitration Clauses and Class action Waivers in Three Scenes, San Francisco, CA, October 30, 2009, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panelist, "Litigating Class Actions Between Class Certification and Trial," National Teleseminar, August 11, 2009, sponsored by Strafford Publications

Panelist, "It Ain't Over Till it's Over:  Litigating Class Actions After Class Certification and Before Trial," National Teleseminar, May 27, 2009, sponsored by ABA Litigation Section

Panelist, "Antitrust 101: Understanding, Pleading, and Defending Price fixing Claims," ABA Brown Bag Teleseminar, February 18, 2009, sponsored by the ABA's Section on Litigation

Panelist, "Pleading, Defending, and Settling Class Actions. Emerging Trends," National Teleseminar, December 9, 2008, sponsored by Strafford Publications

Panelist, Ohio State Bar Association's 2008 Antitrust Program, "When Opportunity Knocks . . . . Growing Your Business or Company's Bottom Line by Recognizing When, Whether, and How to Pursue Class action, Price fixing Claims," Columbus, OH, November 14, 2008, sponsored by the Ohio State Bar Association

Panelist and Moderator, ABA's 12th Annual National Institute on Class Actions, "'I Could Have Sworn It was CAFA, *not Kafka*!' The Metamorphosis of Pleading, Defending, and Settling Multi-State Class Actions—A Surreal-Life, Three-Act Play," New York, NY, November 7, 2008, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, October 31, 2008, sponsored by the Cleveland Bar Association

12

Panelist, "Pleading, Defending, and Settling Class Actions. Emerging Trends," National Teleseminar, May 13, 2008, sponsored by Strafford Publications

Panelist, Ohio Association for Justice's 2008 Annual Convention, "New Developments in Plaintiffs' Antitrust Law," Columbus, OH, May 9, 2008, sponsored by the Ohio Association for Justice

Lecturer, "Class Actions for Non-Class-action lawyers. Growing Your Business by Understanding the Basics and Recognizing Opportunities," Los Angeles, CA, February 21, 2008, sponsored by the Los Angeles County Bar Association

Panelist, "Class Action Removal Standards in Flux. New Litigation Strategies for Plaintiff and Defense Counsel," National Teleseminar, February 19, 2008, sponsored by Strafford Publications

Panelist and Moderator, ABA's 11th Annual National Institute on Class Actions, "The Nationwide Class: White Elephant, Endangered Species, or Alive and Well?" Chicago, IL, October 19, 2007, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panel Co–Chair, ABA's 2007 Annual Meeting, "'Is this CAFA or Kafka?'  Multi–State Class Actions in a Time of Metamorphosis—A Surreal-Life, Three-Act Play," San Francisco, CA, August 9–12, 2007, sponsored by the ABA

Panelist, ABA's 2007 Litigation Section Annual Conference, "The Last Laugh-Perspectives on CAFA," San Antonio, TX, April 11–14, 2007, sponsored by the ABA

Lecturer, "Class Actions for Non–Class-action lawyers," Los Angeles, CA, February 23, 2007, sponsored by the Los Angeles County Bar Association

Moderator, ABA's 10th Annual National Institute on Class Actions, Chicago, IL, October 27, 2006, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, "The Business Litigation Seminar," Cleveland, OH, June 21, 2006, sponsored by the Cleveland Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business—How to Avoid Being a Victim," Cleveland, OH, June 16, 2006, sponsored by the Cleveland Chemical Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, June 6, 2006, sponsored by the Cleveland Bar Association

Lecturer/Panelist, "Civil Practice and Litigation Techniques in Federal and State Courts," Charleston, SC, May 31, 2006, sponsored by ALI-ABA

Lecturer, "Class Actions for Non–Class-action lawyers," Los Angeles, CA, February 25, 2006, sponsored by the Los Angeles County Bar Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, December 6, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, November 18, 2005, sponsored by the Cuyahoga County Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business-How to Avoid Being a Victim," Pittsburgh, PA, November 11, 2005, sponsored by the Pittsburgh Chemical Association

