**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JENNIFFER D. DECKARD,<br><br>        Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION<br><br>Judge J. Philip Calabrese |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTIONS FOR: (1) FINAL APPROVAL OF CLASS ACTION**
**SETTLEMENT; AND (2) AWARDS OF ATTORNEYS' FEES AND EXPENSES**

Lead Plaintiff Thomas Phelps and named Plaintiffs Sergio Baron and Neville Arjani (collectively, "Plaintiffs") submit this reply memorandum in further support of their unopposed motions for: (1) final approval of the proposed class action Settlement and Plan of Allocation; and (2) an award of attorneys' fees of one third of the Settlement Amount, or $2,000,000, reimbursement of $82,181.60 in litigation expenses incurred, and awards to Plaintiffs of $25,000.[1] Dkt. Nos. 77-78 ("Motions").

## I.      STATEMENT OF FACTS

The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), mailed the copies of the Postcard Notice to over 37,000 potential Settlement Class Members. Bravata Suppl. Decl. ¶3. A nominee also informed SCS that the nominee emailed over 19,000 of their clients to notify them of the Settlement, including direct links to the Long Notice and Claim Form on the settlement website. *Id.* In total, over 56,000 potential Settlement Class Members received notice via mail or email. *Id.*

SCS also published the Summary Notice electronically over *Globe Newswire* and in print in *Investor's Business Daily*. Dkt. No. 79-1 ("Bravata Decl.") ¶12. On November 29, 2023, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Bravata Suppl. Decl. ¶5. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶4.

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated October 25, 2023 (Dkt. No. 71-2) ("Stipulation"). Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to "Bravata Suppl. Decl." are to the Supplemental Declaration of Josephine Bravata, filed herewith.

1

The March 11, 2024 claims filing deadline and the March 20, 2024 deadline for objections and requests for exclusion have each passed. To date, potential Settlement Class Members have submitted 10,147 claims. *Id.* ¶8. There have been no objections to the Settlement or to Plaintiffs' Motions. *Id.* ¶7. SCS has received no valid requests for exclusion from the Settlement. *Id.* ¶6.

An updated version of the Proposed Order and Final Judgment (originally filed as Exhibit B to the Stipulation, Dkt. No. 71-8), conformed to the Court's Preliminary Approval Order (Dkt. No. 73), is filed herewith.

## I.      ARGUMENT

### A.      The Reaction of the Settlement Class Supports Final Approval

The absence of any objections to the Settlement or Plan of Allocation supports their approval. Courts in this Circuit consistently hold that a small number of objections to a settlement (or none at all) "provides convincing evidence that the settlement is fair, reasonable and adequate." *Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan v. Credit Acceptance Corp.*, 2022 WL 17582004, at \*4 (E.D. Mich. Dec. 12, 2022); *see also In re Art Materials Antitrust Litig.*, 100 F.R.D. 367, 382 (N.D. Ohio 1983) (the overwhelming approval of a proposed settlement by class members "is entitled to nearly dispositive weight in this court's evaluation of the proposed settlement"); *Robinson v. Ford Motor Co.*, 2005 WL 5253339, at \*5 (S.D. Ohio June 15, 2005) ("a relatively small number of class members who object is an indication of a settlement's fairness").

Likewise, the lack of any valid requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *See, e.g., Morris v. Affinity Health Plan, Inc.*, 859 F. Supp. 2d 611, 619 (S.D.N.Y. 2012) (where 16 of approximately 1,500 class members requested exclusion, the "response demonstrate[d] strong support for the settlement."); *see also Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566,

577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, 2013 WL 6577020, at \*16 (C.D. Cal. Dec. 5, 2013) (69 exclusion requests in response to mailing of over 50,000 notices supports settlement); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval).

At Lead Counsel's direction, SCS carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, directly notifying over 56,000 potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement or submitted a valid exclusion from it. Bravata Suppl. Decl. ¶¶6-7. The lack of objections or valid requests for exclusion further supports final approval of the Settlement.

**B. The Reaction of the Settlement Class Also Supports Approval of the Requests for an Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs**

The lack of objections to the requests for attorneys' fees, reimbursement of litigation expenses, and awards to Plaintiffs also supports the approval of the requested awards. *See In re Delphi Corp. Sec., Derivative & "ERISA" Litig.*, 248 F.R.D. 483, 504 (E.D. Mich. 2008); *New England Health Care Employees Pension Fund v. Fruit of the Loom, Inc.*, 234 F.R.D. 627, 634 (W.D. Ky. 2006), *aff'd sub nom. Fidel v. Farley*, 534 F.3d 508 (6th Cir. 2008); *Enterprise Energy Corp. v. Columbia Gas Transmission Corp.*, 137 F.R.D. 240, 250 (S.D. Ohio 1991) (no objections to the fee request taken into account in finding fee request reasonable).

Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees of one third of the Settlement Amount, reimbursement of $82,181.60 in litigation expenses incurred, and awards to Plaintiffs totaling $25,000, which are each less than or equal to the maximum figures (fees of up to one third of the Settlement Amount, reimbursement

of up to $95,000 in litigation expenses, and awards totaling $25,000 to Plaintiffs) presented to potential Settlement Class Members in the Notice. Dkt. No. 79-1 (Bravata Decl., Ex. D) at 1. Accordingly, the Settlement Class's overwhelmingly positive reaction strongly supports the fairness and reasonableness of these requests.

## II.    CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' unopposed motions for final approval of the proposed Settlement and Plan of Allocation and for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

Dated: March 28, 2024                         Respectfully submitted,

**KARON LLC**

*/s/Daniel Karon*
Daniel Karon
700 W. St. Clair Ave., Ste. 200,
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs*

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile:  (212) 202-3827
Email: pkim@rosenlegal.com
          lrosen@rosenlegal.com
          jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-91 SO
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
         clinehan@glancylaw.com
         esams@glancylaw.com

*Additional Counsel for Plaintiffs*