**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFFER D. DECKARD,<br><br>    Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Court's Order Granting Preliminary Approval of Settlement, dated November 20, 2023 (Dkt. No. 73, the "Preliminary Approval Order"), SCS was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning:

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated October 25, 2023 (Dkt. No. 71-2, the "Stipulation").

(A) CAFA Mailing; (B) Mailing of the Postcard Notice; (C) Publication of the Summary Notice; (D) Report on Requests for Exclusion and Objections; and (E) Claims Received to Date, dated March 14, 2024 (Dkt. No. 79-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,155 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. An additional 37,056[2] Postcard Notices were mailed to potential Settlement Class Members and nominees by SCS or nominees.  SCS was also emailed one link to the Long Notice and Proof of Claim upon the request of Lead Counsel and was notified by a nominee that they emailed 19,112 of their clients to notify them of this settlement and provided the link to the location of the Long Notice and Proof of Claim on the settlement webpage. Since the Initial Mailing Declaration, SCS mailed no additional Postcard Notice due to nominee responses and no additional emails with a link to the location of the Notice and Claim Forms were sent.  In total, as of the date of this declaration, 56,169 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Proof of Claim.

**UPDATE ON TOLL-FREE TELEPHONE LINE**

4.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request to be mailed the Long Notice and Proof of Claim.  SCS continues to

---

[2]  Since the Initial Mailing Declaration was filed, SCS received one additional request from a potential Settlement Class Members for a Long Notice and Proof of Claim to be mailed. SCS immediately sent the Long Notice and Proof of Claim to the Settlement Class Member.

promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number through the claims process.

### UPDATE ON SETTLEMENT WEBPAGE

5.  The Initial Mailing Declaration also noted that on November 29, 2023, SCS established a webpage on its website at www.strategicclaims.net/CVIA.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status of the case; the case deadlines; the online claim filing link; and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information through the claims process. To date, there have been 3,060 page views by 1,621 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.  The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they were received no later than March 20, 2024.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

7.  According to the Postcard Notice, Long Notice, Summary Notice and settlement webpage, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must have been submitted to the Clerk of the Court as well as Lead Counsel and Counsel for Defendant, such that they were received no later than March 20, 2024.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

## UPDATE ON CLAIMS RECEIVED TO DATE

8.      As of the date of this declaration, SCS has received 10,195 claims. The claims filing deadline was either submitted online or postmarked no later than March 11, 2024.  SCS is currently processing the claims received including conducting quality assurance reviews, such as verifying required supporting documentation was submitted with the claim, detecting duplicated claims, etc. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims.  With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of March 2024, in Media, Pennsylvania.


Josephine Bravata