**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM PLAGENS, et al., | ) Case No. 1:20-cv-2744 <br> ) 1:21-cv-238 <br> ) <br> ) Judge J. Philip Calabrese |
| Plaintiffs, | |
| v. | |
| JENNIFER D. DECKARD, et al., | |
| Defendants. | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: May 9, 2024

J. Philip Calabrese United
States District Judge
Northern District of Ohio