## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JENNIFFER D. DECKARD,<br><br>      Defendant. | Case No. 1:20-cv-02744-JPC<br><br>CLASS ACTION<br><br>Judge J. Philip Calabrese |

## MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that Lead Plaintiff Thomas Phelps and named Plaintiffs Sergio Baron and Neville Arjani (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, hereby move this Court for entry of the accompanying [Proposed] Order for Distribution of Class Action Settlement Funds.

This motion is based upon the accompanying memorandum of law, the accompanying Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process and the exhibits attached thereto, all records and papers on file in this action, and any arguments or evidence offered at a hearing on this motion. A [Proposed] Order for Distribution of Class Action Settlement Funds is submitted herewith.

Dated: January 17, 2025

Respectfully submitted,

**KARON LLC**

*/s/Daniel Karon*
Daniel Karon
700 W. St. Clair Ave., Ste. 200,
Cleveland, Ohio 44113
Telephone: (216) 622-1851

1

Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM P.A.**
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile:  (212) 202-3827
Email:  pkim@rosenlegal.com
        lrosen@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-91 SO
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com
        clinehan@glancylaw.com
        esams@glancylaw.com

*Additional Counsel for Plaintiffs*

2