Moderator, "ABA's 9th Annual National Institute on Class Actions," Chicago, IL, September 23, 2005, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business-How to Avoid Being a Victim," Cleveland, OH, September 16, 2005, sponsored by the Cleveland Chemical Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Vail, CO, July 26, 2005, sponsored by the OC Chemical Dealers' Association

Lecturer, "Class Actions: Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 20, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions for Non-Class-action lawyers," Miami, FL, May 13, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Class Actions for Non-Class-action lawyers: Understanding the Basics and Recognizing Opportunities," Phoenix, AZ, March 25, 2005, sponsored by the Maricopa County Bar Association

Lecturer, "Class Actions for Non-Class-action lawyers," Chicago, IL, January 21, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Recognizing Class Action Opportunities," Columbus, OH, December 12, 2004, sponsored by the Columbus Bar Association

Lecturer, "Class Actions: Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 28, 2004, sponsored by the Cleveland Bar Association

Lecturer, "Select Topics for Trial Lawyers, A Primer on Class Actions for the Non–Class Action Litigator in New York," New York, NY, August 11, 2004, sponsored by Lorman Educational Services, Eau Claire, WI

Lecturer, "The Business Litigation Seminar—Advanced Tactics and Motions," Cleveland, OH, December 12, 2003, sponsored by the Cleveland Bar Association

14

Lecturer, "Community Litigation Workshop," Detroit, MI, June 5, 1998, sponsored by the Firearms Litigation Clearinghouse, Washington D.C.

## PROFESSIONAL ACTIVITIES

American Bar Association, 2003–Present
    Chairperson, National Institute on Class Actions, 2010–2022
    Litigation Section, Co-Chair, Class Action and Derivative Suits Committee's Antitrust Subcommittee, 2007–2008
    Antitrust Section, 2008–2010

Host, Your Lovable Lawyer, www.yourlovablelawyer.com, 2020–Present

Contributor, A. Scalia & B. Garner, *Reading Law: The Interpretation of Legal Texts* (2012)

Law360, Columnist, 2017–2022

American Society of Writers on Legal Subjects, 2004–Present
    Law Review Award Committee, 2004–2009
    Brief-Writing Committee, 2004–2009

American Association for Justice, 1998–Present
    Co-Chair, Class Action Litigation Group, 2018–2020
    Co-Vice Chair, Class Action Litigation Group, 2016–2018
    Secretary, Class Action Litigation Group, 2015–2016
    Litigation Group Leaders Council, 2018–Present
    Co-Chair, Antitrust Subcommittee, 2016–Present
    Vice Co–Chair, Antitrust Subcommittee, 2015–2016
    ABA Liaison Committee, 2014–Present
    Rule 23 Subcommittee, 2014–Present

Loyola Chicago Consumer Law Review Advisory Board, 2018–Present

The William K. Thomas American Inn of Court—American Inns of Court, 2018–Present

Class Action Trial Lawyers' Association, 2011–Present
    Executive Committee, 2011–Present

Cleveland Bar Association, 1997–2009

National Association for Consumer Advocates, 2003–2013

## BOARD MEMBERSHIPS AND CIVIC ACTIVITIES

Ohio Association for Justice, 2003–Present
    Board of Trustees, 2012–2016
    Chair, Consumer Law Section, 2014–2016

Nueva Luz Urban Resource Center
    Board Member, 2021–2022

Cleveland Metropolitan Bar Association, Multidistrict Litigation Task Force, 2010–2012

Consumer-law correspondent, Your Legal Minute with the Lovable Lawyer, The Weekly Pulse, WKYC-Cleveland, 2018–2019

Loyola University Chicago School of Law, Institute for Consumer Antitrust Studies' U.S. Advisory Board, 2004–Present

IUvisors Student Advisors, Indiana University Alumni Foundation, 2014–Present

Student Mentor, Loyola Consumer Antitrust Institute's Mentoring Program, Loyola University Chicago School of Law, 2018–Present

Antitrust Section Council Member, Ohio State Bar Association, 2007–Present
    Great Lakes Antitrust Institute Planning Committee, 2013

Cleveland Legal Aid Society
    Volunteer Attorney, 2014–2016

Public Justice, 2011–Present

Editorial Board, Ohio Academy of Trial Lawyers' *Ohio Trial* Magazine, 2004–2010

Class Action Advisory Board, Strafford Legal Publications, 2008–Present

Editorial Board, American Bar Association, Litigation Section's *Class Actions Today. Jurisdiction to Resolution* (special publication), 2007–2008

Assistant Coach, Northern Ohio Warriors Traveling Youth Baseball Club, 2014–2016

Fellow, Litigation Counsel of America Trial Lawyer Honorary Society, 2008–2010

Women's Community Foundation, Men's Executive Committee, 2004–2010

Judge, Landskroner Foundation for Children's 9th Annual Law Student Closing Argument Competition, 2007

Anti-Defamation League's Steinberg Leadership Institute, 1998–2000

16

Associate Attorney's Committee Co-Chair, Lawyers' Division, Jewish Federation of Metropolitan Chicago, 1995–1997

DePaul University College of Law, Moot Court Judge, 1993–1994

Sigma Alpha Mu, Sigma Zeta Housing Corporation, 2004–2009

Young Leadership Board, Jewish Federation of Metropolitan Chicago, 1993–1997

Young Leadership Board, Jewish Community Federation of Cleveland, 1997–2000

## MEDIA APPEARANCES

*Fox News*, "Zuckerberg's viral apology achieved 'nothing' as mogul was wary of hurting federal case against Meta: expert," Feb. 10, 2024

*CNN*, "With menthol cigarette ban still uncertain, American Lung Association calls for White House to act 'swiftly' to save lives," Jan. 24, 2024

*Scripps News*, "'It was deeply personal': Why context matters in Supreme Court case on Trump, Colorado presidential ballot," January 17, 2024

*Fox News*, "Liberal journalists hail removing Trump from Colorado ballot as a win for democracy: 'Clear as day,'" Dec. 21, 2023

*Fox News*, "Meta is 'new tobacco' after states sue over altered realities for kids, legal guru says: 'Electronic morphine,'" Oct. 27, 2023

*Scripps News*, "Millions of Social Security recipients may have to return overpayments," Oct. 9, 2023

*MSN*, "New York Judge Rules Trump Committed Financial Fraud," Sept. 29, 2023

*MSN*, "George R.R. Martin, Other Major Authors Sue ChatGPT Maker OpenAI For Copyright Infringement," Sept. 22, 2023

*MSN*, "Google Antitrust Trial Over Search Monopoly Set to Begin Tuesday," Sept. 9, 2023

*MSN*, "JetBlue Proposes Divesting Spirit Assets in Boston, Newark if Merger is Allowed to Move Forward," Sept 9, 2023

*MSN*, "Judge Denies Motions by Sidney Powell and Kenneth Chesebro to Separate Their Trials in Georgia Election Interference Case," Sept. 7, 2023

17

*Scripps News*, "Murdaugh's Lawyers Allege Jurors Felt Uncomfortable with Court Clerk's Behavior," Sept. 6, 2023

*Daily Mail*, "Alex Murdaugh trial clerk 'appears to have done something very wrong': Legal experts warn 'there's no smoke without fire' and believe Rebecca Hill's book deal could be 'a step over the line' as murderer launches appeal," Sept. 6, 2023

*MSN*, "Trump's Georgia Trial For Election Interference To Be Streamed Live," Sept. 5, 2023

*KCRG ABC Cedar Rapids, NBC Nebraska Scottsbluff*, "Deadly recalled baby products still for sale on Facebook Marketplace despite takedown requests, lawmakers say," Aug. 29, 2023

*MSN*, "Fyre Festival's Billy McFarland, Ja Rule, Andy King and More: Where Are They Now," Aug. 28, 2023

*Unilad*, "Donald Trump's mugshot from his latest arrest has been released," Aug. 25, 2023

*Unilad*, "Legal expert says Donald Trump is 'pretty screwed' and faces 20 years in prison," Aug. 25, 2023

*Fox News*, "Maui fire puts spotlight on importance of class-action lawsuits, legal guru says," Aug. 16, 2023

*Fox News*, "Hawaiian Electric Co. facing class-action lawsuit over Maui fire," Aug. 16, 2023

*Daily Beast*, "Kansas Newspaper Says Its Co-Owner Has Died After Being Traumatized by Police Raid," Aug. 12, 2023

*Daily Beast*, "Kansas Newspaper Slams 'Gestapo Tactics' After Police Raid," Aug. 12, 2023

*Scripps News*, "What are Trump's changes of a change of venue?" Aug. 4, 2023

*Fox News*, "Lawmakers like AOC and Jim Jordan Botch laws surrounding Facebook to fire up supporters: Legal expert," Aug. 2, 2023

*Fox News*, "Trusted News Initiative set to face scrutiny as RFK Jr's antitrust lawsuit lingers," July 20, 2023

*New York Post*, "TSA workers' theft bust reveals security vulnerabilities: experts," July 12, 2023

*WOIO CBS 10 News*, "Downtown business owners react to mass shooting," July 10, 2023

*NewsNation*, "Do squatters have the right to stay in your home?," July 4, 2023

*NewsNation*, "DeSantis vetoes bill to ease government purchase of EVs," June 29, 2023

*NewsNation*, "Texas Governor Signs 4 New Fentanyl Bills," June 14, 2023

*Spectrum News National*, "Fallout on Trump's Federal Indictment," June 9, 2023

*USA Today*, "Ted Cruz, Biden denounce Uganda's anti-LGBTQ law that includes death penalty," May 30, 2023

*NewsNation*, "Florida lawmakers push using radioactive waste to pave roads," May 10, 2023

*WEWS News Channel 5*, "Browns fans may have to pay more at Muni Lot as City Council considers a host of parking changes Downtown," May 9, 2023

*WXYZ7, ABC15, WCPO9, WPTV5, ABC10, KGUN9, NEWSCHANNEL5, KATC3, LEX18, DENVER7, KSBY6, FOX13, WFTS, KTNV13, WEWS5, KTVQ2, WTMJ4, FOX17, WTVR6, KRTV3, KSHB41, WKBW7, FOX47, NBC26, WRTV, FOX4, KJRH2, KOAA5, KRIS6, KXLF4, KXXV25, 23ABC, WRTV, WTKR3*, "How to claim your money from the Facebook class action settlement," May 8, 2023

*AARP*, "Some Facebook Settlement Claimants Get Rejection Notices," Apr. 21, 2023

*AARP*, "How to Claim Your Share of a $725 Million Facebook Settlement," Apr. 21, 2023

*WOIO CBS 19News*, "Travel scams to watch out for this holiday season: 'A lot of people are naughty, not nice,'" Dec. 22, 2022

The International Comparative Legal Guide to Class & Group Actions 2023/2024 edition, "As Collective Actions Take Root in Europe, Some Pointers on What Not to Emulate from the US," Nov. 1, 2022

*WIFR (CBS):* "Did you read the fine print? Know your rights as a consumer," Aug. 1, 2022

*WKYC 3 News: What's Next*, "Deshaun Watson hearing aftermath, what might happen," June 27, 2022

*WKYC 3 News: Go at 6 am*, "Deshaun Watson hearing aftermath, what might happen," June 27, 2022

*WKYC 3 News: Go at 5 am*, "Deshaun Watson hearing aftermath, what might happen," June 27, 2022

*WKYC 3 News: Go at 4:30 am*, "Deshaun Watson hearing aftermath, what might happen," June 27, 2022

*WKYC NBC3*, "Deshaun Watson hearing aftermath, what might happen," June 27, 2022

*WIFR (CBS),* "Did you read the fine print? Know your rights as a consumer," Apr. 11, 2022

*The Elliott Sheppard Show,* "Did you read the fine print? Know your rights as a consumer," Apr. 11, 2022

*WAGT (NBC),* "Did you read the fine print? Know your rights as a consumer," Apr. 10, 2022

*Top Class Actions,* "TCA Explains: What Are Arbitration Agreements And How Do They Affect Class Actions," Apr. 4, 2022

*WSAZ NewsChannel 3 Midday,* "Did you read the fine print? Know your rights as a consumer," Feb. 23, 2022

*WOIO CBS 19News,* "Did you read the fine print? Know your rights as a consumer," Feb. 22, 2022

*Top Class Actions,* "Michigan Parking Chalk Class Action Could Lead to Similar Lawsuits Across the US," Feb. 16, 2022

*Top Class Actions,* "As Mask Mandates Return, So Do Lawsuits," Feb. 4, 2022

*Farm Progress,* "JBS pays $52.5M to partially settle beef antitrust litigation," Feb. 2, 2022

*WOIO CBS 19News,* "Scams to watch out for this holiday season," Dec. 17, 2021

*Top Class Actions,* Class Action Lawsuits Target Alleged Beef Price-Fixing Scheme, Dec. 8, 2021

*Top Class Actions,* "Meet Danny Karon, Your Lovable Lawyer," Sept. 17, 2021

*WKYC NBC3,* "The constitutionality of President Biden's compulsory vaccination decree," Sept. 10, 2021

*WOIO CBS 19News,* "Court case from 1905 holds up Ohio state vaccine mandates today," Aug. 25, 2021

*WEWS News Channel 5,* "Some businesses reinstate mask mandates as COVID cases rise," August 3, 2021

*WOSU-NPR,* "All Sides with Ann Fishers," Jul. 22, 2021

*WOIO CBS 19News,* "Know your rights: how condo owners can get action for safety problems," July 2, 2021

*Top Class Actions,* "Supreme Court Ruling on NCAA Suggest Potential for Future Changes," June 22, 2021

*Top Class Actions,* "10 Largest Class Action Settlements in American History," June 9, 2021

*WKYC NBC3*, "George Clooney to produce docuseries on Ohio State sexual abuse scandal," Feb. 22, 2021

*WKYC NBC3*, "COVID-Q9 vaccine: Your legal questions answered," Dec. 15, 2020

*WKYC NBC3*, "Exclusive: OSU sex abuse survivors say 'gender bias' is stalling settlement talks," Oct. 13, 2020

*Law360*, "6 Law Firms Vie To Head FirstEnergy Shareholder Suit," Sept. 29, 2020

*Top Class Actions*, "Tyson Class Action Lawsuit Says Beef Prices are Inflated," Sept. 17, 2020

*Law360*, "Investor Claims Ohio Utility Played Role In $60M Bribery Plot," Aug. 21, 2020

*WKYC NBC3*, "Evenflo accused of defective car seats," August 5, 2020

*Law360*, OSU Says Sex Assault Claims Against Doctor Are Too Old, July 8, 2020

*Fair Cattle Markets,* Interview with Daniel Karon, Attorney representing Central Grocers, June 23, 2020

*The Fence Post*, "Grocers File Lawsuit Against Meatpackers for Violating the Sherman Act," June 15, 2020

*Tri-State Livestock News*, "Lawsuit Number 3," June 12, 2020

*Beef Magazine*, "Class action lawsuit filed against beef packers," June 11, 2020

*Feedstuffs*, "Class action lawsuit filed against beef packers," June 9, 2020

*Bloomberg Law*, "Cargill, JBS, Top Meatpackers Accused of Driving Up Prices," June 8, 2020

*WKYC NBC3*, "What are Workers' Rights During the Coronavirus Outbreak?" March 26, 2020

*Law360,* "OSU And Sex Abuse Accusers Ordered To Continue Deal Talks," March 19, 2020

*WEWS NewsChannel 5*, "Corona Virus: How You Can Still Plan for Big Events," March 14, 2020

*Law360*, OSU Reaches Settlement With Some Sex Abuse Accusers, May 6, 2020

*Law360*, OSU Not Handling Sex Abuse Talks In Good Faith, Judge Told, February 25, 2020

*WOIO CBS 19News*, "Myles Garrett in the News," November 15, 2019

*WOIO CBS 19News*, "More Than 100 Former OSU Students Come Forward with Allegations of Sexual Misconduct by Team Doctor," July 21, 2019

*WOIO CBS 19News*, "Ohio State Sex Abuse Interview," May 20, 2019

*WEWS NewsChannel 5*, "Ohio State Sex Abuse Interview," May 20, 2019

*Fox News 8 Cleveland*, "Cleveland Attorney Represents Alleged Victim, Fights for Justice in OSU Sexual Abuse Case," May 18, 2019

*Fox News 8 Cleveland—Live Facebook feed*, "Cleveland Attorney Represents Alleged Victim, Fights for Justice in OSU Sexual Abuse Case," May 18, 2019

*Cleveland Jewish News*, "OSU Investigation: Doctor Strauss Abused at Least 177 Students," May 17, 2019

*Columbus Jewish News*, "OSU Investigation: Doctor Strauss Abused at Least 177 Students," May 17, 2019

*All Rise—the Ohio State University Moritz College of Law*, Alumni Profile, Winter 2019

*Cleveland.com*, "State's high court says customers must show damages in class action case," Jan. 11, 2019

*Law360*, "New Deposition Rule Could Have Benefits but Lawyers Hate It," Feb. 25, 2019

*WKYC NBC3 Cleveland*, "Cleveland Attorney Represents Alleged Victim, Fights for Justice in OSU Sexual Abuse Case," July 18, 2018

*The Lantern*, "Ohio State Faces Second Class Action Lawsuit Pertaining to Doctor's Sexual Abuse," July 17, 2018

*The Daily Record,* Ex-Wrestlers Sue Ohio State, Say Officials Knew of Doctor's Sexual Abuse," July 17, 2018

*The Columbus Dispatch*, Ex-Wrestlers Sue Ohio State, Say Officials Knew of Doctor's Sexual Abuse," July 17, 2018

*Side Bar: the Moritz Newsletter*, Expose, October 30, 2017

*Bloomberg BNA*, "Posner: Class Action Rules, Constitution Overrated," October 28, 2016

*Cleveland Plain Dealer*, "Ruling May Make Class-Action Suits Harder to Mount," September 9, 2015

*21WFMJ,* Warren woman files $5,000,000 suit against hospital operator over data breach, Mar. 6, 2015

*Cleveland.com*, State's high court says customers must show damage in class action case, Sept. 5, 2015

*Law360*, "BASF, Others Face Price-Fixing Suit for Polyurethane Input," July 9, 2013

*Cleveland Plain Dealer*, "Grove City Truck Firm is Latest to Sue Pilot Flying J," June 1, 2013

*Madison Record*, "ABA—Panel Discusses Class Action Lawsuits and their Bad Reputation, August 6, 2012

*Cleveland Plain Dealer*, "Take Me Out to a Ballpark—Midday Makeup Game Draws Determined Crowd," September 21, 2011

*Lawyers and Settlements*, Featured Case, March 22, 2010

*ABA Journal*, "A Step Up in Class," May 1, 2008

*Miami Herald*, "Banana Battle Heads to Court," September 2, 2005

*National Law Journal*, "Antitrust Dilemma Emerges in U.S. Courts," September 19, 2005

*RDS Business and Management Practices*, "Banana Battle Heads to Court," September 1, 2005

*The Palm Beach Daily Business Review*, Kimball on Real Estate, March 24, 2015

*St. Paul Pioneer Press*, "Assault on a System," March 14, 2004

## PODCASTS

*Marketing Solutions for Local Businesses*, Jan. 12, 2023

*Non-Compliant with Jay Edelson*, Oct. 17, 2022

*Side Gig School with Sindy Warren*, Sept. 22, 2022

*Risk Settlements*, *Legal Wellness and Access to Justice with Your Lovable Lawyer*, June 30, 2022

*Joel Oster, Comedian of Law*, June 21, 2022

*The Mogabr Show*, May 13, 2022

*Your Lot & Parcel Podcast*, May 12, 2022

*The Kimberly Cloud Show*, May 9, 2022

*5 Minutes With,* Buzz Media, Oct. 13, 2021

*Health Yeah! With Monica Robins*, The Legal Wellness Advice You Didn't Know You Needed, Oct. 7, 2021

*Ask the Attorney,* Buzz Media, Sept. 8, 2021

*Emerging Litigation Podcast*, HB Litigation Conferences LLC, Sept. 2, 2021

*Our Curious Amalgam*, sponsored by the American Bar Association, Mar. 29, 2021

*Common Questions*, sponsored by the American Bar Association, August 10, 2021

## HONORS AND AWARDS

Norvelle Scholarship for Academic Excellence, Indiana University, 1986

Ohio Super Lawyer, 2012–Present

Super Lawyer, Top 100 in Ohio, 2022–Present

Super Lawyer, Top 50 in Cleveland, 2022–Present

Top Attorneys in Cleveland & Columbus 2023 – *Cleveland Magazine*

Global Directory of Who's Who (Top Lawyer), 2015–2023

Chambers and Partners, USA Antitrust-Ohio, 2020–Present ("Daniel Karon is an experienced antitrust litigator who is well known for his deft handling of high-profile class action litigation. He is a thought leader in the class action space.")

ABA Center for Professional Development Partner Appreciation Award Winner for Most Innovative Presentation, 2015

ABA Award for Outstanding Subcommittee Chair for the Class Actions & Derivative Suits Committee 2010–2011

Top Attorneys of North America, 2017–Present

Who's Who in America, 2021–2023

Best Lawyers in America, Mass Tort Litigation/Class Actions—Plaintiffs, 2018–Present

Best Lawyers in America, Mass Tort Litigation/Class Actions—Defendants, 2023–Present

24

Martindale-Hubbell AV Preeminent® Peer-Review Rating—Judicial Edition (highest possible rating in legal ability and ethical standards reflecting the confidential opinions of members of the bar and judiciary), 2023

AcademicKeys Who's Who in Law Higher Education, 2017–Present

US News Best Lawyers–Best Law Firms, 2019–Present

Best Lawyers Business Edition—The Litigation Issue 2019

Best Lawyers National Tier 3 in Mass Tort Litigation/Class Actions – Plaintiffs; Cleveland Tier 1 in Mass Tort Litigation/Class Actions - Plaintiffs

Best Consumer Law & Antitrust Law Firm 2019—Ohio Leading Legal Mind in Class Action Lawsuits (Ohio)

America's Top 100 High Stakes Litigators, 2020

America's Most Honored Lawyers, The American Registry, 2020

National Trial Lawyers—Top 100, 2022

Martindale-Hubbell AV Preeminent® Peer-Review Rating (reflecting combination of very high general ethical standards and legal ability and measuring legal knowledge, analytical capabilities, judgment, communication ability, and legal experience), 2012–Present

AcademicKeys Who's Who in Law Higher Education, 2017–Present

Best Lawyers Business Edition—The Litigation Issue 2019

Best Lawyers National Tier 3 in Mass Tort Litigation/Class Actions – Plaintiffs; Cleveland Tier 1 in Mass Tort Litigation/Class Actions - Plaintiffs

Best Consumer Law & Antitrust Law Firm 2019—Ohio Leading Legal Mind in Class Action Lawsuits (Ohio)

America's Top 100 High Stakes Litigators, 2020

America's Most Honored Lawyers, The American Registry, 2020–Present

National Trial Lawyers—Top 100, 2022

25